(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

__LOURDEAN LORAH__

(Name of Plaintiff or Plaintiffs)

v.

CIVIL ACTION No. __06 - 538__

__TETRA TECH INC.__

(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

1.  This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.  Plaintiff resides at __114 WALLS AVE.__
    (Street Address)
    __WILMINGTON__  __(NEW CASTLE)__  __DE.__  __19805__
    (City)         (County)         (State) (Zip Code)
    __(302) 225-0540__
    (Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at __56 WEST MAIN ST.__
    (Street Address)
    __CHRISTIANA__        __DE.__        __19720__
    (City)   (County)     (State)        (Zip Code)

4.  The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __TETRA TECH INC (SURVEY DEPT.)__ place of bussiness
    (Defendant's Name)
    located at __56 WEST MAIN ST.__
    (Street Address)
    __CHRISTIANA__        __DE.__        __19720__
    (City)   (County)     (State)        (Zip Code)

5. The alleged discriminatory acts occurred on ___FROM___ , __MARCH '05 - JUNE '05__
   (Day)              (Month)              (Year)

6. The alleged discriminatory practice   ○ is   ✓ is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware, __EEOC__
   __21 SOUTH 5TH ST    PHILADELPHIA, PA.__
   (Agency)   (Street Address)    (City)
   _____, regarding
   (County)    (State)    (Zip Code)
   defendant's alleged discriminatory conduct on __FROM   MARCH '05, - JUNE '05__
                                                  (Day)   (Month)        (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: __OCT. 25, 2005__
   (Day)   (Month)   (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: ON OR AROUND __23RD__, __JUNE__, __'06__
   (Day)   (Month)   (Year)

*(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)*

10. The alleged discriminatory acts, in this suit, concern:
    A. ✓ Failure to employ plaintiff.
    B. ○ Termination of plaintiff's employment.
    C. ✓ Failure to promote plaintiff.
    D. ✓ Other acts (please specify below)

EMPLOYER DISCRIMINATED BY WAY OF AGE, GENDER & DISABILITY. YOUNGER EMPLOYEES WERE HIRED BEFORE AND AFTER ME. I WAS DENIED MY TRAINING.

11. Defendant's conduct is discriminatory with respect to the following:

   A. ○ Plaintiff's race
   B. ○ Plaintiff's color
   C. ✓ Plaintiff's sex         AGE & DISABILITY
   D. ○ Plaintiff's religion
   E. ○ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))

   A. ✓ That all fees, cost or security attendant to this litigation be hereby waived.
   B. ✓ That the Court appoint legal counsel.
   C. ✓ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: AUG. 31, '06

_Jourdean Lorah_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

U.S. Equal Employment Opportunity Commission

EEOC Form 161-B (10/96)

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Ms. Jourdean Lorah  
114 Walls Avenue  
Wilmington, DE 19805

From: Equal Employment Opportunity Commission  
Philadelphia District Office  
21 South Fifth Street  
Philadelphia, PA 19106-2515

[ ]   On behalf of person(s) aggrieved whose identity is  
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2005-02819 | Legal Unit | (215) 440-2828 |

(See also the additional information attached to this form.)

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]  More than 180 days have passed since the filing of this charge.

[ ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ X ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  June 21, 2006  
Marie M. Tomasso, District Director        (Date Mailed)

Enclosure(s)

cc:   Ms. Amy Clark (for Respondent)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>170-2005-02819 |
|---|---|---|

Delaware Department of Labor _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Jourdean S. Lorah | Home Phone No. (Incl Area Code)<br>(302) 225-0540 | Date of Birth |
|---|---|---|

Street Address: 114 Walls Avenue, Wilmington, DE 19805

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>TETRA TECH INC. | No. Employees,<br>101 - 200 | Phone No. (Include Area Code) |
|---|---|---|

Street Address: 56 West Main Street, Christiana, DE 19720

| Name | No. Employees, | Phone No. (Include Area Code) |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06/14/2005   Latest: 06/14/2005
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was an employee of Synerfac, an employment agency, and was contracted to work at Tetra-Tech, In (the "Respondent") beginning in or about March 2005. After I began my employment, I never received the on-the-job training that was promised. Younger employees recieved this training including a younger female who was hired by the Respondent. On or about June 14, 2005, Respondent had my employer terminate my contract. I was replaced by a younger male.

II. I believe that I have been discriminated against because of my age, 46, in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") and/or because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and/or because of my disability in violation of the Americans with Disabilities Act of 1990 ("ADA"). During my interview, a Respondent supervisor asked me if I had a disability. After I began working as a contract employee at Tetra-Tech, my supervisor asked me if I had any children and if I had ever been married.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: OCTOBER 25, '05    Charging Party Signature: Jourdean S. Lorah

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Equal Employment Opportunity Commission
PHILADELPHIA DISTRICT OFFICE
21 SOUTH 5TH STREET, SUITE 400
Philadelphia, PA 19106-2515



PHILADELPHIA PA 191
21 JUN 2006

02 1A
0004601475
MAILED FROM ZIP

Ms. Jourdean Lorah
114 Walls Avenue
Wilmington, DE 19805

19805+1059

## Health Care Associates, P.A.

| Jane Govatos, MSN, FNP-C | Paul E. Gorrin, M.D. | Margaret C. Gatti, MSN, FNP-C |
| --- | --- | --- |
| *Family Nurse Practitioner* | *Internal Medicine*<br>*Allergy* | *Family Nurse Practitioner* |

January 21, 2004

To Whom It May Concern,

Jourdean Lorah has allergic rhinitis and asthma. She is medically stable. She does not have an infectious illness and consequently is not a risk for any other person.

Thank you for your cooperation in this matter.

Sincerely,

Paul E. Gorrin, M.D.



Springfield, Virginia 22150
703.922.1000

KAISER PERMANENTE
Medical Center
Springfield

# MEDICAL STATEMENT

## JUNE 15, 2000

Patient:      Jourdean Lorah
Diagnosis:    Allergic Rhino conjunctivitis
              Wheezing, sporadic

Specific allergies include cat dander, dust mites, and pollen. The patient is on allergy injections as well as Flonase nasal inhaler, Allegra/Chlortrimeton for congestion, and Entex LA for stuffiness.

The patient also has a history of two brief wheezing episodes during the six-weeks prior to her initial Kaiser allergy evaluation on 3/31/00. There is no history of chronic asthma. Her lungs were clear and her peak flow was normal on 3/31/00. She was provided with a Ventolin inhaler to use only as necessary in the event of a wheezing episode.

John R. Vroom, M.D.
Allergist

Mid-Atlantic Permanente Medical Group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.

LA RED CLINIC
**FABRICIO J. ALARCON, M.D.**
505-A WEST MARKET STREET
GEORGETOWN, DE 19947

(302) 855-1233                    DEA # BA 6246931

NAME _Lorah Jourdean_ AGE ___

ADDRESS _____ DATE _9/13/02_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Mrs Jourdean suffers from respiratory symptoms that get aggravated when exercising in warm environments.

I recommend that she exercises only with air conditioning on.

Refill _____ times

DISPENSE AS WRITTEN _____

SUBSTITUTION PERMITTED _____

1JIM0206317

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-538

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

____8-31-06____  ____Jourdean Lorah____
(Date forms issued)   (Signature of Party or their Representative)

____JOURDEAN LORAH____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action