United States District Court
844 King Street
Wilmington, Delaware 19801

Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware 19805

V.

Tetra Tech Inc. - Defendant
56 West Main Street
Christiana, Delaware 19720

06 - 538

## MOTION TO REQUEST APPOINTED COUNSEL

Plaintiff, Jourdean Lorah is a resident and citizen of New Castle County, residing at 114 Walls Ave. in Wilmington, Delaware 19805. Plaintiff, Jourdean Lorah is considered to be protected under the laws of ADA (Americans with Disabilities). According to ADA, one who has a history of an illness has a disability. Therefore Plaintiff, Jourdean Lorah respectively prays and requests the consideration of a court appointed attorney to represent her regarding the violations under Title VII (employment discrimination-age, gender and disability). If Motion to Request Appointed Counsel is denied, the Plaintiff will be denied due process of the law. The violations under Title VII are continuing.

EEOC Charge Number - 170-2005-02819-Continuing Violation

*Jourdean Lorah 8/31/06*