IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-538 SLR |
| | ) |
| TETRA TECH INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of September, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                                 _____
                                                 United States District Judge