United States District Court
544 King Street
Wilmington, Delaware 19801

Jourdean Lorah-Plaintiff
114 Walls Ave.
Wilmington, Delaware 19805

Case Number - 1:06-cv-538 SLR

V

Tetra Tech Inc. - Defendant
56 West Main Street
Christiana, Delaware 19702

Tetra Tech Inc.-Defendant
240 Continental Drive
Newark, Delaware 19713-4307

### MOTION TO REQUEST EXTENSION FOR FILING

Plaintiff, Jourdean Lorah respectively prays that an extension for filing be considered if necessary. The U.S. Marshall has notified the Plaintiff, that the Defendant is no longer at 56 West Main Street in Christiana, Delaware 19702. Plaintiff, Jourdean Lorah has verified that there are presently two addresses for Tetra Tech Inc. The additional address is 240 Continental Drive located in Newark, Delaware 19713-4307. Plaintiff, Jourdean Lorah will process serve form 285 again to both addresses. Plaintiff, is within one hundred and twenty days for the form 285 to be processed and served. An extension may be needed for the completion of all documents.



FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Jourdean Lorah
1/4/07