**United States District Court**
**544 King Street**
**Wilmington, Delaware   19801**

Jourdean Lorah - Plaintiff                    Case Number- 1:06-cv-538 SLR
114 Walls Ave.
Wilmington, Delaware   19805

        V.

Tetra Tech Inc.-Defendant
56 West Main Street
Christiana, Delaware   19805



Tetra Tech Inc. - Defendant
240 Continental Drive
Newark, Delaware   19713-4307

## MOTION TO RECONSIDER APPOINTED COUNSEL

Plaintiff, Jourdean Lorah respectively prays that reconsideration for appointed

counsel be granted. Plaintiff, is now unemployed without unemployment benefits.

Presently, there is no unemployment compensation in the Plaintiff's account.  The

continuing violation under Title VII is presently a lock out regarding Plaintiff's

last part time position with Tatnall School located at 1501 Barley Mill Road in

Wilmington, Delaware 19807. Plaintiff, Jourdean Lorah has met with an

investigator at OSHA who has advised the Plaintiff how to proceed administratively

regarding the wrongful violation concerning her rights. Plaintiff, Jourdean Lorah is

denied gainful opportunity and is denied administratively the due process of those

in authority (abuse of discretion/privacy).  Supervisors Mr. John Traynor from

Tetra Tech Inc. and Ms. Jennings/Ms. Cathcart  from Tatnall school  have denied

me employment. The doors are closed for gainful opportunity with benefits. The

EEOC has legal representation for discrimination. Plaintiff, Jourdean Lorah has

been denied equal opportunity and therefore is requesting counsel of an attorney

from the EEOC or the U.S. District Court.

Jourdean Lorah - Pro-Se
1/4/07

Page: 1 Document Name: untitled

```
ECHO                     DELAWARE DEPARTMENT OF LABOR              01/03/2007
                   UNEMPLOYMENT INSURANCE CLAIM HISTORY
REFER TO: C NOTES                     CLAIM DATA                    AC DATES
   SSN: 217 74 1460                      CLAIM DATE: 10/09/2005
  NAME: J S LORAH                    DISQUALIFIED DATE:
 ADDR1: 114 WALLS AVE                OVERPAYMENT DATE:
 ADDR2:                              INSUFFICIENT DATE:
  CITY: WILM         DE 19805
 PHONE: 302-225-0540  FIPS: 10-003-0  TOTAL MBA:  6,214 WBA: 239 BAL:        0
   DOB: 01/27/1959                 FUND CODE: 10
LOCAL OFFICE:  2                 NO. PAYMENTS: 26
 MASS LAYOFF:  (             )       MBA:  6,214
 HIRING HALL: N                      WBA:    239
      RECALL: N DATE:              BALANCE:      0
RTRN TO WORK:                      PAY NO.: 27
      SCHOOL: Y                 LAST CWED: 04/15
    DET FLAG:                        SIC1: 736
EARNGS BYPSS:                    TAX CODE: Y
  SICK CLAIM: N DATE:            TAX DATE: 10/09/2005
 REDUCED HRS:                   TAX COUNT: 1
 PARTIAL CLM:              DET REG: Y DATE: 10/11/2005  ID: 000000000041816
    HOLD PAY: N (                                  ) MAIL/PHONE: M
F1=MEN             F4=RTN F5=EXT F6=PND F7=CHK F8=WAG F10=DIS F11=NT ECHOMAP
                                                                    ECHOINQ
```

*Monetarily & yearly expired* (handwritten)

*Can not open a new Claim for w/o 12/31/07. See next page.* (handwritten)

Date: 1/3/2007 Time: 4:09:16 PM

```
ECHO                      DELAWARE DEPARTMENT OF LABOR           01/03/2007
                      UNEMPLOYMENT INSURANCE CLAIM HISTORY
                                WAGE HISTORY


  SSN: 217 74 1460   NAME: J S LORAH          CLAIM DATE: 10/09/2005


                              QUARTERLY WAGES
EMPLOYER              NAICS
-----------------    ------   ------------------------------------------------
TOTAL

NO WAGE HISTORY
```

No New Earnings on System

```
F1=MEN                F4=RTN F5=EXT F6-PND F7=CHK F9=HST F10=DIS F11=NT ECHOMAP
                                                                        ECHOINQ
```

Date: 1/3/2007 Time: 4:09:21 PM



**DELAWARE DEPARTMENT OF LABOR**
**KEEPING DELAWARE FIRST**

### Division of Unemployment Insurance

### CLAIMANT INCOME QUESTIONNAIRE

In order for the Division of Unemployment Insurance to correctly determine what effect your income may have on your entitlement to unemployment insurance benefits, please complete this questionnaire.

