U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jourdean Sarah Lorah | 1:06-cv-538 SLR |
| DEFENDANT | TYPE OF PROCESS |
| Tetra Tech Inc. | Order/Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Tetra Tech Inc. / Human Relations - Susan Brewer / Admin. Bob Mafia; John Traynor Pld. 3rd. Floor

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

56 West Main Street Christiana, Delaware 19702

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jourdean Lorah  
114 Walls Ave.  
Wilmington, DE. 19805

| | |
|---|---|
| Number of process to be served with this Form - 285 | #1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case

Corporation

Signature of Attorney or other Originator requesting service on behalf of:  
*Jourdean Lorah*  ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: (302) 225-0540  
DATE: Jan. 4, '07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Date: 1/9/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 1/4/07

REMARKS: Empty office space — Return Unexecuted

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)