United States District Court
844 N. King Street
Wilmington, Delaware  19801-3570

Jourdean Lorah - Plaintiff                    Case Number - 1:06-cv-538 SLR
114 Walls Ave.
Wilmington, Delaware  19805

    V

Tetra Tech Inc.
56 West Main Street
Christiana, Delaware  19720

Tetra Tech Inc.
240 Continental Drive
Newark, Delaware  19713-4307

## MOTION TO SEAL COURT DOCUMENTS

    Plaintiff, Jourdean Lorah respectively prays that The United States District Court considers my motion to seal all personal information, medical documentation, my address and any documentation pertaining to personal identification. Plaintiff's reasons for requesting the "motion to seal" is concerning privacy, the Plaintiff's present financial status regarding welfare and the violations under Title VII which currently threaten the Plaintiff, Jourdean Lorah.

*Jourdean Lorah*
1/12/07

## CERTIFICATE OF SERVICE

On this day of _____Jan. 12,_____ 2007, the following documents were sent or delivered to the Defendant.

**Jourdean Lorah - Plaintiff**
114 Walls Ave.
Wilmington, Delaware   19805

*Jourdean Lorah*

**Tetra Tech Inc.- Defendant**
56 West Main Street
Christiana, Delaware   19720

**Tetra Tech Inc-Defendant**
240 Continental Drive
Newark, Delaware   19702