IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOURDEAN LORAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-538-SLR |
| | ) | |
| TETRA TECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JOURDEAN LORAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-539-SLR |
| | ) | |
| DEPARTMENT OF NATURAL | ) | |
| RESOURCES AND ENVIRONMENTAL | ) | |
| CONTROL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 25th day of January, 2007, having considered various motions pending in the above captioned cases;

IT IS ORDERED that:

1. Plaintiff's motions to seal court documents (Civ. No. 06-538-SLR, D.I. 12; Civ. No. 06-539-SLR, D.I. 15) are denied, as plaintiff is asking the court to take on the burden of determining, in the first instance, what documents should be sealed because of privacy issues. It is the burden of each party to review each document and make specific requests to seal. The

court declines to grant such a broad, open-ended request.

    2.   Plaintiff's motion for an extension of time within which to serve process on defendant Tetra Tech, Inc. (Civ. No. 06-538-SLR, D.I. 8) is granted. Plaintiff shall have an additional 60 days, until **March 26, 2007,** to serve process on this defendant. NOTE: Failure to effectuate service within this period shall result in dismissal, without prejudice, of the case without further notice.

                                                              */s/ Sue L. Robinson*
                                              United States District Judge