OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 6, 2007

TO: Jourdean Lorah
114 Walls Avenue
Wilmington, DE 19805

**RE: U.S. Marshal 285 Forms**
*Civ. No. 06-538 SLR*

Dear Ms. Lorah:

Please be advised that this office has received two U.S. Marshal 285 forms for Tetra Tech, Inc. and one for the Attorney General for the State of Delaware in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms for Tetra Tech, Inc., the only named defendant in the above referenced case, will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/fmt

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
U.S. Marshal
Pro Se Law Clerk