**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: JOURDEAN LORAH | COURT CASE NUMBER: 1:06-CV-538 SLR |
| DEFENDANT: TETRA TECH — ~~JOHN TRAYNOR~~, ~~PAT BATRACK~~, ~~SUSAN BREWER~~, ~~BOB MAFIA~~ | TYPE OF PROCESS: ORDER/COMPLAINT |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TETRA TECH INC / ~~JOHN TRAYNOR~~, ~~PAT BATRACK~~, ~~SUSAN BREWER~~ ~~BOB MAFIA~~

AT ADDRESS: 240 CONTINENTAL DR. SUITE 200, NEWARK, DE. 19713

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JOURDEAN LORAH
114 WALLS AVE.
WILMINGTON, DE. 19805

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

PAUPER CASE                                    CORPORATION

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (302) 225-0540
DATE: 2/5/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: — | District of Origin No. 15 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk: 6F | Date: 3/13/07

I hereby certify and return that I ☑ have personally served... the process described on the individual, company, corporation, etc., at the address shown above...

Name and title of individual served: Betty Daniels, Receptionist

Date of Service: 3/13/07  Time: pm
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

2007 MAR 14 AM 9:35
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)