UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH <br><br> Plaintiff, <br><br> v. <br><br> TETRA TECH, INC. <br><br> Defendant. | Civil Action No. 06-cv-00538 <br><br> Dated: April 2, 2007 |

### DEFENDANT TETRA TECH, INC.'S
### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Tetra Tech, Inc., by and through its undersigned attorneys, hereby respectfully moves this Court to dismiss Plaintiff's Amended Complaint because Plaintiff has failed to state a claim upon which relief can be granted. The factual and legal grounds for this Motion are set forth in the accompanying opening brief, which is incorporated by reference herein.

Respectfully submitted,

Of Counsel:
Sara A. Begley
Shannon Elise McClure
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
Telephone: (215) 851-8100


Dated:  April 2, 2007

By: _____
David Wilks (DE Bar ID No. 2793)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Attorneys for Defendant,
Tetra Tech, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>         Plaintiff,<br><br>  v.<br><br>TETRA TECH, INC.<br><br>         Defendant. | Civil Action No. 06-cv-00538-SLR |

## ORDER

AND NOW, this ____ day of _____, 2007 upon consideration of Defendant Tetra Tech, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Amended Complaint is hereby **DISMISSED** with prejudice.

BY THE COURT:

_____
SUE L. ROBINSON, J.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendant's Motion to Dismiss and Memorandum of Law in Support thereof was served upon the following parties via United States, first class mail, postage prepaid, this 2nd day of April, 2007:

Jordean Lorah
114 Walls Ave.
Wilmington, DE 19805

_____
David Wilks