# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575

**David E. Wilks**
Direct Phone: 302.778.7560
Email: dwilks@reedsmith.com

April 27, 2007

Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Re:   Lorah v. Tetra Tech, Inc., C.A. No. 06-538 (SLR)

Dear Judge Robinson:

On April 2, 2007, we filed a motion to dismiss and an opening brief in support thereof on behalf of defendant Tetra Tech, Inc. We served Ms. Lorah by mail on that day and calculate her response date under Local Rule 7.1.2 to have been April 20, 2007. The docket reflects that Ms. Lorah has not filed a response. Accordingly, Tetra Tech, Inc. respectfully requests that the Court enter an order granting its motion to dismiss.

Thank you for Your Honor's consideration.

Respectfully submitted,

David E. Wilks

DEW:me

cc:   Clerk of Court (via CM/ECF)
      Jordean Lorah (via First Class Mail and Certified Mail)

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com