IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-538-SLR |
| | ) |
| TETRA TECH, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this _21st_ day of June, 2007, defendant Tetra Tech having filed a motion to dismiss the amended complaint (D.I. 21);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

    1.    Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **July 20, 2007**.

    2.    Defendant may file and serve a reply brief on or before **August 2, 2007**.

_____
United States District Judge