

**David E. Wilks**
Direct Phone: +1 302 778 7560
Email: dwilks@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575

July 23, 2007

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

    Re:    <u>Lorah v. Tetra Tech, Inc., C.A. No. 06-538 (SLR)</u>

Dear Judge Robinson:

    On June 21, 2007, Your Honor entered a briefing schedule on defendant Tetra Tech's motion to dismiss (D.I. 25) which required plaintiff to file her answering brief no later than July 20, 2007. We have not received anything from plaintiff and the docket indicates that plaintiff has not made a filing. We therefore respectfully request that the Court enter an order dismissing this matter.

    Thank you for Your Honor's consideration.

                                Respectfully submitted,

                                David E. Wilks
                                (DE Bar No. 2793)

DEW:me

cc: Clerk of Court (via CM/ECF)
    Jourdean Lorah (via U.S. Mail)

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE
reedsmith.com

WILLIB-54790.1-DEWILKS 7/23/07 1:52 PM