IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

Jourdean Lorah - Plaintiff -Pro Se          Civil Number #06-538-SLR

V.

Tetra Tech Inc - Defendant
Attorney - David Wilks

## MOTION TO FILE AN EXTENSION

Plaintiff, Jourdean Lorah respectively prays that the U.S. District Court grants an extension regarding the above civil case. Plaintiff, Jourdean Lorah is unable to retain representation of an attorney, nor is she able to litigate the following case of discrimination. Plaintiff, presently is not employed full time nor is she receiving equal pay. Senator Biden has provided the Plaintiff with a letter which states that the continuing violation is discrimination. Therefore, the Plaintiff is requesting an extension for filings regarding the Title VII, the Americans with Disabilities Act, or the age Discrimination in Employment Act and the Equal Pay Act. Plaintiff, has been financially extorted, slandered and it is presently employment discrimination. All government employees that were notified administratively (Division of Industrial Affairs in Wilmington, DE., and the EEOC in Philadelphia, PA.) and who investigate cases of discrimination have neglected thee above case of Title VII. Officials, agents, and employees did nothing to remedy the discrimination nor did they assign the case to be investigated. It is a felony to harass, discriminate

*Jourdean Lorah* (signature)

and force a person to work from one job to the next job suffering from violations of Title VII, ADA and the Equal Pay Act. <u>Cole v. Arkansas, 333 Ark. 387, 216 S. W. 2d. 402</u> states it is unlawful for any person acting with two or more persons, to assemble at an entry/exit, or near any place where a labor dispute exist using force, violence or preventing/attempting to keep an individual from participating in any lawful vocation/activity. The cite also states it is unlawful for anyone acting by himself or as a member of a group/organization with others to promote or encourage the aid of an unlawful assemblage. Scare tactics and slanderous statements have been communicated as life threatening to keep the Plaintiff from being employed.

   Presently, the Plaintiff is working for less than half of the salary (maid service) she normally would earn. Plaintiff is highly skilled with portfolios, degreed, worthy and able to work full time with benefits. The Plaintiff is not retarded, ill or unable to work. Plaintiff, Jourdean Lorah has a duty to her mother who is a senior to manage a home and pay the bills. Those in a position to investigate, charge or remedy a conflict are not worthy of their position if they are unable to do their job. An extension of time is necessary to seek representation of an attorney through law clinics, pro bone representation or the self help office at the court house. The magistrate was notified and the Plaintiff, is aware that her former employer needs to remedy the conflict or charge the individuals in the office for financial extortion. Tetra Tech is responsible for the misconduct of their employees and their supervisors. Plaintiff, Jourdean Lorah followed all of the rules and she did not engage in any misconduct that would result in someone's loss. Misapprehension of

the law is evident regarding <u>Turnbill v. Fink , 668 A.2d 1370 (Del.1995).</u> The Plaintiff can be compensated/settlement when the agents and officials knew that the Plaintiff's rights were being violated criminally and civilly, but neglected top charge those who were involved with economical and financial extortion. Plaintiff is not agreeing and refuses to be paired with a double. Plaintiff does not have a twin sister and her mother did not genuinely give birth to another individual who looks like the Plaintiff, Jourdean Lorah. Plaintiff does not have the pair's background nor is she from the State of Florida. In the cite <u>Tafoya v. Adams (DC Colo) 612 F Supp 1097, 78 ALR Fed. 477</u> regarding the gem or whether or not the gem is genuine. The Plaintiff's birth right is genuine. The pair was not born and raised in Washington, D.C. nor is she on a reel in The Martin Luther King Library. The cite also states that the Plaintiff can be compensated or is entitled to a settlement. The Plaintiff respectively prays that the U.S. District Court For The State of Delaware grants an extension of time to seek representation regarding the violation of her rights.

JOSEPH R. BIDEN, JR.
DELAWARE

www.biden.senate.gov

1105 NORTH MARKET STREET
SUITE 2000
WILMINGTON, DELAWARE 19801-1233
(302) 573-6345

# United States Senate

JUDICIARY SUBCOMMITTEE
ON CRIME AND DRUGS
CHAIRMAN

FOREIGN RELATIONS COMMITTEE
CHAIRMAN

CAUCUS ON INTERNATIONAL
NARCOTICS CONTROL
CHAIRMAN

CONGRESSIONAL INTERNATIONAL
ANTI-PIRACY CAUCUS
CO-CHAIRMAN

ANTI-METH CAUCUS
CO-CHAIRMAN

April 19, 2007

Ms. Jourdean Lorah
114 Walls Avenue
Wilmington, DE 19805

Dear Ms. Lorah:

Thank you for your letter updating me with your issues in the workplace. As I said before, the rights of employees to be free from discrimination in their compensation is protected under several laws, including the Equal Pay Act of 1963 and Title VII of the Civil Rights Act of 1964.

Unfortunately, as a United States Senator I cannot offer legal advice or counsel. In my previous letter, I suggested that you contact the Community Legal Aid Society at (302) 575-0660. Community Legal Aid Society offers legal services to those who cannot afford an attorney. It seems from your descriptions in your letter of the frustration you have experienced, it is best that you consult an attorney for legal advice.

Again, thank you for contacting my office and I am hopeful that the information I have provided will assist you with any legal issues or questions.

Sincerely,

Joseph R. Biden, Jr.
United States Senator

## CERTIFICATE OF SERVICE

I HERBEY CERTIFY that on this day ___Aug. 2,_____ 2007, that all documents were either sent or delivered to the Defendants below.

**Tetra Tech Inc**

**Attorney - David Wilks**
**Reed Smith LLP**
**1201 Market Street  Suite 1500**
**Wilmington, Delaware   19801**