IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-538-SLR |
| | ) |
| TETRA TECH, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 30th day of January, 2008;

Plaintiff's motion for an extension of time to file a response to defendant's motion to dismiss (D.I. 27) is **GRANTED**.

IT IS ORDERED that:

1. Plaintiff shall file and serve an answering brief within **ten days** from the date of this order.

2. Defendant may file a reply brief within **five days** from receipt of plaintiff's answering brief.

3. There will be no further extensions.

_____
UNITED STATES DISTRICT JUDGE