


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

**JOURDEAN LORAH**

**Plaintiff** **Civil Action N. 06-CV-00538**

**v.**

**TETRA TECH, INC.**

**Defendant**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 FEB -5 PM 12: 13

**RESPONSE TO DEFENDANTS MOTION**

**Plaintiff, Jourdean Lorah objects to the Defendants request to dismiss the complaint. Plaintiff, Jourdean has stated her case and she has provided the Defendant's attorney with documents that support her case. The following statements concerning the Plaintiff's argument is regarding her gender, age and disability (Title VII -discrimination).**

**1. Upon interview, Plaintiff, Jourdean Lorah was told by Mr. John Traynor of Tetra Tech that he could not directly hire the Plaintiff, Jourdean Lorah. Mr. John Traynor suggested an agency for placement. During the Plaintiff's interview, Mr. Traynor asked the Plaintiff, if she had any disabilities. Plaintiff, told Mr. John Traynor what her disability was.**

**2. Approximately, one month after the Plaintiff, Jourdean was hired through Synerfac to work at Tetra Tech, a younger female employee was hired. The younger**

Jourdean Lorah

colleague was paid more per hour than the Plaintiff.

3. Plaintiff, Jourdean Lorah has approximately sixteen years of professional experience working with various professionals in different industries. Plaintiff, has close to two years of surveying experience working both in the field and drafting the surveys. This experience includes many contracts with architects and engineers on various projects both commercial and residential. Many contracts consisted of space planning, drafting of plans, selection of materials etc. Plaintiff, has a portfolio which is used as a visual for interviews and clients. The portfolio contains plans, drawings, renderings, and surveys.

4. The Defendant argues whether or not the employer is Tetra Tech Inc. or Synerfac. Plaintiff, Jourdean Lorah worked at a computer station at Tetra Tech Inc. and her paycheck was paid by Tetra Tech through Synerfac. The Plaintiff completed each day a Tetra Tech work log which outlined her work on each project.

5. Plaintiff, Jourdean Lorah was never given her six months of training at Tetra Tech when she was employed at Tetra Tech through Synerfac. All of her male colleagues who were younger and who were also working through various agencies received six months of training. The male colleagues were also hired after six months of training directly through Tetra Tech from each agency.

6. Plaintiff, Jourdean Lorah has stated that her male colleagues and a female colleague was younger. All of the Plaintiff's younger colleagues received their training. The Plaintiff did not receive her training and she was harassed incessantly by her younger colleagues. The younger colleagues often stood in the doorways of the office discussing issues of privacy regarding the Plaintiff or defamatory

**statements were communicated concerning the Plaintiff's disability. Unlawful assemblage Cole v. Arkansas, 333 Ark. 387, 216 S.W. 2d. 402 states that it is unlawful for any person or persons to assemble at an entry/exit, or near a place where a labor dispute exists using threats or force, thus preventing a person from a vocational activity/employment. The age discrimination has been stated and established. The younger colleagues of Tetra Tech are still employed with benefits and retirement. Plaintiff, Jourdean is presently working as a caregiver/maid which pays her much less per hour. Plaintiff's present employment/or hourly pay does not commensurate with her skill. There is no full time employment.**

**7. The Department of Labor has not provided an administrative remedy for the Title VII discrimination regarding the continuing violation. Plaintiff has not been paid for her services of laundry for the month of December 2007. The Plaintiff, Jourdean is entitled to the relief or the settlement out of court. Tetra Tech Inc., violated the Plaintiff, Jourdean by way of Title VII discrimination.**

**8. The damages regarding the Plaintiff has resulted in slander. The employment contract at Tetra Tech Inc. was discussed by the younger colleagues as if the Plaintiff's contract was a marriage contract. Plaintiff, was told by her supervisor that her contract was ending but it was not because of her job performance. The employees referred to the Plaintiff 's contract as a divorce. The Plaintiff, is not married nor is she engaged. The sealed document is proof that the Plaintiff has been violated concerning proprietary provisions. 9. Plaintiff, Jourdean Lorah is presently without retirement, no benefits and is still on welfare. Plaintiff must seek charity to pay her bills. Plaintiff, Jourdean Lorah is not unintelligent nor is she retarded.**

