COPY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF DELAWARE

**JOURDEAN LORAH**                    Civil Action No. #06-CV-538 SLR

      **Plaintiff**

**v.**

**TETRA TECH INC.**

      **Defendant**

*2008 FEB -5 PH 12: 13*

*CLERK U.S. DISTRICT COURT*
*DISTRICT OF DELAWARE*

## MOTION TO HEAR PLAINTIFF'S COMPLAINT CONCERNING

## TITLE VII DISCRIMINATION

**Plaintiff, Jourdean Lorah respectively prays that the United States District Court for the District of Delaware will schedule a hearing regarding the Plaintiff's complaint. Plaintiff, is financially unable to afford representation of an attorney. Plaintiff's rights have been violated and she is presently in need of a full time job with health benefits and retirement.Plaintiff presently is not employed with a job that commensurates with her skill.**

*Jourdean Lorah*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**JOURDEAN LORAH**

      **Plaintiff**             **Civil Action No. 06-CV-538 SLR**

**v.**

**TETRA TECH INC.**

      **Defendant**

## ORDER

The Plaintiff, Jourdean Lorah respectively prays that the United States District Court for the District of Delaware considers her complaint/motions for an administrative remedy and a settlement out of court.

It is so ordered on this day of _____, that the complaint/motion for the Plaintiff, Jourdean Lorah  is granted a settlement or relief for the damages and the discrimination under Title VII.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this day of ___Feb. 5, 2008_____, the

following documents were either mailed or delivered to the Defendants.


Reed Smith
Attention: David Wilkes
1201 Market Street
Suite 1500
Wilmington, Delaware  19801