UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>        Plaintiff,<br><br>    v.<br><br>TETRA TECH, INC.<br><br>        Defendant. | Civil Action No. 06-00538-SLR |

## DEFENDANT TETRA TECH, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO HEAR COMPLAINT CONCERNING TITLE VII DISCRIMINATION

Defendant Tetra Tech, Inc. ("Tetra Tech") hereby responds to Plaintiff's Motion to Hear Complaint Concerning Title VII Discrimination ("Motion to Hear"). To the extent that Plaintiff's Motion to Hear seeks oral argument on the Motion to Dismiss, Defendant Tetra Tech would respectfully appear to argue the motion if the Court determines that oral argument is necessary. However, Defendant Tetra Tech believes that the Motion to Dismiss can and should be granted on the written submissions to date. To the extent that Plaintiff's Motion to Hear is construed as a request that this matter proceed to trial, Defendant Tetra Tech opposes Plaintiff's request for the reasons articulated in the Motion to Dismiss and Reply in Support of the Motion to Dismiss.

Respectfully submitted,

Of Counsel:
Sara A. Begley
Shannon Elise McClure
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100

By: _____
David Wilks (DE Bar ID No. 2793)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Dated: February 12, 2008

Attorneys for Defendant,
Tetra Tech, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendant Tetra Tech, Inc.'s Response to Plaintiff's Motion to Hear Complaint Concerning Title VII Discrimination was served upon the following parties via United States, first class mail, postage prepaid, this 12th day of February, 2008:

Jordean Lorah
114 Walls Ave.
Wilmington, DE 19805

_____
David Wilks