IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-538-SLR |
| | ) |
| TETRA TECH INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 31st day of March, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss is **granted** as to the Americans with Disabilities Act claim and the claim of discrimination based on gender, but denied in all other respects. (D. I. 21)

2. Plaintiff's motion for hearing is **denied**. (D.I. 31)

IT IS FURTHER ORDERED that the following schedule shall be followed in connection with this case:

1. Discovery shall be completed **on or before June 30, 2008.** Because the issue of employment is central to plaintiff's claims and because plaintiff is proceeding pro se, the court will require defendant, **on or before April 16, 2008**, to submit to the court, with copies to plaintiff, all documents in its possession or control that relate to plaintiff's work at Tetra Tech from March 16, 2005 through June 14, 2005, including all documents to or from Synerfac.

2. All motions for summary judgment, with accompanying briefs, shall be filed **on**

or before July 31, 2008. Responsive briefs shall be filed **on or before September 2, 2008**. Reply briefs may be filed **on or before September 16, 2008**.

_____
UNITED STATES DISTRICT JUDGE