# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JORDEAN LORAH | : |
| Plaintiff, | : |
|  | : |
| v. | : Civil Action No. 06-cv-00538 |
|  | : |
| TETRA TECH, INC. | : Dated: April 2, 2007 |
| Defendant. | : |
|  | : |
|  | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF
## SHANNON E. MCCURE, ESQUIRE

Katharine V. Jackson, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Shannon E. McClure, Esquire ("Admittee"), of the law firm Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103-7301, to represent Tetra Tech, Inc., in the above-captioned matter. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania, the State of New Jersey, and the State of New York.

REED SMITH, LLP

Dated:  April 16, 2008                    By: _____

Katharine V. Jackson (No. 4800)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kjackson@reedsmith.com

*Attorneys for Defendant
Tetra Tech, Inc.*

FILED

APR 16 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania, the State of New Jersey and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: April 14, 2008

By: _____
Shannon E. McClure, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: (215) 851-8266
Facsimile: (215) 851-1420
E-mail: smcclure@reedsmith.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JORDEAN LORAH

           Plaintiff,

      v.

TETRA TECH, INC.

           Defendant.

:
:
:
:
:
:   Civil Action No. 06-cv-00538
:
:   Dated: April 2, 2007
:
:
:
:
:
:

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF SHANNON E. MCCLURE

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Shannon E. McCure is granted.

Dated: _____, 2008

_____
J.