

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
www.reedsmith.com

**Katharine V. Jackson**
Direct Phone: +1 302 778 7510
Email: KJackson@reedsmith.com

April 22, 2008

**VIA ECF**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

**Re: Lorah v. Tetra Tech, Inc., C.A. No. 06-00538**

Dear Judge Robinson:

I am writing on behalf of Tetra Tech, Inc., this firm's client and the defendant in the above-referenced civil action. Enclosed with this letter please find a privilege log relevant to the documents produced pursuant to Your Honor's Order of March 31, 2008 and filed with the Court on April 16, 2008.

Please do not hesitate to contact me if Your Honor has any questions or concerns.

Respectfully submitted,

*/s/ Katharine V. Jackson*

Katharine V. Jackson (Del. I.D. No. 4800)

Enclosures

cc:   Sara A. Begley, Esq.
      Shannon E. McClure, Esq.
      Jordean Lorah (via US mail) (w/enclosures)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

WILLIB-58605.1-KVJACKSO 4/22/08 9:30 AM

**Morgan v. George W. Hill Correctional Facility et al.**

**GEO Defendants' Privilege Log**

| Bates Range | Doc Type | Date | Author | Recipient | Subject Matter | Privilege Asserted |
|---|---|---|---|---|---|---|
| | Fax confirmation sheet with handwritten notes | 12/20/05 | | | Handwritten notes re: telephone conference with G. Porter of Synerfac | Work Product |
| | Synerfac invoice to Tetra Tech, Inc. | 6/20/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 6/20/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 6/13/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 6/13/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 6/6/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 5/23/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 5/16/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |

| Bates Range | Doc Type | Date | Author | Recipient | Subject Matter | Privilege Asserted |
|---|---|---|---|---|---|---|
| | Synerfac invoice to Tetra Tech, Inc. | 5/9/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 5/2/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 4/25/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Synerfac invoice to Tetra Tech, Inc. | 4/18/05 | Synerfac | John Traynor | Invoice for services | Other employee names redacted for confidentiality and privacy |
| | Request for Information and Request for Position Statement with handwritten notes | Undated (after November 2005) | A. Clark, Director, Human Resources, Tetra Tech, Inc. (Pasadena, CA) | N/A | Response to EEOC Request for Information and Request for Position Statement | Work Product |
| | Fax Cover Sheet with handwritten notes | 11/29/05 | S. Brewer, Manager, General Services and Administration, Tetra Tech, Inc. (Christiana, DE) | A. Clark | Information for Response to EEOC Request for Information and Request for Position Statement | Work Product |
| | Fax Cover Sheet with handwritten notes | 12/12/05 | S. Brewer | A. Clark | Information for Response to EEOC Request for Information and Request for Position Statement | Work Product |
| | Handwritten notes | Undated (after November 2005) | A. Clark | N/A | Handwritten notes re: EEOC charge filed by J. Lorah | Work Product |

| Bates Range | Doc Type | Date | Author | Recipient | Subject Matter | Privilege Asserted |
|---|---|---|---|---|---|---|
| | Email with handwritten notes | 12/8/05 | A. Clark | S. Brewer | EEOC Complaint filed by J. Lorah | Work Product |
| | Email with handwritten notes | 12/12/05 | S. Brewer | A. Clark | EEOC Complaint filed by J. Lorah | Work Product |
| | Email | 12/19/05 | S. Brewer | A. Clark | Email re: investigation of EEOC Complaint filed by J. Lorah | Work Product |
| | Handwritten notes | 12/20/05 | A. Clark | N/A | Handwritten notes re: telephone conference with S. Brewer and J. Traynor | Work Product |
| | Fax cover sheet with notes | 1/25/07 | S. Brewer | A. Clark | J. Lorah Complaint | Work Product |
| | Case with highlighting | 1/25/07 | S. Brewer | A. Clark | Research re: J. Lorah | Work Product |
| | Fax cover sheet with handwritten notes | 12/12/05 | S. Brewer | A. Clark | EEOC Response | Work Product |
| | Email with handwritten notes | 12/8/05 | A. Clark | S. Brewer | Information for Response to EEOC Request for Information and Request for Position Statement | Work Product |

**CERTIFICATE OF SERVICE**

I, Katharine V. Jackson, Esquire hereby certify that a true and correct copy of the foregoing *Privilege Log* was served this 22nd day of April, 2008 via U.S. Mail to the following parties:

        Jordean Lorah
        114 Walls Avenue
        Wilmington, Delaware 19805

        /s/    *Katharine V. Jackson*_____
        Katharine V. Jackson (DE ID 4800)