UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>        Plaintiff,<br><br>        v.<br><br>TETRA TECH, INC.<br><br>        Defendant. | Civil Action No. 06-cv-00538 |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF
SARA A. BEGLEY, ESQUIRE**

    Katharine V. Jackson, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Sara A. Begley, Esquire ("Admittee"), of the law firm Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103-7301, to represent Tetra Tech, Inc., in the above-captioned matter. The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania and the State of New Jersey.

                                              REED SMITH, LLP

Dated: May 5, 2008                By:  */s/ Katharine V. Jackson*
                                                   Katharine V. Jackson (No. 4800)
                                                   1201 Market Street, Suite 1500
                                                   Wilmington, DE 19801
                                                   Phone: (302) 778-7500
                                                   Facsimile: (302) 778-7575
                                                   E-mail: kjackson@reedsmith.com

                                                   *Attorneys for Defendant
                                                   Tetra Tech, Inc.*

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing in the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: May 1, 2008

By: /s/ Sara A. Begley
Sara A. Begley, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: (215) 851-8266
Facsimile: (215) 851-1420
E-mail: sbegley@reedsmith.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>    Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>    Defendant. | Civil Action No. 06-cv-00538 |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF SARA A. BEGLEY

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Sara A. Begley is granted.

Dated: _____, 2008

_____
J.