UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-cv-00538 |
| TETRA TECH, INC. | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Katharine V. Jackson, Esquire hereby certify that a true and correct copy of the following:

1. Subpoena in a Civil Case to Custodian of Records (Registrar's Office & Financial Aid) Northern Virginia Community College, 6901 Sudley Road, Manassas, VA 20109;

2. Subpoena in a Civil Case to Custodian of Records (Registrar's Office & Financial Aid) Maryland College of Art & Design, 10500 Georgia Avenue, Silver Spring, MD 20902;

3. Subpoena in a Civil Case to Custodian of Records (Registrar's Office & Financial Aid) Delaware Technical & Community College, Stanton Campus, 400 Stanton-Christiana Road, Newark, DE 19713;

4. Subpoena in a Civil Case to Dewberry, 8401 Arlington Blvd., Fairfax, VA 22031-4666, Attn: Human Resources/Personnel;

5. Subpoena in a Civil Case to DBI Architects, 1707 L Street, N.W., Suite 600, Washington, DC 20036, Attn: Human Resources/Personnel;

6. Subpoena in a Civil Case to Christian Fellowship School, 21673 Beaumeade Circle, Suite 600, Ashburn, VA 20147, Attn: Human Resources/Personnel;

7.    Subpoena in a Civil Case to Cloverlawn Academy, 3455 N. Glebe Road, Arlington, VA 22207-4308, Attn: Human Resources/Personnel;

8.    Subpoena in a Civil Case to Fairfax Brewster School, 5860 Glen Forest Drive, Bailey's Crossroads, VA 22041, Attn: Human Resources/Personnel;

9.    Subpoena in a Civil Case to Fairfax County Public Schools, Department of Human Resources, Gatehouse Administration Center I, 8115 Gatehouse Road, Falls Church, VA 22042;

10.    Subpoena in a Civil Case to Ocean City Christian School, 12637 Ocean Gateway, Ocean City, MD 21842, Attn: Human Resources/Personnel;

11.    Subpoena in a Civil Case to Dale Larsen, RR-5, Box 149-68, 41 Georgia Drive, Frankford, DE 19945; and

12.    Subpoena in a Civil Case to Synerfac, Inc., 2 Read's Way, Suite 209, New Castle, DE 19720

were served on the 7th day of May, 2008 via overnight courier upon each individual party as listed above. In addition, all subpoenas were also served upon the following party via overnight courier:

>Jordean Lorah
>114 Walls Avenue
>Wilmington, Delaware 19805

REED SMITH, LLP

Dated: May 8, 2008

By: */s/ Katharine V. Jackson*
Katharine V. Jackson (No. 4800)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kjackson@reedsmith.com

*Attorneys for Defendant
Tetra Tech, Inc.*