UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>           Plaintiff,<br><br>   v.<br><br>TETRA TECH, INC.<br><br>           Defendant. | :<br>:<br>:<br>:<br>: Civil Action No. 06-cv-00538<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

      I, Katharine V. Jackson, Esquire hereby certify that a true and correct copy of the following:

      1.    Subpoena in a Civil Case to Department of Labor, Division of Unemployment Insurance, 4425 North Market Street, Wilmington, DE 19802;

      2.    Subpoena in a Civil Case to Delaware Health & Social Services, Division of Social Services, 4th Street Office, 1715 West 4th Street, Wilmington, DE 19805; and

      3.    Subpoena in a Civil Case to Department of Labor, Division of Industrial Affairs, Office of Discrimination, 4425 North Market Street, 3rd Floor, Wilmington, DE 19802 were served on the 2nd day of May, 2008 via overnight courier upon each individual party as listed above. In addition, all subpoenas were also served upon the following party via overnight courier:

                          Jordean Lorah
                          114 Walls Avenue
                          Wilmington, Delaware 19805

- 2 -

                    REED SMITH, LLP

Dated: May 8, 2008        By:  */s/ Katharine V. Jackson*
                                     Katharine V. Jackson (No. 4800)
                                     1201 Market Street, Suite 1500
                                     Wilmington, DE 19801
                                     Phone: (302) 778-7500
                                     Facsimile: (302) 778-7575
                                     E-mail: kjackson@reedsmith.com

                                     *Attorneys for Defendant*
                                     *Tetra Tech, Inc.*