UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>      Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>      Defendant. | Civil Action No. 06-cv-00538 |

## CERTIFICATE OF SERVICE

I, Katharine V. Jackson, Esquire hereby certify that a true and correct copy of a *Letter Requesting Information Pursuant to the Freedom of Information Act, 5 U.S.C. §552 et seq.* was served on the 2nd day of May, 2008 via overnight courier upon the parties listed below:

| | |
|---|---|
| Jordean Lorah<br>114 Walls Avenue<br>Wilmington, Delaware 19805 | Jacqueline McNair, Regional Attorney<br>EEOC Philadelphia District Office<br>The Bourse Building<br>21 S. Fifth Street, Suite 500<br>Philadelphia, PA  19106-2515 |

                                        REED SMITH, LLP

Dated:  May 8, 2008           By:  */s/ Katharine V. Jackson*
                                                  Katharine V. Jackson (No. 4800)
                                                  1201 Market Street, Suite 1500
                                                  Wilmington, DE  19801
                                                  Phone:  (302) 778-7500
                                                  Facsimile:  (302) 778-7575
                                                  E-mail:  kjackson@reedsmith.com

                                                  *Attorneys for Defendant*
                                                  *Tetra Tech, Inc.*