**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JORDEAN LORAH | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-cv-00538 |
| TETRA TECH, INC. | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I, Katharine V. Jackson, Esquire hereby certify that a true and correct copies of: Initial Disclosures pursuant to Rule 26(a)(1); Defendant's First Set of Interrogatories Directed to Plaintiff Jordean Lorah; and Defendant's First Request for the Production of Documents Directed to Plaintiff Jordean Lorah were served upon the following party via overnight courier:

> Jordean Lorah
> 114 Walls Avenue
> Wilmington, Delaware 19805

REED SMITH, LLP

Dated: May 9, 2008        By: */s/ Katharine V. Jackson*_____
Katharine V. Jackson (No. 4800)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kjackson@reedsmith.com

*Attorneys for Defendant*
*Tetra Tech, Inc.*