IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Jourdean Lorah** <br><br> Plaintiff, <br><br> v. <br><br> **Tetra Tech, Inc.** <br><br> Defendant. | C. A. No. 06-cv-00538 |

## NOTICE OF DEPOSITION

TO:  Jourdean Lorah
     114 Walls Ave.
     Wilmington, DE 19805

**DEPONENT: Jourdean Lorah**

PLEASE TAKE NOTICE that on June 10, 2008 at 12:00 p.m., the undersigned shall proceed at the law offices of Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware, before a person authorized by the State of Delaware to take the testimony upon oral examination of the above-mentioned deponent with respect to all matters relevant to the subject matter of this action. The deposition will take place on the designated date and will continue from day to day until completed.

Of Counsel:
Sara A. Begley
Shannon Elise McClure
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100

Dated: May 22, 2008

Respectfully submitted,

By: /s/ Katharine V. Jackson
Katharine V. Jackson (DE Bar ID No. 4800)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Attorneys for Defendant,
Tetra Tech, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendant's Notice of Deposition Directed to Plaintiff was served via U.S. First Class Certified Mail, Return Receipt Requested upon the following:

>Jourdean Lorah
>114 Walls Ave.
>Wilmington, DE 19805

>/s/ Katharine V. Jackson
>Katharine V. Jackson

Dated: May 22, 2008