# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Jourdean Lorah** | : |
| Plaintiff, | : C. A. No.  06-cv-00538 |
| v. | : |
| **Tetra Tech, Inc.** | : |
| Defendant. | : |

## AMENDED NOTICE OF DEPOSITION

**TO:**   Jourdean Lorah
114 Walls Ave.
Wilmington, DE 19805

**DEPONENT: Jourdean Lorah**

PLEASE TAKE NOTICE that on **June 17, 2008 at 12:00 p.m.**, the undersigned shall proceed at the law offices of Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware, before a person authorized by the State of Delaware to take the testimony upon oral examination of the above-mentioned deponent with respect to all matters relevant to the subject matter of this action.  The deposition will take place on the designated date and will continue from day to day until completed.  This deposition notice replaces the notice issued on May 22, 2008.

|  |  |
|---|---|
| Of Counsel:<br>Sara A. Begley<br>Shannon Elise McClure<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103<br>Telephone: (215) 851-8100<br><br>Dated:  May 30, 2008 | Respectfully submitted,<br><br>By: /s/ Katharine V. Jackson<br>Katharine V. Jackson (DE Bar ID No. 4800)<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>Attorneys for Defendant,<br>Tetra Tech, Inc. |

PHLLIB-2272410.1-SEMCCLUR

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a copy of Defendant's Notice of Deposition Directed to Plaintiff was served via U.S. First Class Certified Mail, Return Receipt Requested upon the following:

              Jourdean Lorah
              114 Walls Ave.
              Wilmington, DE  19805


              /s/ Katharine V. Jackson
              Katharine V. Jackson

Dated: May 30, 2008