# ReedSmith

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420

**Shannon E. McClure**
Direct Phone: +1 215 851 8226
Email: smcclure@reedsmith.com

May 30, 2008

VIA ECF

Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

Re:   Jordean Lorah v. Tetra Tech, Inc.
      D. Delaware Civ. A. No. 06-00538

Dear Judge Robinson:

I represent Defendant Tetra Tech, Inc. in the above-captioned matter. Pursuant to Paragraph 3 of Standing Order *In re: Assignment of Civil Cases to United States Magistrate Judge*, I write to request that this case be submitted to Magistrate Judge Thynge for a mediation session at the Court's earliest convenience. I have attempted to contact *pro se* Plaintiff to determine if she consents to this request but I have not been successful in reaching her.

Very truly yours,

Shannon E. McClure

cc:   Sara A. Begley, Esq.
      Kate V. Jackson, Esq.
      Jordean Lorah (via US certified mail return receipt requested)