IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-538-SLR |
| | ) |
| TETRA TECH, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 3rd day of June, 2008, in response to defendant's request for a mediation session (D.I. 47);

IT IS ORDERED that, pursuant to 28 U.S.C. § 636, the above captioned case is referred to Magistrate Judge Leonard P. Stark for the purpose of exploring ADR.

IT IS FURTHER ORDERED that the case management order issued March 31, 2008 (D.I. 35) shall be revised as follows:

1. Discovery shall be completed by **July 31, 2008.**

2. All case dispositive motions, with opening briefs, shall be filed on or before **September 2, 2008.** Responsive briefs shall be filed on or before **October 2, 2008.** Reply briefs shall be filed on or before **October 16, 2008.**

                                                                                 _/s/ Sue L. Robinson_
                                                                                 United States District Judge