**Jourdean Lorah**
**114 Walls Ave.**
**Wilmington, Delaware  19805**

**June 9, 2008**

**Honorable Judge Sue Robinson**
**United States District Court**
**844 N/. King Street   Lockbox  18**
**Wilmington, Delaware  19801**



Civ. No. 06-538-SLR

**Dear Honorable Judge Sue Robinson,**

   The following letter is concerning the above civil action number 06-538-SLR. Presently, I am unable to afford the representation of an attorney. I am currently awaiting another hearing regarding my welfare benefits (Medicaid/food stamps). Employment is less than twenty hours per week. My services presently are of a maid/caregiver.

   I have sixteen years of professional experience and I am not receiving a salary that commiserates with my skill. There are no health benefits or retirement. On June 6, 2008, my second evening job (Senior Helpers) became a threat from the client and I am no longer employed in the evening. I was suppose to be eligible for health benefits in May 2008, but the client and his family violated my rights. I could no longer work with their condition and I asked my supervisor to reassign me to someone else.  My part time day position is with Home Helpers.

   The employment discrimination is continuing and I have not been charged with any violation. Therefore, the courts will not appoint me counsel. I am restricted/punished (not enough hours, low pay, no promotion, services of a maid only, no benefits and threats) by those who employ me or those who are directly involved with this case. The violations are criminal/civil and no one has offered to take my case pro-bono or on a contingency fee basis.

   Unless, I am provided counsel,  I can not continue the preparation of the teleconference as scheduled on June 9, 2008 at 2:30 with Magistrate Judge Stark. The Defendant's counsel has scheduled a deposition to take place on June 10, 2008 at 12:00 pm.  I am not willing to be deposed without representation. It violates my rights and my privacy. I have a senior at home that I need to provide for. I am living in her home and I have responsibilities to pay the bills and take care of the maintenance on our home. I am in need and it is more important to secure what my mother and I need than the fraud/fame of those involved in this case. I respectfully

United States District Court
For The District of Delaware
Honorable Judge Sue Robinson
844 N. King Street  Lockbox  18
Wilmington., Delaware  19801

Page 2

Civil No. 06-538-SLR

counsel either through the courts of mediation or through The EEOC.  The Equal Employment Opportunity Commission should have resolved my case several years ago.


Sincerely,

*Jourdean Lorah*
Jourdean Lorah
302-225-0540

# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

Katharine V. Jackson
Direct Phone: +1 302 778 7510
Email: KJackson@reedsmith.com

May 22, 2008

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

Jourdean Lorah
114 Walls Avenue
Wilmington, DE 19805

          Re:    **Jourdean Lorah v. Tetra Tech, Inc., et al.**
                 **U.S.D.C. D.Del., No. 06-cv-538-SLR**

Dear Ms. Lorah:

     Enclosed is a Notice of Deposition scheduling your deposition for Tuesday, June 10, 2008 at 12:00 p.m. at Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware.

     Should you have any questions, please call me at (302) 778-7510.

                                      Very truly yours,

                                      Katharine V. Jackson

KVJ/dara
Enclosure

cc:    Sara A. Begley, Esquire (w/enc.)
        Shannon E. McClure, Esquire (w/enc.)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

PHLLIB-2270173 1-DARZEPEL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Jourdean Lorah**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**Tetra Tech, Inc.**<br><br>　　　　　　Defendant. | C. A. No.   06-cv-00538 |

## NOTICE OF DEPOSITION

**TO:**   Jourdean Lorah
　　　　114 Walls Ave.
　　　　Wilmington, DE 19805

**DEPONENT: Jourdean Lorah**

PLEASE TAKE NOTICE that on June 10, 2008 at 12:00 p.m., the undersigned shall proceed at the law offices of Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware, before a person authorized by the State of Delaware to take the testimony upon oral examination of the above-mentioned deponent with respect to all matters relevant to the subject matter of this action. The deposition will take place on the designated date and will continue from day to day until completed.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Of Counsel:<br>Sara A. Begley<br>Shannon Elise McClure<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA  19103<br>Telephone: (215) 851-8100<br><br>Dated: May 22, 2008 | By: /s/ Katharine V. Jackson<br>Katharine V. Jackson (DE Bar ID No. 4800)<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>Attorneys for Defendant,<br>Tetra Tech, Inc. |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendant's Notice of Deposition Directed to Plaintiff was served via U.S. First Class Certified Mail, Return Receipt Requested upon the following:

>Jourdean Lorah
>114 Walls Ave.
>Wilmington, DE  19805

>/s/ Katharine V. Jackson
>Katharine V. Jackson

Dated: May 22, 2008



Jourdean Lorah
114 Walls Ave.
Wilmington, Delaware 19805

C 302-381-0361

Honorable Judge Sue Robinson
United States District Court
844 N/. King Street  Lockbox 18
Wilmington, Delaware  19801

Civ. No. 06-538-SLR