Name: _J. S. Lorah_

Social Security Number: 2 1 7 - 7 4 - 1 4 6 0

---

**Do you receive any of the following?**

| | Gross Monthly Amount: | Effective Date: |
|---|---|---|

| | | |
|---|---|---|
| ☐ Yes  ☑ No  Employer Pension | | |
| ☐ Yes  ☑ No  Military Pension | | |
| ☐ Yes  ☑ No  Railroad Retirement | | |
| ☐ Yes  ☑ No  Lump Sum Pension | | |
| ☐ Yes  ☑ No  Other Pension/Annuity | | |
| ☐ Yes  ☑ No  Ira/Keogh | | |
| ☐ Yes  ☑ No  Workers Compensation | | |
| ☐ Yes  ☑ No  Sickness/Accident | | |
| ☐ Yes  ☑ No  Disability Pay | | |
| ☐ Yes  ☑ No  Severance/Bonus Pay | | |
| ☐ Yes  ☑ No  Holiday/Vacation Pay | | |
| ☐ Yes  ☑ No  Self-Employment/Other | | |

---

Local Office Comments:

---

**Claimant Certification**: I understand that penalties are provided by law for an individual making false statements to obtain benefits. I also understand that it is my responsibility to immediately report any changes in the amount or type of income I receive. I certify that the above information is correct to the best of my knowledge.

| _[signature]_ | 1/3/07 | _Jourdean Lorah_ | 1/3/07 |
|---|---|---|---|
| Agency Representative | Date | Claimant's Signature | Date |

UC-528A



# Notice About
# Your Medical Assistance
State of Delaware Division of Social Services

**December 18, 2006**

**Your Case #:**
9001440499

**Questions? Contact your Caseworker:**
I. HERNANDEZ-ORTIZ
POOL# 0110
1715   W 4TH ST
4TH ST. OFFICE
WILMINGTON DE 19805
(302) 577-3600
Fax: (302) 577-3648

**To:** JOURDEAN S LORAH
114    WALLS AV
WILMINGTON DE    19805

---

**Medical Assistance for the following people has CHANGED:**

| Name | Start Date | End Date | Old Program | New Program |
|------|-----------|----------|-------------|-------------|
| Jourdean S Lorah | January 1, 2007 | Ongoing | Family Planning Services | Medicaid for Uninsured Adults |

You are changing to the Medicaid Program. Medicaid covers most medical care services. In addition to medical care services, Medicaid covers the cost of transportation to medical appointments. The program also covers dental services for children under age 21.

 **If you do not agree with this action, you have the right to a fair hearing.**
**Read the last page of this notice to see how to ask for a fair hearing.** 

Patty J. Lorah
114 Walls Ave.
Wilmington, Delaware  19805

January 2, 2007

Equal Employment Opportunity Commission
Philadelphia District Office
Attention: Mr. King
21 South Fifth Street
Philadelphia, Pennsylvania

Dear Mr. King,

   I am a concerned parent of  Jourdean Lorah  who resides with me at 114
Walls Ave. in Wilmington, Delaware . There seems to be a pattern of
employment which results in either a layoff or a wrongful termination where no
explanation or reason is given. My daughter's employment usually lasts
approximately three months, each time resulting in a financial hardship with no
retirement and unemployment compensation. Jourdean Lorah has financial
responsibilities each month as a resident in my home.

   Please contact me if there is anything that I can do or discuss with you. I know
an overburden of cases is a hardship at this time but any consideration you could
give us would be highly appreciated.   I can be reached at 302-381-2637 (if
possible to have a telephone conversation).

Sincerely yours,

*Patty J. Lorah*

Patty J. Lorah

*Mr. Kings,*
*I will be back in the area*
*in Feb. if we need to set up a*
*meeting.        Thank you,*