**Plaintiff has a degree in Science and is completing her second degree in Liberal Arts. Presently, there are no job offers that have been offered to the Plaintiff that would commensurate her skill. Plaintiff, has applied to various companies and has followed up on each application. 10. Plaintiff, prays respectively for an administrative remedy through either The Department of Labor and or The United States District Court For the State of Delaware. All officials, administrators, intake investigators etc. were notified. Plaintiff, requested her to sue. Turnbill v. Fink , 668 A 2d. 1370 (Del.1995). Plaintiff, can be compensated/settlement when the agents and the officials knew that the Plaintiff's rights were being violated. 11. Plaintiff, Jourdean has proved her claim against Tetra Tech Inc. regarding Title VII discrimination. Younger colleagues received training, benefits and retirement. Plaintiff, was also asked to get up from her computer workstation to be replaced by a younger male colleague. The younger male colleague remained employed. Defendant's atttorney consistently argues FRAP. Tetra Tech Inc. violated the rules under Federal law of Title VII (age, gender and disability). The Plaintiff is financially unable to afford an attorney as a result of the company's violations of discrimination.**

**STATEMENT OF FACTS**

**Division of Social Services ........................................................................ 1.**
**Letter Concerning Food Stamps**

**Catholic Charities ...................................................................................... 2.**
**Letter Regarding Charity For Energy Asssistance**

**Department of Natural Resources .......................................................... 3.**
**Environmental Control/PMA Management**

**Disability Letter ........................................................................................... 4.**

**Medical Lab Reports ................................................................................... 5.**

**Tetra Tech Work Log ................................................................................... 6.**

NOTICE TO APPROVE YOUR FOOD STAMPS

STATE OF DELAWARE
DIVISION OF SOCIAL SERVICES
JANUARY 04, 2008

TO:JOURDEAN S LORAH
114 WALLS AVE
WILMINGTON DE 19805

0110 I. HERNANDEZ-ORTIZ
1715 W 4TH ST
4TH ST. OFFICE
WILMINGTON DE 19805

PHONE:(302) 577-3600
FAX :(302) 577-3648
CASE :9001440499 FS 01

Your application for Food Stamps is approved. You will get Food Stamps from DECEMBER 01, 2007 to MAY 31, 2008. Beginning DECEMBER, your monthly Food Stamps benefit will be $ 162.00.

The following people will get FOOD STAMPS:
JOURDEAN S LORAH

To use your Food Stamps, you must have an Electronic Benefit Transfer (EBT) card and a Personal Identification Number (PIN).

You can get an EBT card at one of the EBT Issuance Sites. You will need to prove who you are. Take identification such as a driver's license, Medicaid card, State ID or this Food Stamp Approval notice.

EBT Card Issuance Sites:

| | | |
|---|---|---|
| Northeast State Ser. Center | 1624 Jessup St, Wilm., DE 19802 | 8:00am-4:30 |
| Porter State Ser. Center | 509 W. 8th St, Wilm., DE 19801 | 8:00am-4:30 |
| DeLaWarr State Ser. Center | 500 Rogers Rd, N.C., DE 19720 | 8:00am-4:30 |
| Hudson State Ser. Center | 501 Ogletown Rd, Newark, DE 19711 | 8:00am-4:30 |
| Williams State Ser. Center | 805 River RD, Dover, DE 19901 | 8:00am-4:30 |
| Milford S.S.C.-Annex | 13 SW Front St, Milford, DE 19963 | 8:00am-4:30 |
| Laurel State Ser. Center | 440 N. Poplar St, Laurel, DE 19956 | 8:00am-4:30 |
| Georgetown S.S.C. | 546 Bedford St, Georgetown, DE 19947 | 8:00am |

SIMPLIFIED REQUIREMENTS FOR FOOD STAMP HOUSEHOLDS
(Elderly or disabled with no earned income.)

The only change you are required to report is a change in the total gross monthly food stamp household income when that total income is greater than the amounts listed below. Any adult living in a home without any minor children and getting food stamps because of working over 20 hours a week must also report when the hours reduce to less than 20 hours per week. You are not required to report other changes in your food stamp household's circumstances.

If your gross income is more than what is listed below for your family size when you last applied, you need to report the change to your worker.

****************************************************************************

Catholic Charities, Inc
Fourth St. & Greenhill Ave.
PO Box 2610 Wilmington,DE 19805
Phone: 654-9295

Client No: 00028677 Date: 01/31/08
Tel: 302 225 0540 Acct: 3425 2269 9970

JOURDEAN LORAH
114 WALLS LANE
WILMINGTON, DE 19805

LIHEAP 2007-08 CLIENT ELIGIBILITY NOTIFICATION

Dear JOURDEAN LORAH,

Your application to the 2007-08 Energy Assistance Program has been approved. Your household may receive assistance up to a total of $410.00 .

DELMARVA POWER will receive the entire benefit in one payment. It may take up to 60 days before your benefit appears on your account. This may create a credit status until your monthly bills equal or exceed your benefits.

Benefits may be utilized through 04/30/08 . Benefit balances after 04/30/08 will be returned to Catholic Charities.

Please notify us immediately of any address change. Delay in notifying us may result in delay of benefit payment.

YOUR RIGHT TO A FAIR HEARING

(1) You have a right to appeal and to be heard in a fair hearing if you are dissatisfied with this action.

(2) In order to receive a fair hearing, a written request is required within 10 days from the date of this notice. The request should be addressed to the fair hearing administrator at the above address.

(3) You may be represented by legal counsel or other persons of your choice at the fair hearing.

Funded by the United States Department of Health and Human Services through the Delaware Department of Health and Social Services,Division of State Service Centers Office of Community Services(HHS/DHSS/DSSC/OCS)

...ompensation

...9-8902
...0

STATE OF DELAWARE
FIRST REPORT
OF
OCCUPATIONAL INJURY OR DISEASE

40-0600-210
LOCATION/DEPT

299400-76-21-40-2
INSURANCE POLICY NUMBER

1. EMPLOYEE: FIRST Jordan MIDDLE LAST Lorah

2. EMPLOYEE SOCIAL SECURITY NO. 6601

3. ADDRESS – INCLUDE COUNTY AND ZIP CODE
Route 5 Box 150, 318 Frankford, DE 19945, Sussex Co.

4. MALE ☒ FEMALE ☐

5. EMPLOYEE TELEPHONE NUMBER (302) - 539 - 4773

6. DATE OF BIRTH 1984

7. AGE 18

8. WAGE $ 9.50 per hour

9. WEEKLY HOURS WORKED 40

10. OCCUPATION (REGULAR) Lifeguard

11. DIVISION REGULARLY EMPLOYED DNREC/Parks & Recreation

12. HOW LONG EMPLOYED 2 years ( seasonal)

13. EMPLOYER
**DEPT. OF NAURAL RESOURCES & ENVIRONMENTAL CONRTOL**

14. PERSON MAKING OUT THIS REPORT Bonnie Korstange

15. ADDRESS – INCLUDE COUNTY AND ZIP CODE
**89 Kings Highway, Kent County, DE 19901**

16. EMPLOYER TELEPHONE NUMBER **(302) – 739-5823**

17. MAILING ADDRESS – IF DIFFERENT FROM ABOVE **N/A**

18. NATURE OF BUSINESS **STATE GOVERNMENT**

19. DATE OF REPORT 06/30/2003

19. DATE OF INJURY AND TIME 06/29/2003 4:30 ☐ AM ☒ PM

21. NORMAL STARTING TIME 9:00 ☒ AM ☐PM

22. IF EMPLOYEE BACK TO WORK GIVE DATE 06/30/2003

23. AT SAME WAGE ☒ YES ☐ NO

24. IF FATAL INJURY, GIVE DATE OF DEATH / /

24. DATE EMPLOYER KNEW OF INJURY 06/30/2003

26. DATE DISABILITY BEGAN / /

27. LAST FULL DAY PAID – DATE / /

28. DESCRIBE THE INJURY/ILLNESS AND PART OF BODY AFFECTED.

Injured right hand

29. SPECIFY THE DEPARTMENT WHERE INCIDENT OCCURRED AND THE WORK PROCESS INVOLVED.

Cape Henlopen State Park

30. LIST THE EQUIPMENT, MATERIALS, AND CHEMICALS EMPLOYEE WAS USING WHEN THE INCIDENT OCCURRED, E.G. ACETYLENE.

None

31. DESCRIBE THE EMPLOYEE'S ACTIVITY AT THE TIME OF INJURY OR ILLNESS, I.E.
Working out - diving into water

32. DESCRIBE HOW THE INJURY/ILLNESS OCCURRED.

While diving into water, employee jammed right hand into sand.

33. NAME OF PHYSICIAN
None listed at this tim

34. PHYSICIAN'S ADDRESS

35. HOSPITAL (IF APPLICABLE)

36. HOSPITAL ADDRESS

37. WORKER'S COMPENSATION INSURANCE COMPAYN AND COMPLETE ADDRESS (PREPRINT OR STAMP INCLUDE IAB CODE) (THIS SECTION MUST BE COMPLETED IN ORDER TO PROCESS)

**PMA MANAGEMENT CORP.**
**P.O. BOX 25248**
**LEHIGH VALLEY, PA 18002**

**I.A.B. CODE 40**

**POLICY NO. 7621402**

Bonnie Korstange 7/8/03
SIGNATURE OF PERSON IN 14 ABOVE

H.R. Technician
OFFICIAL POSITION

**Health Care Associates, P.A.**

Jane Govatos. MSN, FNP-C
*Family Nurse Practitioner*

Paul E. Gorrin, M.D.
*Internal Medicine*
*Allergy*

Margaret C. Gatti, MSN, FNP-C
*Family Nurse Practitioner*

January 21, 2004

To Whom It May Concern,

Jourdean Lorah has allergic rhinitis and asthma. She is medically stable. She does not have an infectious illness and consequently is not a risk for any other person.

Thank you for your cooperation in this matter.

Sincerely,

Paul E. Gorrin, M.D.



DATE: 2/4/92
DATE/TIME DRAWN: 2-4 2:4
DATE/TIME COMPLETED: 2/4/92
COMMENTS: fax to 2230 / fax 2230
66 B ROUTINE HEMATOLOGY
CHART COPY
INTERPRETIVE REPORT

| SEG | 61 | EOS | 3 | PROMYELO | | CORR WBC | |
|---|---|---|---|---|---|---|---|
| BAND | 1 | BASO | | BLAST | | PLAT SUFF | |
| LYMPH | 30 | META | | REAC LYMPH | | | |
| MONO | 5 | MYELO | | NRBC/100 | | NORM RBC MORPH | |

| MICRO | | HYPO | | BASO STIP | | SPHERO |
|---|---|---|---|---|---|---|
| MACRO | | OVAL | | POLY | | RBC MORPH 1+SL 2+MOD 3+MK |
| ANISO | | POIK | | FRAGS | | |

URINALYSIS

DATE TO BE DONE: 2/4/92 — TICKET BY: SM — ORDERED BY DR.
STAT — CLEAN CATCH

| Test | Result | Normal Values |
|---|---|---|
| #2-049 | 02-04-00 | |
| GLU | NEGATIVE | GLU – NEGATIVE |
| BIL | NEGATIVE | BIL – NEGATIVE |
| KET | NEGATIVE | KET – NEGATIVE |
| SG | <=1.005 | SG – 1.002 - 1.030 |
| BLO | NEGATIVE | BLO – NEGATIVE |
| PH | 5.0 | PH – 5.0 - 9.0 |
| PRO | NEGATIVE | PRO – NEGATIVE |
| URO | 0.2 E.U./dL | URO – 0.2 - 1.0 E.U./dl |
| NIT | NEGATIVE | NIT – NEGATIVE |
| LEU | NEGATIVE | LEU – NEGATIVE |

CLINITEST
ICTOTEST
KETOSTIX
SULFOSAL
UROBILISTIX
EHRLICH UNITS/DL URINE
UROBILINOGEN
NORMAL (0.1-1.0 Eu/dl)
MICRO: NOT INDICATED
Color: yellow
Appearance: clear
MICROSCOPIC
Casts /LPF
WBC /HPF
RBC /HPF
Crystals
Epithelial Cells
Yeast
Bacteria
Mucus
Amorphous

Patient Identification: JOURDEAN, HAKIM-ER

COMMENTS:

BENCE JONES PROTEIN — Fax 2230
TECH: mm DATE 2/4/92 PATH: RP

PATIENT CHART

LABORATORY REPORTS

5

LabCorp Laboratory Corporation of America

LabCorp Raritan
69 First Avenue, Raritan, NJ 08869-0000

Phone: 908-526-2400

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: 1 |
|---|---|---|---|---|
| 275-306-4524-0 | S | RN | COMPLETE | |

**ADDITIONAL INFORMATION**

FASTING: N
CCU:0305821902 H-00109476 PHONE: 302-225-0540 DOB: 1/27/1959

**CLINICAL INFORMATION**
RA CD- 10029449214

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| JOURDEAN,LORAH S | F | 48 / 8 |

PT. ADD.: 114 WALLS AVE
WILMINGTON DE 19805-0000

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| NASH A | 1043323900 | 467510 |

ACCOUNT: Millcreek Medical Associates
4512 Kirkwood Hwy
Wilmington DE 19808-0000
ACCOUNT NUMBER: 07519612

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/02/2007 | 12:51 | 10/03/2007 | 10/03/2007 | 11:15 | 3695 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Drug Scrn, Treatment Center | | | | |
| Amphetamines Screen, Urine | Negative | ng/mL | Cutoff= 1000 | 01 |
| Barbiturates Screen, Urine | Negative | ng/mL | Cutoff= 200 | 01 |
| Benzodiazepines Screen,Urine | Negative | ng/mL | Cutoff= 300 | 01 |
| Cannabinoids Screen, Urine | Negative | ng/mL | Cutoff= 50 | 01 |
| Cocaine(Metab.)Screen, Urine | Negative | ng/mL | Cutoff= 300 | 01 |
| Opiates Screen, Urine | Negative | ng/mL | Cutoff= 300 | 01 |
| Phencyclidine Screen, Urine | Negative | ng/mL | Cutoff= 25 | 01 |
| Methadone Screen, Urine | Negative | ng/mL | Cutoff= 300 | 01 |
| Propoxyphene Screen, Urine | Negative | ng/mL | Cutoff= 300 | 01 |
| Drug Screen Comment: | | | | 01 |

This assay provides a preliminary unconfirmed analytical test result that may be suitable for the clinical management of patients in certain situations. For workplace drug testing programs, preliminary positive findings should always be confirmed by an alternative method. Some over-the-counter medications, as well as adulterants, may cause inaccurate results. Screen Only testing does not meet the College of American Pathologists Forensic Urine Drug Testing Program requirements as a forensic urine drug test for workplace testing. All clients must ensure that their testing program conforms to applicable state and federal laws and employment agreements.

LAB: 01 RN LabCorp Raritan DIRECTOR: Irene Isaac V MD
69 First Avenue, Raritan, NJ 08869-0000

| Pat Name: JOURDEAN,LORAH S | Pat ID: 467510 | Spec #: 275-306-4524-0 | Seq #: 3695 |
|---|---|---|---|



**TETRA TECH, INC.**
SURVEY WORK LOG

APPROVED: ____________

RCN: 6810

PROJECT: ADMIN

DATE: JUNE 2, 2005

| | HOURS | |
|---|---|---|
| | STRAIGHT TIME | OVERTIME |
| CHIEF: | 3.5 | |
| ASSISTANT: JOURDEAN LORAH | | |
| TECHNICIAN: | | |
| | | |
| | | |

| WORK TASK | QUANTITY COMPLETED | HOURS STRAIGHT TIME | HOURS OVERTIME |
|---|---|---|---|
| SURVEY WORK LOGS - ENTERED | | 3.5 | |
| EMPLOYEE'S TIME INTO THE | | | |
| COMPUTER. | | | |
| | | | |
| QA - JOB NUMBERS WITH PROJECTS | | | |
| | | | |
| MATHCOUNTS - 2005 - RECOGNITION | | | |
| DINNER - FAXES, TELEPHONE CALLS. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

REMARKS:

JL 6/3/05

*NOTE: If work performed is an "EXTRA," do a separate work log, note it is an "EXTRA," and have the work approved by the client by signing above.*

*Fill out separate daily logs for different crew sizes (e.g., 2 MSC, 3 MSC).*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT on this day of** FEB. 5, 2008 **, the following documents were either mailed or delivered to the Defendants.**

**Reed Smith**
**Attention: David Wilkes**
**1201 Market Street**
**Suite 1500**
**Wilmington, Delaware 19801**

Jourdean Lorah