

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
www.reedsmith.com

**Katharine V. Jackson**
Direct Phone:  +1 302 778 7510
Email:  KJackson@reedsmith.com

June 27, 2008

**VIA ECF and HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

**Re: Lorah v. Tetra Tech, Inc., C.A. No. 06-00538**

Dear Judge Robinson:

I am writing on behalf of Tetra Tech, Inc., this firm's client and the defendant in the above-referenced civil action ("Tetra Tech").  Enclosed with this letter please find documents produced pursuant to subpoenas served by Tetra Tech on various third parties, hereby filed with the Court pursuant to Local Rule 5.4(a).

Please do not hesitate to contact me if Your Honor has any questions or concerns.


Respectfully submitted,

*/s/ Katharine V. Jackson*

Katharine V. Jackson (Del. I.D. No. 4800)


Enclosures

cc:     Sara A. Begley, Esq.
         Shannon E. McClure, Esq.
         Jourdean Lorah (via US mail) (w/enclosures)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH

OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

WILLIB-59644.1-KVJACKSO 6/27/08 10:25 AM

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Philadelphia District Office
## Legal Unit

801 Market Street
Penthouse, Suite 1300
Philadelphia, PA 19107-3126
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2674 & 2848

May 5, 2008

Debora A. Rzepla-Auch
Reed Smiith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

In Response Refer to:  Lorah v.  Tetra Tech, Inc., et al.
EEOC Charge Number:  170-2006-00048

Dear Ms. Rzepla-Auch:

This letter acknowledges receipt of your request under the Freedom of Information Act ("FOIA") dated May 2, 2008 and received in this office on May 5, 2008.  Please be advised that within 20 business days you will be notified of the assigned FOIA number, advised of the file status and/**or** your request for records shall either be granted or denied **unless** additional time is required for one of the reasons listed below:

   *(1) It is necessary to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request;*
   *(2) It is necessary to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or*
   *(3) It is necessary to consult with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Please note that the reference to 20 business days does not guarantee that your FOIA request will be sent, as the file must be retrieved, reviewed and possibly sent for copying, but be assured that the office is expeditiously processing your FOIA request.

Should you have questions in this matter, you may contact the office at (215) 440-2681 and ask for the Paralegal Specialist as noted below.

Sincerely,

Jacqueline H. McNair
Regional Attorney

By: Fredricka B. Warren
Paralegal Specialist

EEOC-D-0238



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1300
Philadelphia, PA 19107
Philadelphia Status Line: (866) 408-8075
Philadelphia Direct Dial: (215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Fredricka B. Warren – Paralegal Specialist
fredricka.warren@eeoc.gov
Direct No. 215-440-2681 Fax No. 215-440-2848

May 7, 2008

Deborah A. Rzepela-Auch
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia PA 19106-2515

In Response Refer to: Lorah v Synerfac Agency
Charge No. 170200600048
FOIA No. A8-08-FOIA-0637
Legal Id No. 53020080761A

Dear Ms. Auch:

This letter is in response to your Freedom of Information Act request of May 2, 2008. The Commission cannot honor your request because you are not a party to the charge. Sections 706(b) and 709(e) of Title VII and Section 107 of the ADA specifically prohibit disclosure of such information to third parties.

You may appeal the denial of your request by writing within thirty (30) days of receipt of this letter to:

Assistant Legal Counsel/FOIA Programs,
Office of Legal Counsel,
U.S. Equal Employment Opportunity Commission,
1801 L Street, NW,
Washington, D.C. 20507.

You must include a copy of the Regional Attorney's determination with your appeal. Your appeal will be governed by 29 C.F.R. Section 1610.11.

I trust this information is helpful.

Sincerely,

Fredricka B. Warren
Paralegal Specialist

EEOC-D-0239

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Philadelphia District Office
## Legal Unit

801 Market Street
Penthouse, Suite 1300
Philadelphia, PA 19107-3126
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2674 & 2848

May 6, 2008

Debora A. Rzepla-Auch
Reed Smiith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

In Response Refer to:  Lorah v.  Tetra Tech, Inc., et al.
EEOC Charge Number:  170-2005-02819

Dear Ms. Rzepla-Auch:

This letter acknowledges receipt of your request under the Freedom of Information Act ("FOIA") dated May 2, 2008 and received in this office on May 5, 2008.  Please be advised that within 20 business days you will be notified of the assigned FOIA number, advised of the file status and/**or** your request for records shall either be granted or denied **unless** additional time is required for one of the reasons listed below:

*(1) It is necessary to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request;*

*(2) It is necessary to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or*

*(3) It is necessary to consult with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Please note that the reference to 20 business days does not guarantee that your FOIA request will be sent, as the file must be retrieved, reviewed and possibly sent for copying, but be assured that the office is expeditiously processing your FOIA request.

Should you have questions in this matter, you may contact the office at (215) 440-2681 and ask for the Paralegal Specialist as noted below.

Sincerely,

Jacqueline H. McNair
Regional Attorney

By: _____
Fredricka B. Warren
Paralegal Specialist

EEOC-D-0240



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1300
Philadelphia, PA 19107
Philadelphia Status Line: (866) 408-8075
Philadelphia Direct Dial: (215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Fredricka B. Warren – Paralegal Specialist
fredricka.warren@eeoc.gov
Direct No. 215-440-2681 Fax No. 215-440-2848

May 8, 2008

Debora A. Rzepla-Auch
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia  PA  19103-7301

> In Response Refer to: Lorah v Tetra Tech, Inc. et al
> Charge No. 170200502819
> FOIA No. A8-08-FOIA-0638
> Legal Id No. 53020080762A

Dear Ms. Auch:

This letter is in response to your request under the Freedom of Information Act ("FOIA").

(X)    In your FOIA request, you requested the following:

A copy of the above-captioned case(s).

(X)    Your request is (X) denied in part; or ( )denied in whole.  Those records not released were withheld based on the FOIA subsections checked below.  An attachment to this letter identifies each exemption involved, how the exemption applies and identifies the records withheld under each exemption.  The applicable sections of the FOIA exempting disclosure are 5 U.S.C. Section 552(b):

( )(2)          ( ) (3)          ( )(4)          ( x)(5)
( ) (6)         ( )(7A)         ( )(7C)         ( )(7D)

(X)    The estimated charge for copying the records is **$34.01 for 227 pages at .14 plus 7% tax.  Please submit a check or money order made payable to <u>Liberty Quick Print, Inc</u>.** and mail to the:
EEOC-Philadelphia District Office
Attn:  Fredricka B. Warren, Paralegal Specialist.
801 Market Street, Suite 1300
Philadelphia  PA  19107
<u>Any balance due must be paid prior to the release of the records</u>.  If a response is not received within 30 days, the case will be returned to the control room and this will delay the processing of your FOIA request.

EEOC-D-0241

Please contact Fredricka B. Warren, Paralegal Specialist at (215) 440-2681 for any additional information regarding your Freedom of Information Act ("FOIA") request.

You may appeal the denial or partial denial of your request by writing within thirty (30) days of receipt of this letter to:

> Assistant Legal Counsel/FOIA Programs
> Office of Legal Counsel
> U.S. Equal Employment Opportunity Commission
> 1801 L Street, N.W.
> Washington DC 20507

You must include a copy of the Regional Attorney's determination with your appeal. Your appeal will be governed by 29 C.F.R. § 1601.11.

Sincerely,

Jacqueline H. McNair
Regional Attorney

EEOC-D-0242

| Lorah v Tetra Tech, Inc. et al | Charge No. 170200502819 |
| FOIA No. A8-08-FOIA-0638 | Legal Id No. 53020080762A |

**EXEMPTION 5**

The fifth exemption to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b)(5) (1982), permits withholding documents that reflect the analyses and recommendations of EEOC personnel generated for the purpose of advising the agency of possible action. This exemption protects the agency's deliberative process, and allows nondisclosure of "inter-agency or intra-agency memorandums or letters which would not be available to a party other than an agency in litigation with the agency." 5 U.S.C. § 552(b)(5). The exemption covers internal communications that are deliberative in nature. *National Labor Relations Board v. Sears, Roebuck & Co.*, 421 U.S. 132 (1975); *Hinckley* v. *United States*, 140 F.3d 277 (D.C. Cir. 1998); *Mace v. EEOC*, 37 F.Supp.2d 1144 (E.D. Mo. 1999). The purpose of the deliberative process privilege is to "allow agencies freely to explore alternative avenues of action and to engage in internal debates without fear of public scrutiny." *Missouri ex. rel. Shorr v. United States Corps of Eng'rs.*, 147 F. 3d 708, 710 (8th Cir. 1998).

Records may be withheld under this exemption if they were prepared prior to an agency's decision, *Wolfe v. Department of Health and Human Services*, 839 F.2d 768, 775, 776 (D.C. Cir. 1988) (en banc) and for the purpose of assisting the agency decision maker. *First Eastern Corp. v. Mainwaring*, 21 F.3d 465,468 (D.C. Cir. 1994). 1065, 1068, 1069 (D. Colo. 1995). Records may also be withheld to the extent they reflect "selective facts" compiled by the agency to assist in the decision making process. *A. Michael's Piano, Inc. v. Federal Trade Commission*, 18 F.3d 138 (2d Cir. 1994). An agency may also withhold records to the extent that they contain factual information already obtained by a requester through prior disclosure. *See Mapother, Nevas, et al. v. Dept of Justice*, 3 F.3d 1533 (D.C. Cir. 1993).

---

DOCUMENTS WITHHELD PURSUANT TO THE FIFTH EXEMPTION OF THE FOIA:

**552 (b) (5) Exclusion:**

| | | |
|---|---|---|
| _2__ page(s) | ASSESSMENT FACTORS SHEET | NO DATE |
| _1__ page(s) | CHARGE DETAIL INQUIRY | 10/31/2005 |
| _1__ page(s) | **INVESTIGATOR'S** NOTES | NO DATE |
| _1__ page(s) | RECOMMENDATION FOR DISMISSAL/CLOSURE | 06/13/2006 |
| _13_ page(s) | INTAKE SCREENING PROCESSING NOTES | NO DATE |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Philadelphia District Office
### Legal Unit

801 Market Street
Penthouse, Suite 1300
Philadelphia, PA 19107-3126
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2674 & 2848

May 6, 2008

Debora A. Rzepla-Auch
Reed Smiith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

In Response Refer to:  Lorah v.  Tatnall School
EEOC Charge Number:  17C-2007-00480

Dear Ms. Rzepla-Auch:

This letter acknowledges receipt of your request under the Freedom of Information Act ("FOIA") dated May 2, 2008 and received in this office on May 5, 2008.   Please be advised that within 20 business days you will be notified of the assigned FOIA number, advised of the file status and/**or** your request for records shall either be granted or denied **unless** additional time is required for one of the reasons listed below:

*(1) It is necessary to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request;*

*(2) It is necessary to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or*

*(3) It is necessary to consult with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Please note that the reference to 20 business days does not guarantee that your FOIA request will be sent, as the file must be retrieved, reviewed and possibly sent for copying, but be assured that the office is expeditiously processing your FOIA request.

Should you have questions in this matter, you may contact the office at (215) 440-2681 and ask for the Paralegal Specialist as noted below.

Sincerely,

Jacqueline H. McNair
Regional Attorney

By: _____
Fredricka B. Warren
Paralegal Specialist

EEOC-D-0244



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1300
Philadelphia, PA 19107
Philadelphia Status Line: (866) 408-8075
Philadelphia Direct Dial: (215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Fredricka B. Warren – Paralegal Specialist
fredricka.warren@eeoc.gov
Direct No. 215-440-2681 Fax No. 215-440-2848

May 20, 2008

Debora A. Rzepla-Auch
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia PA 19103-7301

    In Response Refer to: Lorah v Tatnall School
                   Charge No. 17C200700480
                   FOIA No. A8-08-FOIA-0640
                   Legal Id No. 53020080764A

Dear Ms. Rzzepla-Auch:

This letter is in response to your request under the Freedom of Information Act ("FOIA").

( x )    In your FOIA request, you requested the following:

    A copy of the above-captioned case.

**(X)**    Your request is neither granted nor denied. The requested file is located with the Delaware
Department of Labor.  Please forward your request to their office located:

### Wilmington:

4425 North Market Street                P.O. Box 9954
Wilmington, DE 19802            Wilmington, DE 19809-9954

You may appeal the denial or partial denial of your request by writing within thirty
days of receipt of this letter to:

        Assistant Legal Counsel/FOIA Programs
        Office of Legal Counsel
        U.S. Equal Employment Opportunity Commission
        1801 L Street, N.W.
        Washington DC 20507

You must include a copy of the Regional Attorney's determination with your appeal. You
governed by 29 C.F.R. § 1601.11.

Sincerely,

Fredricka B. Warren
Paralegal Specialist

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**
**Legal Unit**

801 Market Street
Penthouse, Suite 1300
Philadelphia, PA  19107-3126
(215) 440-2828
TTY (215) 440-2610
FAX (215) 440-2674 & 2848

May 6, 2008

Debora A. Rzepla-Auch
Reed Smiith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

In Response Refer to:  Lorah v.  Creative Concepts
EEOC Charge Number:  170-2005-00466

Dear Ms. Rzepla-Auch:

This letter acknowledges receipt of your request under the Freedom of Information Act ("FOIA") dated May 2, 2008 and received in this office on May 5, 2008.   Please be advised that within 20 business days you will be notified of the assigned FOIA number, advised of the file status and/**or** your request for records shall either be granted or denied **unless** additional time is required for one of the reasons listed below:

*(1) It is necessary to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request;*
*(2) It is necessary to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or*
*(3) It is necessary to consult with another agency having a substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*

Please note that the reference to 20 business days does not guarantee that your FOIA request will be sent, as the file must be retrieved, reviewed and possibly sent for copying, but be assured that the office is expeditiously processing your FOIA request.

Should you have questions in this matter, you may contact the office at (215) 440-2681 and ask for the Paralegal Specialist as noted below.

Sincerely,

Jacqueline H. McNair
Regional Attorney

By: _____
Fredricka B. Warren
Paralegal Specialist

EEOC-D-0247



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1300
Philadelphia, PA 19107
Philadelphia Status Line: (866) 408-8075
Philadelphia Direct Dial: (215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Fredricka B. Warren – Paralegal Specialist
fredricka.warren@eeoc.gov
Direct No. 215-440-2681 Fax No. 215-440-2848

May 7, 2008

Deborah A. Rzepela-Auch
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia PA 19106-2515

> In Response Refer to: Lorah v Creative Concepts
> Charge No. 170200500466
> FOIA No. A8-08-FOIA-0639
> Legal Id No. 53020080763A

Dear Ms. Auch:

This letter is in response to your Freedom of Information Act request of May 2, 2008. The Commission cannot honor your request because you are not a party to the charge. Sections 706(b) and 709(e) of Title VII and Section 107 of the ADA specifically prohibit disclosure of such information to third parties.

You may appeal the denial of your request by writing within thirty (30) days of receipt of this letter to:

> Assistant Legal Counsel/FOIA Programs,
> Office of Legal Counsel,
> U.S. Equal Employment Opportunity Commission,
> 1801 L Street, NW,
> Washington, D.C. 20507.

You must include a copy of the Regional Attorney's determination with your appeal. Your appeal will be governed by 29 C.F.R. Section 1610.11.

I trust this information is helpful.

Sincerely,

Fredricka B. Warren
Paralegal Specialist

NORTHERN VIRGINIA COMMUNITY COLLEGE
CENTRAL RECORDS OFFICE

Name    : Lorah,Jourdean S

Official Transcript                                    Page 1 of 2

Northern Virginia Community College

4001 Wakefield Chapel Road
Annandale, VA 22003
United States
Identifying Code:

Name    : Lorah,Jourdean S
Student ID :
SSN :

Shannon E. McClure, Esquire
c/o Katherine V. Jackson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington                        DE        19801

**REDACTED**

Print Date : 2008-05-21

- - - - Beginning of Quarter Credit Record - - - -

| INDG | 206 | Txt/Floor/Wll/Wind | 3.00 | 3.00 B | 9.000 |
| INDG | 217 | Indg Trade Sources | 3.00 | 3.00 A | 12.000 |
| PSYC | | Prin of Appl Psyc | 3.00 | 3.00 C | 6.000 |
| TERM GPA : 3.000 | | TERM TOTALS : | 9.00 | 9.00 | 27.000 |

Dean's List

**1983 Fall**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| ARTS | 111 | Hist/Apprec Art I | 3.00 | 0.00 W | |
| ENGL | 111 | Engl Comp I | 3.00 | 3.00 B | 9.000 |
| GNEL | 100 | Orientation | 1.00 | 1.00 A | 4.000 |
| INDG | 104 | Tech of Interior Des | 3.00 | 3.00 A | 12.000 |
| INDG | 108 | Color/Space Theory | 3.00 | 3.00 A | 12.000 |
| TERM GPA : 3.700 | | TERM TOTALS : | 10.00 | 10.00 | 37.000 |

**1985 Summer**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| INDG | 216 | Bus Procedur Indg | 3.00 | 0.00 W | 0.000 |
| TERM GPA : 0.000 | | TERM TOTALS : | 0.00 | 0.00 | 0.000 |

Dean's List

**1984 Winter**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| ENGL | 98 | Seminar & Project | 3.00 | 3.00 S | |
| ENGL | 112 | Eng Composition II | 3.00 | 3.00 B | 9.000 |
| INDG | 105 | Drft Tech For Indg | 3.00 | 3.00 A | 12.000 |
| INDG | 107 | Perspect/Rendering | 3.00 | 3.00 A | 12.000 |
| TERM GPA : 3.667 | | TERM TOTALS : | 9.00 | 9.00 | 33.000 |

**1985 Fall**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| ARTS | 111 | Hist/Apprec Art I | 3.00 | 3.00 C | 6.000 |
| INDG | 207 | Furn/Lght Equp/Acc | 3.00 | 3.00 A | 12.000 |
| PHED | 100 | Fund Phys Activity | 1.00 | 1.00 A | 4.000 |
| TERM GPA : 3.143 | | TERM TOTALS : | 7.00 | 7.00 | 22.000 |

Dean's List

**1984 Spring**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| ENGL | 119 | Crit Read/Stdy Skl | 3.00 | 3.00 C | 6.000 |
| INDG | 106 | Isomet/Model Const | 3.00 | 3.00 C | 6.000 |
| PHED | 142 | Perform Conditng I | 1.00 | 1.00 A | 4.000 |
| SPDR | 138 | Oral Communication | 3.00 | 3.00 A | 12.000 |
| TERM GPA : 2.800 | | TERM TOTALS : | 10.00 | 10.00 | 28.000 |

Dean's List

**1986 Winter**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| ARTS | 112 | Hist/Apprec Art II | 3.00 | 3.00 C | 6.000 |
| HORT | 266 | House/Convstry Plant | 3.00 | 3.00 A | 12.000 |
| TERM GPA : 3.000 | | TERM TOTALS : | 6.00 | 6.00 | 18.000 |

Dean's List

**1984 Fall**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| INDG | 206 | Txt/Floor/Wll/Wind | 3.00 | 0.00 W | |
| INDG | 208 | Advancd Drftg Tech | 3.00 | 0.00 W | |
| PSYC | 110 | Prin of Appl Psyc | 3.00 | 0.00 W | |
| TERM GPA : 0.000 | | TERM TOTALS : | 0.00 | 0.00 | 0.000 |

Dean's List

**1986 Spring**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| ARTS | 113 | Hist/Apprc Art III | 3.00 | 3.00 C | 6.000 |
| TERM GPA : 2.000 | | TERM TOTALS : | 3.00 | 3.00 | 6.000 |

**1985 Spring**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|

**1986 Fall**

| Course/Description | | | Attempted/Earned/Points | | |
|---|---|---|---|---|---|
| INDG | 216 | Bus Procedur Indg | 3.00 | 3.00 C | 6.000 |
| TERM GPA : 2.000 | | TERM TOTALS : | 3.00 | 3.00 | 6.000 |

Quarter Credit Career Totals

NVCC-D-01

NVCC 125-5 Rev 5/04
IN ACCORDANCE WITH USC 438 (6) (4) (8) (THE FAMILY EDUCATION RIGHTS AND PRIVACY ACT OF 1974)
YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR
AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT
CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.
THIS IS NOT AN OFFICIAL DOCUMENT UNLESS IT IS SIGNED—EMBOSSED SEAL IS NOT REQUIRED

A. Barrens Hamilton
A. BARRENS HAMILTON
COLLEGE REGISTRAR

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL



**Northern Virginia Community College**
Office of the Registrar

## ACCREDITATION
Northern Virginia Community College is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate degree. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Northern Virginia Community College.

## RELEASE OF INFORMATION
This academic record is subject to the Family Educational Rights and Privacy Act of 1974 (as amended).

## AUTHENTICATION OF RECORD
All official transcripts must bear the signature of the Registrar.

## CURRENT COURSE NUMBERING SYSTEM
| | |
|---|---|
| 001-009 | Developmental courses. Credits earned in these courses are not applicable to an associate degree or a certificate. |
| 002-016 | ESL courses. Credit earned in English as a Second Language (ESL) is not applicable to an associate degree or a certificate. |
| 010-099 | Credit may be applicable to a certificate, but is not applicable to an associate degree. |
| 100-199 | Credit is applicable to an associate degree or a certificate. |
| 200-299 | Credit is applicable to an associate degree or a certificate. |

## CURRENT GRADING SYSTEM
**Grades used in computation of GPA**

| | | |
|---|---|---|
| A | Excellent | 4 grade points per credit hour |
| B | Good | 3 grade points per credit hour |
| C | Average | 2 grade points per credit hour |
| D | Poor | 1 grade point per credit hour |
| F | Failure | 0 grade points per credit hour |

**Grades *not* used in computation of GPA**

| | |
|---|---|
| P | Pass (Maximum seven credit hours of P grades in courses level 100 or higher may be used for graduation - extended to 15 hours for approved experimental learning program.) |
| R | Re-enroll (Indicates student making satisfactory progress but did not complete all course requirements.) |
| S | Satisfactory |
| U | Unsatisfactory |
| I | Incomplete |
| W | Withdrawal |
| X | Audit |

## PRIOR CHANGES IN GRADING SYSTEM

**Summer 1994:**
**ACADEMIC RENEWAL**
On transcripts indicating "Academic Renewal", grades of D and F earned prior to the student's re-enrollment after a five year break (60 continuous months) are deleted from calculation of GPA. However, Academic Renewal does not affect graduation GPAs previously earned.

## REPEATED COURSES
For students enrolled from Summer 1994 onward, only the last grade earned in a repeated course is computed in curriculum and cumulative GPAs. Policy applies only to courses taken on the semester system.

**Summer 1991:** S grade restored to the grading system for developmental courses.

**Spring 1990:** Combined NVCC / VCCS credits no longer shown on transcript. Through Fall Semester 1989, transfer credits from other colleges in the Virginia Community College System were combined as NVCC / VCCS credits.

**Summer 1988:**
**BEGINNING OF SEMESTER SYSTEM**
Graduation honors changes to current system. Previously based on GPA only for courses within a student's curriculum.

**Fall 1987:** S grade replaced by P.

**1972:** R grade extended to select credit courses.

**1971:** R grade added for developmental courses.

**Fall 1970:** S and U grades given for developmental courses.

**Spring 1967 - Summer 1970:** Developmental courses computed in GPA.

**GRADUATION HONORS:** Graduation honors are based on cumulative grade point average at completion of semester in which graduation is certified.

**NVCC-D-02**

🔒 **TO TEST FOR AUTHENTICITY:** The face of this document has a green background and the name of the institution appears in white print. Apply fresh liquid bleach to the sample background printed below. If authentic, the paper will turn brown.

NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE

**ADDITIONAL TEST:** When photocopied, the word COPY appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office.

Name    : Lorah,Jourdean S                    **Official Transcript**                    Page 2 of 2

CUM  GPA :   3.105    CUM TOTALS :   57.00   57.00    177.000

- - - - Degrees Awarded - - - -

Degree       : Associate in Science

Confer Date  : 1995-08-11

Degree Honors : Cum Laude

Plan         : AS-General Studies

Plan GPA     : 3.430

- - - - End of Transcript - - - -



A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL

NVCC-D-03

NVCC 125-5 Rev 5/04
IN ACCORDANCE WITH USC 438 (6) (4) (8) (THE FAMILY EDUCATION RIGHTS AND PRIVACY ACT OF 1974)
YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR
AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT
CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.
THIS IS NOT AN OFFICIAL DOCUMENT UNLESS IT IS SIGNED-EMBOSSED SEAL IS NOT REQUIRED

A. Barrens Hamilton

A. BARRENS HAMILTON
COLLEGE REGISTRAR



**Northern Virginia Community College**
Office of the Registrar

## ACCREDITATION

Northern Virginia Community College is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate degree. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Northern Virginia Community College.

## RELEASE OF INFORMATION

This academic record is subject to the Family Educational Rights and Privacy Act of 1974 (as amended).

## AUTHENTICATION OF RECORD

All official transcripts must bear the signature of the Registrar.

## CURRENT COURSE NUMBERING SYSTEM

| | |
|---|---|
| 001-009 | Developmental courses. Credits earned in these courses are not applicable to an associate degree or a certificate. |
| 002-016 | ESL courses. Credit earned in English as a Second Language (ESL) is not applicable to an associate degree or a certificate. |
| 010-099 | Credit may be applicable to a certificate, but is not applicable to an associate degree. |
| 100-199 | Credit is applicable to an associate degree or a certificate. |
| 200-299 | Credit is applicable to an associate degree or a certificate. |

## CURRENT GRADING SYSTEM

**Grades used in computation of GPA**

| | | |
|---|---|---|
| A | Excellent | 4 grade points per credit hour |
| B | Good | 3 grade points per credit hour |
| C | Average | 2 grade points per credit hour |
| D | Poor | 1 grade point per credit hour |
| F | Failure | 0 grade points per credit hour |

**Grades *not* used in computation of GPA**

| | |
|---|---|
| P | Pass (Maximum seven credit hours of P grades in courses level 100 or higher may be used for graduation - extended to 15 hours for approved experimental learning program.) |
| R | Re-enroll (Indicates student making satisfactory progress but did not complete all course requirements.) |
| S | Satisfactory |
| U | Unsatisfactory |
| I | Incomplete |
| W | Withdrawal |
| X | Audit |

## PRIOR CHANGES IN GRADING SYSTEM

**Summer 1994:**
**ACADEMIC RENEWAL**
On transcripts indicating "Academic Renewal", grades of D and F earned prior to the student's re-enrollment after a five year break (60 continuous months) are deleted from calculation of GPA. However, Academic Renewal does not affect graduation GPAs previously earned.

**REPEATED COURSES**
For students enrolled from Summer 1994 onward, only the last grade earned in a repeated course is computed in curriculum and cumulative GPAs. Policy applies only to courses taken on the semester system.

**Summer 1991:** S grade restored to the grading system for developmental courses.

**Spring 1990:** Combined NVCC / VCCS credits no longer shown on transcript. Through Fall Semester 1989, transfer credits from other colleges in the Virginia Community College System were combined as NVCC / VCCS credits.

**Summer 1988:**
**BEGINNING OF SEMESTER SYSTEM**
Graduation honors changes to current system. Previously based on GPA only for courses within a student's curriculum.

**Fall 1987:** S grade replaced by P.

**1972:** R grade extended to select credit courses.

**1971:** R grade added for developmental courses.

**Fall 1970:** S and U grades given for developmental courses.

**Spring 1967 - Summer 1970:** Developmental courses computed in GPA.

**GRADUATION HONORS:** Graduation honors are based on cumulative grade point average at completion of semester in which graduation is certified.

**NVCC-D-04**

**TO TEST FOR AUTHENTICITY:** The face of this document has a green background and the name of the institution appears in white print. Apply fresh liquid bleach to the sample background printed below. If authentic, the paper will turn brown.

NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE

**ADDITIONAL TEST:** When photocopied, the word COPY appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office.

Name    :  Lorah,Jourdean S                          **Official Transcript**                      Page 1 of 1

Print Date : 2008-05-21                                              Dean's List

- - - - - Beginning of Credit Record - - - - -                      1996 Spring

Quarter to Semester Conversion

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| ART | 122 | Drawing II | 4.00  4.00 B  12.000 |
| BIO | 101 | General Biology I | 4.00  4.00 B  12.000 |
| ENG | 251 | Surv of World Lit I | 3.00  3.00 D  9.000 |

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| *QTR/SEM | CONV* | QTR/SEM Conversion | |
| | TERM GPA : | 3.105 | TERM TOTALS : 38.00  38.00  117.990 |

TERM GPA : 3.000    TERM TOTALS : 11.00  11.00  33.000

1988 Summer                                                         1996 Summer

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| IDS | 290 | Coordinated Internshp | 3.00  5.00 B  15.000 |
| | TERM GPA : | 3.000 | TERM TOTALS : 5.00  5.00  15.000 |

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| MTH | 1 | Developmental Math | 3.00  0.00 R |
| | TERM GPA : | 0.000 | TERM TOTALS : 0.00  0.00  0.000 |

1994 Summer                                                         1996 Fall

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| PSY | 201 | Intro to Psych I | 3.00  3.00 C  6.000 |
| SOC | 297 | Coop Education | 4.00  4.00 A  16.000 |
| ART | 121 | Drawing I | 4.00  4.00 A  16.000 |
| | TERM GPA : | 3.455 | TERM TOTALS : 11.00  11.00  38.000 |

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| FRE | 101 | Beg French I | 3.00  0.00 I |
| MTH | 3 | Basic Algebra I | 4.00  0.00 N |
| PED | 107 | Slimnastics I | 1.00  1.00 A  4.000 |
| | TERM GPA : | 4.000 | TERM TOTALS : 6.00  1.00  4.000 |

1994 Fall                                                           1997 Spring

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| ART | 153 | Ceramics I | 4.00  4.00 A  16.000 |
| PLS | 120 | Intro to Politcl Sci | 3.00  3.00 A  12.000 |
| | TERM GPA : | 4.000 | TERM TOTALS : 7.00  7.00  28.000 |

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| FRE | 101 | Beg French I | 3.00  0.00 W |
| MTH | 3 | Basic Algebra I | 4.00  4.00 S |
| | TERM GPA : | 0.000 | TERM TOTALS : 0.00  0.000 |

Dean's List

Credit Career Totals

CUM GPA :  3.185   CUM TOTALS :  97.00  92.00  292.990

1995 Spring

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| ART | 241 | Painting I | 4.00  4.00 B  12.000 |
| PLS | 211 | U.S. Government I | 3.00  3.00 A  12.000 |
| ART | 298 | Seminar And Project | 3.00  3.00 A  12.000 |

Course Topic(s): Etruscan to Baroque

TERM GPA :  3.600   TERM TOTALS : 10.00  10.00  36.000

Dean's List

- - - - - Degrees Awarded - - - - -

Degree        :  Associate in Science
Confer Date   :  1995-08-11
Degree Honors :  Cum Laude
Plan          :  AS-General Studies
Plan GPA      :  3.430

- - - - - End of Transcript - - - - -

1995 Summer

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| HIS | 101 | Hist of West Civ I | 3.00  3.00 C  6.000 |
| PED | 107 | Slimnastics I | 1.00  0.00 A |
| Repeated | : Repeated Course | | |
| | TERM GPA : | 2.000 | TERM TOTALS : 3.00  3.00 |

Dean's List

1995 Fall

| Course/Description | | | Attempted/Earned/Points |
|---|---|---|---|
| ENG | 251 | Surv of World Lit I | 3.00  3.00 D  9.000 |
| HIS | 102 | Hist of West Civ II | 3.00  3.00 C  6.000 |
| PED | 107 | Slimnastics I | 1.00  0.00 A |
| Repeated | : Repeated Course | | |
| | TERM GPA : | 2.500 | TERM TOTALS : 6.00  6.00 |

NVCC-D-05

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL

A. Barrens Hamilton
A. BARRENS HAMILTON
COLLEGE REGISTRAR

NVCC 125-5 Rev 5/04
IN ACCORDANCE WITH USC 438 (6) (4) (8) (THE FAMILY EDUCATION RIGHTS AND PRIVACY ACT OF 1974)
YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR
AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT
CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.
THIS IS NOT AN OFFICIAL DOCUMENT UNLESS IT IS SIGNED-EMBOSSED SEAL IS NOT REQUIRED



**Northern Virginia Community College**
Office of the Registrar

## ACCREDITATION
Northern Virginia Community College is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate degree. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Northern Virginia Community College.

## RELEASE OF INFORMATION
This academic record is subject to the Family Educational Rights and Privacy Act of 1974 (as amended).

## AUTHENTICATION OF RECORD
All official transcripts must bear the signature of the Registrar.

## CURRENT COURSE NUMBERING SYSTEM
001-009    Developmental courses. Credits earned in these courses are not applicable to an associate degree or a certificate.

002-016    ESL courses. Credit earned in English as a Second Language (ESL) is not applicable to an associate degree or a certificate.

010-099    Credit may be applicable to a certificate, but is not applicable to an associate degree.

100-199    Credit is applicable to an associate degree or a certificate.

200-299    Credit is applicable to an associate degree or a certificate.

## CURRENT GRADING SYSTEM
**Grades used in computation of GPA**

| | | |
|---|---|---|
| A | Excellent | 4 grade points per credit hour |
| B | Good | 3 grade points per credit hour |
| C | Average | 2 grade points per credit hour |
| D | Poor | 1 grade point per credit hour |
| F | Failure | 0 grade points per credit hour |

**Grades *not* used in computation of GPA**

P    Pass (Maximum seven credit hours of P grades in courses level 100 or higher may be used for graduation - extended to 15 hours for approved experimental learning program.)

R    Re-enroll (Indicates student making satisfactory progress but did not complete all course requirements.)

S    Satisfactory

U    Unsatisfactory

I    Incomplete

W    Withdrawal

X    Audit

## PRIOR CHANGES IN GRADING SYSTEM

**Summer 1994:**
**ACADEMIC RENEWAL**
On transcripts indicating "Academic Renewal", grades of D and F earned prior to the student's re-enrollment after a five year break (60 continuous months) are deleted from calculation of GPA. However, Academic Renewal does not affect graduation GPAs previously earned.

**REPEATED COURSES**
For students enrolled from Summer 1994 onward, only the last grade earned in a repeated course is computed in curriculum and cumulative GPAs. Policy applies only to courses taken on the semester system.

**Summer 1991:** S grade restored to the grading system for developmental courses.

**Spring 1990:** Combined NVCC / VCCS credits no longer shown on transcript. Through Fall Semester 1989, transfer credits from other colleges in the Virginia Community College System were combined as NVCC / VCCS credits.

**Summer 1988:**
**BEGINNING OF SEMESTER SYSTEM**
Graduation honors changes to current system. Previously based on GPA only for courses within a student's curriculum.

**Fall 1987:** S grade replaced by P.

**1972:** R grade extended to select credit courses.

**1971:** R grade added for developmental courses.

**Fall 1970:** S and U grades given for developmental courses.

**Spring 1967 - Summer 1970:** Developmental courses computed in GPA.

**GRADUATION HONORS:** Graduation honors are based on cumulative grade point average at completion of semester in which graduation is certified.

NVCC-D-06

🔒 **TO TEST FOR AUTHENTICITY:** The face of this document has a green background and the name of the institution appears in white print. Apply fresh liquid bleach to the sample background printed below. If authentic, the paper will turn brown.

NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE • NORTHERN VIRGINIA COMMUNITY COLLEGE

**ADDITIONAL TEST:** When photocopied, the word COPY appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office.

 **Dewberry**®

8401 Arlington Boulevard      703 849 0100  •  703 849 0118 fax
Fairfax, Virginia 22031-4666   www.dewberry.com

May 29, 2008

Shannon E. McClure
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

Re:     Jourdean Lorah v. Tetra Tech

Dear Ms. McClure:

Dewberry received your request for information on the subject issue earlier this month.  On May 7, 2008, I placed a call to you, but have not received a return call and simply wanted to make sure that I responded on behalf of Dewberry.  You state that Ms. Lorah was employed by Dewberry & Davis LLC for a brief period in 1986; unfortunately, we have no records that can verify dates of employment, nor do we have an employment records for her.

Please don't hesitate to contact me at the number listed above if you believe I can be of further assistance.

Sincerely,

Laurie Kroll
Human Resources Manager

**Dewberry & Davis LLC**

**Dewberry-D-01**



**FAIRFAX COUNTY
PUBLIC SCHOOLS**

Department of Human Resources

Office of Employee Performance & Development
8115 Gatehouse Road
Falls Church, VA 22042
(571) 423-3250

May 20, 2008

Shannon E. McClure, Esq.
c/o Katharine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Re:    Jourdean Lorah v. Tetra Tech, Inc., et al.
       U.S.D.C. D.Del., No. 06-cv-538-SLR

Dear Ms. McClure:

This is in response to a subpoena that you mailed to Fairfax County Public Schools (FCPS), regarding employee Jourdean Lorah. Please be advised that neither FCPS nor its employees are required by law to comply with subpoenas that are issued by state courts other than those in the Commonwealth of Virginia. Therefore, FCPS will not be producing documents in response to this subpoena.

Under Virginia law, Jourdean Lorah is entitled to a copy of personnel records upon written request. Therefore if she requests these records directly, or if she provides a written consent authorizing you to receive them, we will be happy to provide them to you, subject to appropriate copying charges.

If you have any questions, please contact Eleni Peyser in the Office of Employee Performance and Development at 571-423-3272.

Sincerely,

Samuel E. Newman, Director
Office of Employee Performance and Development

SEN/esp

Enclosure

cc:  Jourdean Lorah

FairfaxCPS-D-02

May 12, 2008

D-B-1

Shannon E. McClure, Esquire
c/o Katharine V. Jackson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

***VIA CERTIFIED MAIL***

      **RE:**   **Jourdean Lorah v. Tetra Tech, Inc., et al**
              **U.S.D.C. D.Del., No. 06-cv-538-SLR**

Dear Ms. McClure,

In response to your letter of May 7, 2008 and subpoena requesting the employment records of Jourdean Lorah for the above-referenced matter, please be advised that DBI Architects, Inc. has no employment records for Ms. Lorah.

To the best of our knowledge, it seems that Ms. Lorah was employed as a temporary worker through an employment agency for the period in question, and was never an employee of DBI.  Any employment records would therefore be held by the agency in question.

If we may be of any further assistance please do not hesitate to call.

Sincerely,

DBI ARCHITECTS, INC.

Graham Rawnsley
Sr. Manager, HR & Administration

GR/sas

GR0512SM.LET

/ Architects
/ Interior
  Designers
/ Facilities
  Consultants
**1707
L Street
Northwest
Suite 600
Washington, D.C.
20036
202.872.8844
Fax 202.872.4265**
E-mail wash-dc@dbia.com

DBI-D-01



## Christian
## Fellowship
Church

May 8, 2008

Shannon E. McClure, Esquire
c/o Katharine V. Jackson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Dear Ms. McClure,

Re:   Jourdean Lorah v. Tetra Tech, Inc, et al.
      U.S.D.C.D.Del., No. -06-cv-538-SLR

I am in receipt of a subpoena for the employment records of Jourdean Lorah in the above referenced matter.

We have no employee currently employed by that name or any records for any employee by that name previously employed either at Christian Fellowship School or Christian Fellowship Church. (Christian Fellowship School is a ministry of Christian Fellowship Church and all employment is processed through the church.) Our policy on record retention for former employees is seven (7) years. In reviewing this subpoena I see that the above named indicates a working period of September 1996-June 1997. This time frame would be beyond our record retention period.

Should you need additional information I can be reached at 703 739-3900 Ext 4906.

Sincerely,

*Esther R. Schaeffer*

Esther R. Schaeffer
Human Resource Manager



RECEIVED
MAY 1 2 2008

www.CFellowshipC.org

21673 Beaumeade Circle • Ashburn, Virginia 20147 • 703.729.3900 • FAX: 703.858.2977 • TDD: 703.858.0920

ChristianFC-D-01



STATE OF DELAWARE DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
OFFICE OF ANTI-DISCRIMINATION
4425 N. MARKET STREET
WILMINGTON, DELAWARE 19802
(302) 761-8200/ FAX: (302) 761-6601

May 7, 2008


Via U.S. Mail and email (smcclure@reedsmith.com)
Shannon E. McClure, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Re:    Jourdean Lorah v. Tetra Tech, Inc., et al.
       U.S.D.C.D.Del., No. 06-cv-538-SLR

Dear Ms. McClure:

The Delaware Department of Labor ("DDOL") does not have a file regarding Ms. Lorah's claim against Tetra Tech as her claim apparently was filed directly with the EEOC not with the DDOL.  Further, as explained by Linda M. Carmichael, DAG in a telephone conversation with you on May 7, 2008, DDOL is unable to provide you copies of the other case files identified in your subpoena, to the extent they exist, because such files would be investigative files.

Very truly yours,

Julie Klein Cutler
Administrator
Office of Anti-Discrimination

cc:  Linda M. Carmichael, Esq.

DelDOL-D-01



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF
SOCIAL SERVICES

TELEPHONE: (302) 255-9500

May 5, 2008

Shannon W. McClure, Esq.
c/o Katharine V. Jackson, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Re: Jourdean Lorah v. Tetra Tech,Inc.
U.S.D.C. De. Del No.06-cv-538-SLR

Greetings:

This is to acknowledge your subpoena for records relating to
Jourdean Lorah.

Delaware law prohibits the release of records relating to public
assistance, absent the consent of the assistance recipient or a
court order. 31 **Del. C.** 1101. Accordingly, the Division of Social
Services objects to the inspection, copying and release of the
records you are requesting.

If you have any questions relating to this objection, please contact
A. Ann Woolfolk, Deputy Attorney General at 820 N. French Street,
Wilmington, DE 19801.

Respectfully,

Roger Waters
Delaware Health
and Social Services

cc: Irma Hernandez-Ortiz, DSS

MAY - 9 2008

DelSoc-D-0001

# ReedSmith

Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420
www.reedsmith.com

**Shannon E. McClure**
Direct Phone: +1 215 851 8226
Email: smcclure@reedsmith.com

May 14, 2008

*VIA FACSIMILE*

Karen Pasquale
Department of Labor
Division of Unemployment Insurance
4425 North Market Street
Wilmington, DE  19802

      Re:    **Jourdean Lorah v. Tetra Tech, Inc., et al.**
              **U.S.D.C. D.Del., No. 06-cv-538-SLR**

Dear Ms. Pasquale:

    This will confirm our telephone conversation today where you advised that you cannot provide documents in response to our subpoena without an authorization from the claimant and an authorization from each employer.  Therefore, this is to advise you that we are formally withdrawing our subpoena, but reserve the right to reissue it once we obtain the requested authorizations.

    Should you have any questions, please call me at (215) 851-8226.

                Sincerely,

                Shannon E. McClure

SEM/dara

cc:    Jourdean Lorah

**UnempIns-D-01**

PHLLIB-2268383.1-DARZEPEL

```
                    ┌─────────────────────────┐
                    │   JOB STATUS REPORT     │
                    └─────────────────────────┘

                              TIME  : 05/14/2008 15:51
                              NAME  : REED SMITH 28S
                              FAX#  : 2158511420
                              TEL#  :
                              SER.# : 000006020221
```

```
        DATE,TIME              05/14  15:50
        FAX NO./NAME           *75183084500019130276166637
        DURATION               00:00:19
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# ReedSmith                    F A X   T R A N S M I T T A L

                                              Reed Smith LLP
                                       2500 One Liberty Place
                                          1650 Market Street
                                   Philadelphia, PA 19103-7301
**From:  Shannon E. McClure**               +1 215 851 8100
Direct Phone:  +1 215 851 8226           Fax +1 215 851 1420
Email:  smcclure@reedsmith.com               reedsmith.com

**Total Number Of Pages Including Cover Page 2**

May 14, 2008

**Fax to:**

| Name | Company | Fax Number | Phone Number |
|------|---------|------------|--------------|
| Karen Pasquale | Dept. of Labor, Div. of Unemployment Ins. | (302) 761-6637 | |

**Original will follow via:**  ☐ **Regular Mail** ☐ **Overnight Delivery** ☐ **Messenger** ☒ **None**

**Notes:**

UnempIns-D-02

**If you do not receive all of the pages, please call Debbie at 1 215 241 7962.**



# Ocean City
## CHRISTIAN SCHOOL

*Training Up "Fishers Of Men"*
·Matthew 4:19·

10037 Golf Course Road
Ocean City, Maryland 21842
**410-213-7595 • Fax: 410-213-8001**
E-Mail: occhristianschool@juno.com



**MARLINS**

November 15, 2002

Miss Jourdean Lorah
RT 5, Box 150-318
Frankford, DE 19945

Dear Miss Lorah:

    The school has been struggling with finances this year. Due to the decline in enrollment and loss of additional students since the beginning of the school year, the School Board has been forced to re-evaluate the current budget and make some reductions in expenditures. As a result, it is with deep regret that I must inform you that the Librarian position will be eliminated at this time. The School Board hereby gives you four weeks notice from the date of this letter that we will no longer need your services. Your last day to report to work shall be December 13, 2002, however, you will be paid through December 15th.

    We the Board and Administration of Ocean City Christian School thank you for all your hard work in organizing the school Library and working well with the students. We are very sorry for any hardship this decision may cause and would be more than willing to provide you with a recommendation as you seek new employment. We in the OCCS family will continue to pray for you.

Sincerely,

Mr. Charles Albert
Administrator

Mrs. Robyn Talbott
School Board President

Ocean City Christian School
12637 A Ocean Gateway
Ocean City, MD 21842

## Employee Separation/Evaluation Report
This form may be released to future prospective employers.

Employee's Name _Jourdean Lorah_    Date Employed _Sept. '02_ Last Day _Dec. 13, '02_

Employee's Position _Librarian_    Date of Report _Date of Notice_

### Separation Information

_Concerning Lay off_
_11/15/02 - Date of my_
_Reply - 12/6/02_

| | | | |
|---|---|---|---|
| Resigned with Notice | _____ | Retirement | _____ |
| Resigned W/O Notice | _____ | Mutual Agreement | _____ |
| Discharged | _____ | Illness | _____ |
| Laid-off | ✓ | Leave of Absence | _____ |
| Not Renewed | _____ | | |

Comments

_____

_____

_____

_____

Comments or Rebuttal by Employee

_See enclosed letter/notes of documentation_
_to Administrator Mr. Albert ( I haves copies )_

_____

_____

**UNEMPLOYMENT INSURANCE DIVISION
APPLICATION FOR BENEFITS**

Claim Date: 1/17/03

Social Security Number: [REDACTED]

First: [REDACTED]   MI   Last Name: [REDACTED]

**NOTICE TO EMPLOYER:** The individual named above has filed a claim for unemployment benefits against the State of Delaware. As the last employer, you are entitled to notification of this filing and to provide information concerning the reason for separation. Please complete this form and include facts known to you which may affect this claimant's eligibility for benefits. Failure to return this separation notice within **7 calendar days** may cause the Department to declare the claimant eligible for benefits on the basis of available information and your employer account may receive a benefit wage charge. As provided under Delaware State Law and regulation, failure to return this request within the prescribed period will bar the employer from subsequently claiming that the individual should be disqualified under any section of Title 19. Benefits will be paid promptly when due, even though an appeal may be filed. *If you desire an appointment to appear in person or have any questions, please contact the appropriate Local Office. (All area codes are 302, (1) Wilmington - 761-8446; (2) Newark - 368-6602; (4) Dover - 739-5461; (7) Georgetown - 856-5611; or (0) Interstate - 761-8428.*

Register:  1  2

Last Employer: [REDACTED]

Street Address: [REDACTED]

City: [REDACTED]   State:   Zip Code: [REDACTED]

Employer's Phone Number: ( )

Will you be recalled?
☐ Yes (1)   ☐ No (2)

Date of Recall: / /

Are you employed through a Union Hiring Hall?
☐ Yes (1)   ☐ No (2)

**REDACTED**

File Date: [REDACTED]

Clerk   Office

Last period of employment:

From: [REDACTED]   To: [REDACTED]

I am unemployed because:

In accordance with the applicable provisions of the Privacy Act (PL 93-579), the above mentioned claimant has authorized his/her former employer(s) to release information requested in connection with his/her claim for unemployment compensation.

FIT   ☐ Y   ☐ N

---

**SEPARATION INFORMATION**

REASON FOR SEPARATION (Check One):
☐ Lack of Work   ☐ Discharge   ☐ Voluntary Quit   ☐ Illness/Disability/Injury   ☑ Other (specify): position eliminated

Give full details of other than "Lack of Work": due to lack of funds in budget for this position/no other positions available

Last Date of Actual Employment: 12-13-02

Type of Separation: ☑ Permanent   ☐ Temporary

Expected Date of Rehire:

Has this person received (or is entitled to recieve) any of the following?

| | Yes | No | Dates From: | To: | Gross Amount |
|---|---|---|---|---|---|
| Holiday Pay | | X | | | $ |
| Vacation Pay | | X | | | $ |
| Severance Pay | | X | | | $ |
| Pension | | X | | | $ |

Please provide the following information:

Company Telephone Number: 410-213-7595

Company Fax Number: 410-213-8001

Contact Person (please print): LORRAINE MACK

E-mail: occchristianschool@june.co

Company Address (if different from above): 12637A Ocean Gateway

Employer Representative Signature: Lorraine Mack   Date: 1-28-03

Title: Human Resources

**TEMPORARY AGENCY EMPLOYERS ONLY**

Did you advise the above named employee of the requirement to contact your agency at the end of every assignment?   ☐ Yes   ☐ No

Did this employee contact you?   ☐ Yes   ☐ No

How was the contact made?   ☐ Phone   ☐ In Person   ☐

Who did this employee contact? (Name and/or Title):

Was there any work available?   ☐ Yes   ☐ No

STATE OF DELAWARE DEPARTMENT OF LABOR   EMPLOYER

UC 101 C
60 06 01 02 03 02

OCS-D-0003

STATE OF MARYLAND
OFFICE OF UNEMPLOYMENT
INSURANCE

**207**

Case 1:06-cv-00538-SLR    Document 53-11    Filed 06/27/2008    Page 4 of 30

J LORAH

2177714600JLOR99999901001

## REQUEST FOR SEPARATION INFORMATION

EMPLOYER ACCOUNT NO. 99999901    1
LO# 56   COMBINED WAGE CLM SECTION

RUN DATE:   03/05/2003

**DUE DATE:**   03/14/2003

INTERNET KEY: 3065G0854

EMPLOYEE SSN:

# REDACTED

OCEAN CITY BAPTIST CHURCH INC
12637 B OCEAN GATEWAY

OCEAN CITY          MD 21842-0000

www.mdunemployment.com

**\*FOR YOUR CONVENIENCE YOU CAN RESPOND VIA THE INTERNET (NO MAILING FORMS BACK!) SEE INTERNET SITE ABOVE:**
The claimant whose name is shown below has filed a claim for Unemployment Insurance benefits.  The first week
ending date affected by the current claim is 01/25/2003 .  Our records indicate that the claimant worked for you.
Please answer the questions below, sign and mail this copy of the form in the enclosed envelope by the DUE DATE
**A PENALTY OF $15 WILL BE ASSESSED IF THIS FORM IS RETURNED LATE OR INCOMPLETE.**  NOTE:  The Law
provides penalties for false statements.

| SSN | Employee's Name | Other Last Name | Effective Date Of Original Claim |
|---|---|---|---|
| _ _ | JOURDEAN   S LORAH | | 01/19/2003 |

### REASON FOR SEPARATION FROM EMPLOYMENT

1. TEMPORARY LAYOFF (10 WEEKS OR LESS) (97)
   EXPECTED DATE OF RETURN_____
   MM/DD/YYYY

[✓] 2. LACK OF WORK (DATE OF RETURN UNKNOWN) / REDUCTION IN FORCE /
   JOB/POSITION ABOLISHED / (99)

3. VACATION/HOLIDAY SHUT DOWN (28)
   RETURN TO WORK DATE _____
   MM/DD/YYYY

4. STILL EMPLOYED ON A CONTINUOUS PART TIME BASIS (41)

5. FOR TEMPORARY HELP FIRMS ONLY
   END OF ASSIGNMENT (89)
   Did claimant request another assignment?   YES [ ]   NO [ ]
   Is claimant still on your active rolls?   YES [ ]   NO [ ]

6. QUIT (30)

7. FIRED (50)
   [ ] CHECK BOX IF THE CLAIMANT FOLLOWED YOUR
   INSTRUCTIONS AND WORKED TO THE BEST OF
   HIS/HER ABILITY

8. LEAVE OF ABSENCE (88)

9. SCHOOL VACATION (EDUCATIONAL INSTITUTIONS) (22)
   RETURN TO WORK DATE _____
   MM/DD/YYYY

10. LABOR DISPUTE/STRIKE/LOCKOUT (29)

11. NEVER EMPLOYED HERE

Note:  If the reason for separation given by you on this form is something other than layoff or lack of work,
you _may_ be contacted by telephone to provide additional information when the claimant's fact finding interview
is held.

**FOR ANY PERIOD SINCE THE LAST DAY WORKED, HAS THE CLAIMANT RECEIVED, OR WILL HE/SHE RECEIVE:**

1. PENSION OR ANY OTHER RETIREMENT PAYMENT? _No_
   PER MONTH $_____   EFFECTIVE DATE_____
   LUMP SUM $_____
   DID CLAIMANT CONTRIBUTE ? YES [ ]   NO [ ]

2. PROFIT SHARING AMT $ _N/A_   DATE PAID_____

3. BONUS OR SPECIAL PAYMENT $ _N/A_   DATE PAID_____

4. SEVERANCE PAY $ _N/A_   GROSS WEEKLY WAGE $_____
   [ ] Check Box if ALL benefits, including leave accrual, continue during severance period.

5. VACATION PAY $ _N/A_   VAC. DATES FROM:_____   TO:_____

6. HOLIDAY PAY $ _N/A_   DATE OF HOLIDAY(S) _____

| Claimant's First Day of Work | | | Claimant's Last Day of Work | | |
|---|---|---|---|---|---|
| MO | DAY | YR | MO | DAY | YR |
| | | | | | |

GROSS WAGES EARNED SINCE **10/01/2002**
$_____
(IF NECESSARY, ENTER APPROXIMATE AMOUNT

If you recall this individual to work, or if this individual refuses an offer of work, you must notify the
office _in writing_ within 15 days of the job offer.

Trade Name Of Employer _OCEAN CITY CHRISTIAN SCHOOL T/A OC BAPTIST CHURCH_   Date _3-11-03_

Person To Be Contacted For Further Info _Lorraine Mack_   Telephone No: _410-213-7595_

Name of Official Completing Form (Print) _Lorraine Mack_   E-Mail: _occhristianschool@juno.com_
Signature _Lorraine Mack_

DLLR/OUI 207 (REV 1/03) SIDE 1   **SEE BACK OF FORM FOR OFFICE INFORMATION AND MAILING INSTRUCTIONS.**

OCS-D-0004

# OCEAN CITY CHRISTIAN SCHOOL
## School Year 2002-2003

## REQUEST FOR TIME OFF

*This form is to be completed by Employee and submitted to Administrator at least <u>two weeks</u> <u>prior to date(s) requested</u>.*

Name: _Jourdean Lorah_    Current Date: _Sept. 9, 2002_

Position: _Librarian_

Date(s) Requested: _Friday Sept. 13, 2002_

Reason: _Personal_

Please check the periods listed below that you will need a substitute (including Study Halls) please note if you need lunch/recess duty covered:

| ____ Homeroom | ____ Period 3 | ____ Period 6 | ____ Homeroom/Dismissal |
|---|---|---|---|
| ____ Period 1 | ✓ Period 4 | ✓ Period 7 | ____ All day |
| ✓ Period 2 | ✓ Period 5 | ____ Period 8 | |

Lesson plans must be made out and be available for day(s) off - make sure they have been approved by Administrator.

APPROVED BY:

_df_    _9-9-02_
Administrator's Initials    Date

---

Human Resources Office Use Only

Date Received: _9-9-02_    Personal Day(s) ✓ _1_    Sick Day(s) ____

notes: _____

OCS-D-0005



# OCEAN CITY CHRISTIAN SCHOOL
## School Year 2002-2003

## REQUEST FOR TIME OFF

*This form is to be completed by Employee and submitted to Administrator at least <u>two weeks prior to date(s) requested</u>.*

Name: __JOURDEAN LORAH__        Current Date: __SEPT. 11, '02__

Position: __LIBRARIAN__

Date(s) Requested: __SEPT. 16, '02 - MORNING ONLY - I SHOULD BE HERE BY 10:00.__

Reason: __TB TEST MUST BE CHECKED BY A NURSE.__

Please check the periods listed below that you will need a substitute (including Study Halls) please note if you need lunch/recess duty covered:

____ Homeroom        ____ Period 3        ____ Period 6        ____ Homeroom/Dismissal

____ Period 1        ____ Period 4        ____ Period 7        ____ All day

____ Period 2        ____ Period 5        ____ Period 8

Lesson plans must be made out and be available for day(s) off - make sure they have been approved by Administrator.

APPROVED BY:
_____        __Sept. 11, 2002__
Administrator's Initials                Date

---

Human Resources Office Use Only

Date Received: __9-11-02__    Personal Day(s) __∅__    Sick Day(s) __∅__

notes: __no time off taken__

OCS-D-0006



# OCEAN CITY CHRISTIAN SCHOOL
## School Year 2002-2003

## REQUEST FOR TIME OFF

*This form is to be completed by Employee and submitted to Administrator at least <u>two weeks prior to date(s) requested.</u>*

Name: _LOURDEAN LORAH_    Current Date: _OCTOBER 24, 2002_

Position: _LIBRARIAN_

Date(s) Requested: _OCT. 25, 2002_

Reason: _EMERGENCY_

Please check the periods listed below that you will need a substitute (including Study Halls) please note if you need lunch/recess duty covered:

____Homeroom    ✓ Period 3    ____Period 6    ____Homeroom/Dismissal

✓ Period 1    ____Period 4    ____Period 7    ____All day

✓ Period 2    ____Period 5    ____Period 8

Lesson plans must be made out and be available for day(s) off - make sure they have been approved by Administrator.

APPROVED BY:

_____    _10-24-02_
Administrator's Initials    Date

---

Human Resources Office Use Only

Date Received: _____    Personal Day(s) ✓    Sick Day(s) _____

notes: _She was out all day (1/2 day school)_

---

OCS-D-0007

## OCEAN CITY CHRISTIAN SCHOOL
### School Year 2002-2003

## REQUEST FOR TIME OFF

*This form is to be completed by Employee and submitted to Administrator at least two weeks prior to date(s) requested.*

Name: _Jourdean Loran_       Current Date: _Nov. 4, 2002_

Position: _Librarian_

Date(s) Requested: _Nov. 12, 2002_

Reason: _Personal – Conference_

Please check the periods listed below that you will need a substitute (including Study Halls) please note if you need lunch/recess duty covered:

| | | | |
|---|---|---|---|
| ____ Homeroom | ____ Period 3 | ____ Period 6 | ____ Homeroom/Dismissal |
| ____ Period 1 | ____ Period 4 | ____ Period 7 | ____ All day |
| ____ Period 2 | ____ Period 5 | ____ Period 8 | |

Lesson plans must be made out and be available for day(s) off - make sure they have been approved by Administrator.

APPROVED BY:

_____        _Nov. 4, 2002_
Administrator's Initials                      Date

---

Human Resources Office Use Only

Date Received: _____     Personal Day(s) _____     Sick Day(s) _____

notes:_____

OCS-D-0008

# 2002 ATTENDANCE CALENDAR

Employee Name __Lorah, Jaurdean__
Last / First / Middle

Employee Identification Number __61__    Dept. _____

Hire Date __9-9-02__    Telephone (_____)

~~Vacation~~ Personal Days __2__    Sick Days __3__

last day 12/13/02

### ABSENCE CODES

| | | | |
|---|---|---|---|
| A – Accident | | P – Personal |
| B – Birthday | | PH. – Partial Hours Worked |
| D – Discipline | | R – Recognition |
| DF – Death in Family | | S – Sick |
| FH – Floating Holiday | | T – Tardy |
| FM – Family Illness | | TR – Transportation |
| FM – Family-Medical Leave | | UN – Unexcused |
| H – Holiday | | V – Vacation |
| J – Jury Duty | | W – Weather |
| L – Lack of Work | | ___ – ___ |
| LA – Leave of Absence | | ___ – ___ |
| M – Military | | ___ – ___ |
| MA – Medical Appointment | | ___ – ___ |

**JANUARY**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | |
| 27 | 28 | 29 | 30 | 31 | | | |

**FEBRUARY**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 24 | 25 | 26 | 27 | 28 | | | |

**MARCH**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| 31 | | | | | | | |

**APRIL**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | | | | | |

**MAY**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | |
| 26 | 27 | 28 | 29 | 30 | 31 | | |

**JUNE**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 | |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
| 30 | | | | | | | |

**JULY**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | 31 | | | | |

**AUGUST**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | |

**SEPTEMBER**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| | H | X | | | | | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| | | | | | P3 OFF | | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| | late | | | | | | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| 29 | 30 | | | | | | |

**OCTOBER**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | |
| 20 | 21 | 22 | 23 | 24 | P25 out | 26 | |
| 27 | 28 | 29 | 30 | 31 | | | |

**NOVEMBER**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| 10 | 11 | 12 out | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 24 | 25 C | 26 C | 27 C | 28 H | 29 C | 30 | |

**DECEMBER**

| S | M | T | W | T | F | S | Total |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 out | 4 ✓ | 5 C | 6 ✓ | 7 | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| 29 | 30 | 31 | | | | | |

OCS-D-0009

Ocean City Christian School
Attention: Mr. Albert
12637A Ocean Gateway
Ocean City, Maryland 21842


December 2, 2002


Dear Mr. Albert,


The following comments were requested on the lay off form that I received on November 15, 2002.


Comments:

Each morning I arrived at OCCS at 7:25 in the morning for devotion. I noticed Mr. Hilbert, Mr. McCleod, Lorraine and Mr. Albert were also present at this time. Often, I helped arrange the chairs in rows and I passed out the praise books for the morning service. At seven thirty, the above mentioned people were seated and ready to begin. All other staff members with the exception of a few administrators were not present. Teachers began walking into devotion at approximately seven forty. As a new staff member, I made an effort to arrive at work on time and I was prepared for the morning prayer. Those who arrived late were not setting an example for others who enjoyed this service at OCCS.

On many occasions, I asked for an OCCS manual of rules and regulations. No one responded to the request. As a new employee, I needed the rules and procedures to refer to when applying the necessary disciplinary action or any questions that I may have had.

With regards to the atmosphere of those who either work or attend as students at OCCS, I was astonished and disappointed in the communication among one another. This does not apply to all students and all teachers. As a new employee, I was treated with no respect and my name was slandered. Documentation of certain dates concerning the awful communication was given to Mr. Albert. On one particular day, I confronted the student when she asked me for a privilege. I firmly told her that she was not deserving of the privilege she was seeking. I then proceeded to tell her why. This student cried and denied the statement. When she was sent to the office, she was given the privilege that I refused to consider. My note was given to the administrator one day before I confronted this issue, which was not addressed. This was an insult to me and I was not at all supported. Other issues that were much more serious were given a lenient punishment. Various comments have been made by the older group of students in the form of a verbal bantering. I ignored the communication until it was aimed at my reputation which was false.

OCS-D-0010

Ocean City Christian School
Attention: Mr. Albert
12637A Ocean Gateway
Ocean City, Maryland 21842

Page Two

December 2, 2002

Another employee informed me that it was religion discrimination.

Finally, this lay off has resulted in an economic hardship. I have only been a resident in Delaware for approximately a year and a half. I have not been working long enough in Delaware to receive a sufficient amount of benefits for unemployment. My only recourse is the possibility of a Federal extension from the state of Virginia. This has not been finalized and I may not be considered for this benefit. Furthermore, I am disabled and the communication has not improved the outcome of my psychological well being. When I mentioned the poor communication, I was very concerned with the students and the direction that they were taking. I hope in the future you will consider accommodating those who are disabled. Presently, the issues are pending with regards to my well being and the possibility of discrimination which was ignored.

Sincerely,

*Jourdean Lorah* 12/6/02

Jourdean Lorah
Route 5 Box 150-318
Frankford, Delaware 19945

302-539-8773

OCS-D-0011

Ocean City Christian School
Attention: Mr. Albert
12637 A Ocean Gateway
Ocean City, Maryland   21842


November 6, 2002


Dear Mr. Albert,


The enclosed letter is concerning the defamatory communication that has been verbally stated among many students in the eighth grade. All statements were documented and we have discussed the issues on several occasions.  I hope that the enclosed medical statement will put an end to the issues of privacy as well as the defamation. Your cooperation and consideration is most appreciated.


Sincerely,

Jourdean Lorah
Jourdean Lorah

Route 5 Box 150-318
Frankford, Delaware 19945

302-539-8773


CC: Mrs. Frick

OCS-D-0012

August 15, 1997

To Whom It May Concern:

RE: Jourdean Lorah

This letter is written as per the request of Ms. Lorah, who will be working as a teacher, to attest to the fact that she is free from any communicable disease that could be transmitted to the children.

If you have any further questions please contact me at the above number.

Sincerely,

Hesham M. Hammouda, M.D.

Ocean City Christian School
Staff/School Commitment
for School Year 2002-2003

_____ Experience Level2
_____ Years at OCCS

**Position:** __Librarian__

## EMPLOYEE CONTRACT

Believing that God has led in this decision, the Board of Governors of Ocean City Christian School has been appointed__Jourdean Lorah__ as __Libarian__ for the 2002 - 2003 school year.  This commitment covers the period from __September 4, 2002 to June 13, 2003__, within which there will be scheduled 26 hours per week.  Additional hours may be requested by the Administrator at anytime during the school year. Make up of snow days will also be decided by the administration.

We rejoice that God has brought you to us as a "fellow-laborer" in this ministry.  This contract provides a framework of mutual obligation and responsibility to assure the orderly operation of an exemplary program at Ocean City Christian School.

By accepting this appointment, said employees specifically acknowledges that this contract is for a limited duration and that all rights and privileges herein will terminate upon the expiration date of this contract, unless voided earlier pursuant to the provisions of Paragraph 20 below.  The parties agree that no rights or presumptions of continued employment are conferred or implied by this contract or by a number of consecutive contracts.  The parties further agree that no right to notice of renewal or non renewal of the contract is conferred or implied.

The School will provide administrative direction, counsel and support.  The Administrator will have authority to assign duties & reassign staff employees as needed.

The validity of this contract is dependent upon sufficient student enrollment.  If student enrollment is too low to continue this position, this contract may be terminated upon four weeks notice to the employee.

Gross salary for this period of employment will be $ 12,000.00 , payable bimonthly, over a 10-month period.

## CONDITIONS OF EMPLOYMENT

1. The employee affirms that, as part of the qualifications for this position, he/she is a Christian who knows the Lord Jesus Christ as Savior. (John 3:3; 1 Peter 1:23)
2. The employee gives testimony that he/she has a sense of God's will, that working in a Christian School is his/her calling, and  is God's direction.
3. The employee accepts, without verbal or mental reservations, both the Statement of Faith, the Mission Statement and the Purpose and Objectives of Ocean City Christian School and is committed to upholding them.
4. The employee will manifest, by precept and example, the highest Christian virtue and

OCS-D-0014

personal decorum, serving as a role model (1 Timothy 4:12), both in and out of school to pupils (Luke 6:40), and as an example to parents and fellow faculty/staff members in judgement, dignity, respect, and Christian living.

5.    The employee will faithfully attend and financially support a local church whose fundamental beliefs are in agreement with the Statement of Faith of this school. (Hebrews 10:25).

6.    The employee has read the appropriate Job Description, and agrees to abide by the requirements listed. The employee has also read and agrees to abide by the regulations set forth in the Faculty and Students Handbooks, as well as any additions made during the year. He/she agrees to cooperate in every way with the school authorities and adhere to the policies adopted by the School Board. The employee will keep all records and to make all reports required by his/her supervisor.

7.    Assignment of duties is to be made at the discretion of the Administrator. He/she agrees to accept his/her proportionate amount of supervision outside of the regular duties assigned, the extent of such supervision and assignment to be determined by the Administrator who will seek as far as possible to achieve equity in all staff assignments.

8.    The employee will strive at all times to understand, appreciate, love, and serve the pupils and will to the best of his/her ability provide for their fullest spiritual, intellectual, physical, and emotional development.

9.    The employee will maintain an organized and neat work area. This includes maintaining a professional appearance.

10.    The employee agrees to be present on time for faculty devotions, which begin each school day, and to remain in the office at least one hour after school has been dismissed to complete school related tasks for the school or the Administrator, unless permission has been granted for early departure. He/she also agrees to remain after school for such meetings and conferences as may be called by the Administrator or his/her supervisor.

11.    The employee agrees to follow the Biblical pattern of Matt. 18: 15-17 and Gal. 6:1 and always give a good report. All differences are to be resolved by utilizing Biblical principles always presenting a united front. Appropriate confidentiality will be observed in regard to pupil, parent, and school matters. (Titus 3:2 and Gal. 5:15).

12.    The parties to this agreement are Christians and believe that the Bible commands them to make every effort to live at peace and to resolve disputes with each other in private or within the Christian community in conformity with the Biblical injunctions of 1 Corinthians 6:18; Matthew 5:23-24, and Matthew 18:15-20. Therefore, the parties are agreeing that any claim or dispute arising out of, or related to, this agreement or to any aspect of the employment relationship, including any claim or statutory claims, will be settled by Biblically-based mediation. If resolution of the dispute and reconciliation do not result from such efforts, the manner will then be submitted to a panel of three arbitrators for binding arbitration. The selection of the arbitrators and the arbitration process will be conducted in accordance with the Rules of Procedure for Christian Conciliation of the Institute for Christian Conciliation as printed in the Christian Conciliation Handbook, a copy of which will be available in the OCCS libraries and offices.

The parties agree that these methods will be the sole remedy for any controversy or claim arising out of the employment relationship of this agreement and expressly waive their right to file a lawsuit against one another in any civil court for such disputes, except to enforce a legally binging arbitration decision.

Each party, regardless of the outcome of the matter, agrees to bear the fees and costs of his/her own arbitrator and one-half of the fees and costs of the neutral arbitrator and any

OCS-D-0015

other arbitration expenses.

13.  The employee agrees that the Scripture dictates standards of sexual behavior. Any promiscuity, homosexuality, or other deviant sexual behavior is forbidden and as such violates the bona fide occupational requirement of being a Christian role model. The unique roles of the male and female are clearly defined in Scripture. Such deviation from Scriptural standards is grounds for termination. (Romans 12:1-2; 1 Corinthians 6:9-20; Ephesians 4:1-11 and 5:3-5; 1 Thess. 4:3-8; 1 Timothy 4:12; 2 Timothy 2:19-22; 1 Peter 1:15-16 and 2: 15-17; 1 John 3:1-3).

14.  The employee acknowledges that he/she has been instructed regarding his/her obligations under state law regarding child abuse reporting requirements and that he/she will fulfill those obligations.

15.  Any previous agreements, whether written or oral, are fully merged into this agreement and no other agreement, statement or promise other than those contained in this contract will be valid or binding on either party. This contract will be interpreted under the laws of the State of Maryland.

## FRINGE BENEFITS

A.  Sick days: Employees will be permitted five sick days per year. A pro-rated payroll deduction will be made for each day absent over the allotted days for both full and part-time employees. These days do not accumulate from year to year.

B.  Personal and Professional Days: Two personal days may be taken by full-time employees with advance coordination and approval of the Administrator. Two professional days may be taken to attend conferences for professional growth and development. These days do not accumulate from year to year.

C.  Vacation Days: Full time employees are entitled to five vacation days with advance coordination and approval of the Administrator. Salary will not include standard school holidays, including Christmas day, Martin Luther King, Jr. Day, Good Friday, Easter Monday and Memorial Day.

D.  The employee is eligible to participate in the school's group health insurance and dental insurance plan. All premiums are the responsibility of the employee.

E.  Salary reduction agreement (Retirement Plan): The employee may elect to contribute, according to a salary reduction agreement, a percentage of his/her annual compensation (not to exceed the limits of IRC Sections 403(b), 402(g) and 415, but not less than $200.00 annually). In such an event, Ocean City Christian School will provide additional documentation of the same to be signed by the employee.

20.  The employee must give the Board one month prior written notice of intended resignation unless a different termination date is mutually agreed upon. If the employee resigns or is terminated during the period of service covered by this contract, payment will be made of that proportionate part of the annual salary which the number of days of actual duty bears to the number of days of actual employment.

Where cause exists, the Board may terminate this contract, provided that the employee has been informed in writing of the cause or causes for discharge and has been given an opportunity to respond to them prior to final termination. Failure to request a hearing with the Board within seven days of delivery of the termination notice will waive the employee's right to such a hearing and the termination is final. Dismissal may be immediate or with longer notice in the sole discretion of Ocean City Christian School, depending upon the reason for dismissal.

3

OCS-D-0016

Cause, as used herein includes, but is not limited to, any conduct tending to reflect discredit upon the school or upon the employee, or tending to seriously impair him/her continued usefulness as a Christian role model for the students. The Teacher's/Staff Handbook and the Policy and Procedures Manuals give full details regarding termination of the contract. It is understood that the school is not liable to reimburse any employee for any unused benefits in the fringe benefit package. Employees may not choose to receive cash in lieu of any benefit.

This contract will be valid only if signed and returned by ___September 6, 2002___ .

I have read and understand the duties, responsibilities, salary and benefits and will abide with the terms and conditions of this contract.

_____          _____
Employee                                Date    SEPT. 6, 2002

We at Ocean City Christian School agree to be bound by the terms and conditions of this contract and extend our warmest welcome to you. We pledge our prayer support and help as you minister to the spiritual, mental and emotional needs of our students.

_____          _____
Administrator                           Date    Sept. 6, 2002

_____          _____
Board Chairman                          Date    Sept. 6, 02

4

OCS-D-0017



**STATE OF DELAWARE**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**
P.O. Box 430
DOVER, DELAWARE 19903-0430
302-739-2134

JOURDEAN LORAH
RT 5 BOX 150-318
FRANKFORD, DE  19945-

# REDACTED

## STATE BUREAU OF IDENTIFICATION

| JOURDEAN | | LORAH | | | 00481444 |
|---|---|---|---|---|---|
| FIRST NAME | MIDDLE | LAST NAME | SUFFIX | DOB | SBI# |

### THIS IS TO CERTIFY THAT THE ABOVE NAMED SUBECT
### HAS NO DELAWARE CRIMINAL HISTORY

I, THE UNDERSIGNED, A DESIGNEE OF THE DIRECTOR OF THE STATE BUREAU OF IDENTIFICATION, OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE DELAWARE CRIMINAL HISTORY RECORD INFORMATION OF THE ABOVE NAMED INDIVIDUAL AS IT APPEARS IN THE STATE BUREAU OF IDENTIFICATION.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND OFFICIAL SEAL OF THE STATE BUREAU OF IDENTIFICATION AT DOVER, KENT COUNTY, DELAWARE.

_Donna Watson_
Signature

April 12, 2002



Personal History
Personal History.doc

1

OCS-D-0018



This recognizes that
**Jourdean Lorah**

has completed the requirements for
**Adult and Child CPR**

conducted by
**NATIONAL CAPITAL CHAPTER**

Date completed        **07/16/2001**

The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.



This recognizes that
**Jourdean Lorah**

has completed the requirements for
**Standard First Aid**

conducted by
**NATIONAL CAPITAL CHAPTER**

Date completed        **07/16/2001**

The American Red Cross recognizes this certificate
as valid for        year(s) from completion date.

# Form W-4 (2001)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2001 expires February 18, 2002.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to

income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, **you may claim fewer (or zero) allowances.**

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends,

consider making estimated tax payments using **Form 1040-ES,** Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2001. Get Pub. 919 especially if you used the **Two-Earner/Two-Job Worksheet** and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

**A** Enter "1" **for yourself** if no one else can claim you as a dependent · · · · · · · · · · **A** ___

**B** Enter "1" if: 
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's job (or the total of both) are $1,000 or less.

**B** ___

**C** Enter "1" for your **spouse.** But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) · · · · · · · **C** ___

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return · · · · **D** ___

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) **E** ___

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit · · **F** ___
(**Note:** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G Child Tax Credit** (including additional child tax credit):
- If your total income will be **between $18,000 and $50,000 ($23,000 and $63,000** if married), enter "1" for each eligible child.
- If your total income will be **between $50,000 and $80,000 ($63,000 and $115,000** if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. **G** ___

**H** Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ **H** |

| | |
|---|---|
| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments** to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you are **single,** have **more than one job** and your combined earnings from all jobs exceed $35,000, **or** if you are **married** and have a **working spouse or more than one job** and the combined earnings from all jobs exceed $60,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |

---

- - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - -

| Form **W-4**<br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>▶ **For Privacy Act and Paperwork Reduction Act Notice, see page 2.** | OMB No. 1545-0010<br>**2001** |
|---|---|---|

| **1** Type or print your first name and middle initial JOURDEAN S. | Last name LORAH | **2** Your social security number |
|---|---|---|

Home address (number and street or rural route) ROUTE 5 BOX 150-318

**3** ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code FRANKFORD, DEL. 19945

**4** If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

| **5** Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) | **5** | 1 |
|---|---|---|
| **6** Additional amount, if any, you want withheld from each paycheck | **6** | $ |

**7** I claim exemption from withholding for 2001, and I certify that I meet **both** of the following conditions for exemption:
- Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here · · · · · · · · ▶ **7** |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.
Employee's signature
(Form is not valid
unless you sign it.) ▶ *Jourdean Lorah*     Date ▶ SEPTEMBER 9, 2002

| **8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) Ocean City Christian   Ocean City MD   12637 A Ocean Gateway   21842 | **9** Office code (optional) | **10** Employer identification number 52 | 1205140 |
|---|---|---|

Cat. No. 10220Q

Form W-4 (2001)                                                                                                                    Page **2**

## Deductions and Adjustments Worksheet

**Note:** *Use this worksheet only if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2001 tax return.*

| | | |
|---|---|---|
| 1 | Enter an estimate of your 2001 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2001, you may have to reduce your itemized deductions if your income is over $132,950 ($66,475 if married filing separately). See **Worksheet 3** in Pub. 919 for details.) . . . | **1** $_____ |
| 2 | Enter: { $7,600 if married filing jointly or qualifying widow(er) / $6,650 if head of household / $4,550 if single / $3,800 if married filing separately } | **2** $_____ |
| 3 | **Subtract** line 2 from line 1. If line 2 is greater than line 1, enter -0- . . . . . | **3** $_____ |
| 4 | Enter an estimate of your 2001 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | **4** $_____ |
| 5 | **Add** lines 3 and 4 and enter the total (Include any amount for credits from **Worksheet 7** in Pub. 919.) | **5** $_____ |
| 6 | Enter an estimate of your 2001 nonwage income (such as dividends or interest) . . . . | **6** $_____ |
| 7 | **Subtract** line 6 from line 5. Enter the result, but not less than -0- . . . . . | **7** $_____ |
| 8 | **Divide** the amount on line 7 by $3,000 and enter the result here. Drop any fraction . . | **8** _____ |
| 9 | Enter the number from the **Personal Allowances Worksheet**, line H, page 1 . . . | **9** _____ |
| 10 | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earner/Two-Job Worksheet**, also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | **10** _____ |

## Two-Earner/Two-Job Worksheet

**Note:** *Use this worksheet only if the instructions under line H on page 1 direct you here.*

| | | |
|---|---|---|
| 1 | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** _____ |
| 2 | Find the number in **Table 1** below that applies to the **lowest** paying job and enter it here . . . . . | **2** _____ |
| 3 | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter -0-) and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . | **3** _____ |

**Note:** *If line 1 is less than line 2, enter -0- on Form W-4, line 5, page 1. Complete lines 4–9 below to calculate the additional withholding amount necessary to avoid a year end tax bill.*

| | | |
|---|---|---|
| 4 | Enter the number from line 2 of this worksheet . . . . . . . | **4** _____ |
| 5 | Enter the number from line 1 of this worksheet . . . . . . . | **5** _____ |
| 6 | **Subtract** line 5 from line 4 . . . . . . . . . . . . | **6** _____ |
| 7 | Find the amount in **Table 2** below that applies to the **highest** paying job and enter it here . . . . . | **7** $_____ |
| 8 | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . | **8** $_____ |
| 9 | Divide line 8 by the number of pay periods remaining in 2001. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2000. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . . | **9** $_____ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above |
| $0 - $4,000 | 0 | 42,001 - 47,000 | 8 | $0 - $6,000 | 0 | 65,001 - 80,000 | 8 |
| 4,001 - 8,000 | 1 | 47,001 - 55,000 | 9 | 6,001 - 12,000 | 1 | 80,001 - 105,000 | 9 |
| 8,001 - 14,000 | 2 | 55,001 - 65,000 | 10 | 12,001 - 17,000 | 2 | 105,001 and over | 10 |
| 14,001 - 19,000 | 3 | 65,001 - 70,000 | 11 | 17,001 - 22,000 | 3 | | |
| 19,001 - 25,000 | 4 | 70,001 - 90,000 | 12 | 22,001 - 28,000 | 4 | | |
| 25,001 - 32,000 | 5 | 90,001 - 105,000 | 13 | 28,001 - 40,000 | 5 | | |
| 32,001 - 38,000 | 6 | 105,001 - 115,000 | 14 | 40,001 - 50,000 | 6 | | |
| 38,001 - 42,000 | 7 | 115,001 and over | 15 | 50,001 - 65,000 | 7 | | |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 - $50,000 | $440 | $0 - $30,000 | $440 |
| 50,001 - 100,000 | 800 | 30,001 - 60,000 | 800 |
| 100,001 - 130,000 | 900 | 60,001 - 120,000 | 900 |
| 130,001 - 250,000 | 1,000 | 120,001 - 270,000 | 1,000 |
| 250,001 and over | 1,100 | 270,001 and over | 1,100 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. **Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties.** Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and using it in the National Directory of New Hires.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping**, 46 min.; **Learning about the law or the form**, 13 min.; **Preparing the form**, 59 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send the tax form to this address. Instead, give it to your employer.

✪ *Printed on recycled paper*                                                                 *U.S. Government Printing Office: 2000 — 460-119*

OCS-D-0021

Form
# MW 507

## Employee's Maryland Withholding Exemption Certificate

Comptroller of the Treasury • Revenue Administration Division • Annapolis, Maryland 21411 • Phone 410-260-7980

| Print your full name | JOURDEAN SARAH LORAH | Your Social Security number | |
|---|---|---|---|
| Address (including ZIP code) | ROUTE 5 BOX 150-318 FRANKFORD, DEL. 19945 | County of residence (or Baltimore City) | SUSSEX |

1.  Total number of exemptions you are claiming from worksheet below ........ 1.___1___

2.  Additional withholding per pay period under agreement with employer ........ 2._____

3.  I claim exemption from withholding because (see instructions below and check boxes that apply)

   [✓] a.  Last year I did not owe any Maryland income tax and had a right to a full refund of all income tax withheld.

   AND

   [✓] b.  This year I do not expect to owe any Maryland income tax and expect to have the right to a full refund of all income tax withheld.  (This includes seasonal and student employees whose annual income will be below the minimum filing requirement.)

   If both a and b apply, enter year applicable _____ (year effective)     Enter "EXEMPT" here  3._____

4.  Certification of Nonresidence in the state of Maryland (see instructions on reverse side.)  I certify that I am not domiciled in the state of Maryland, and that I do not maintain a place of abode within Maryland.  I further certify that my permanent residence is:

   FRANKFORD             SUSSEX             DEL.     Enter "EXEMPT" here  4._____
   City, town or post office address        County        State

Under the penalty of perjury, I further certify that I am entitled to the number of withholding allowances claimed on line 1 above, or if claiming exemption from withholding, that I am entitled to claim the exempt status on line 3 or line 4, whichever applies.

Employee's signature  Jourdean S. Lorah          Date SEPT. 9, 2002

| Employer's Name and Address (including zip code) (For employer use only) | Employer Identification Number |
|---|---|
| Ocean City Christian School   Ocean City 12637 A Ocean Gateway    MD 21842 | 52-1205140 |

## Worksheet and instructions

**Line 1**

A.  Number of personal exemptions (total exemptions on lines A, C and D of the federal W-4 or W-4A worksheet). ___1___

B.  Number of additional exemptions for dependents over 65 years of age. _____

C.  Number of additional exemptions for estimated itemized deductions, alimony payments, allowable child care expenses, qualified retirement contributions, business losses and employee business expenses for the year. _____

D.  Number of additional exemptions for taxpayer and/or spouse at least 65 years of age and/or blind. _____

E.  Total - add lines A through D and enter here and on line 1 (Form MW 507). _____

**EXEMPTIONS FOR DEPENDENTS** To qualify as your dependent, you must be entitled to an exemption for the dependent on your federal income tax return for the corresponding taxable year.

**ADDITIONAL EXEMPTIONS FOR DEPENDENTS OVER 65 YEARS OF AGE** An additional exemption is allowed for dependents who are 65 years of age or older.

**ADDITIONAL EXEMPTIONS** You may claim additional exemptions for estimated itemized deductions, alimony payments, allowable child care expenses, qualified retirement contributions, business losses and employee business expenses for the year.  One additional withholding exemption is permitted for each $1,850 of estimated itemized deductions or adjustments to income that exceed the standard deduction allowance.

   **NOTE:** Standard deduction allowance is 15% of Maryland adjusted gross income with a minimum of $1,500 and a maximum of $2,000 for each taxpayer.

COT/RAD-036 Rev. 9/99

**REDACTED**

**ADDITIONAL EXEMPTIONS FOR TAXPAYER AND/OR SPOUSE** An additional $1,000 may be claimed if the taxpayer and/or spouse is at least 65 years of age and/or blind on the last day of the taxable year.

**Line 2**

**ADDITIONAL WITHHOLDING PER PAY PERIOD UNDER AGREEMENT WITH EMPLOYER** If you are not having enough tax withheld, you may ask your employer to withhold more by entering an additional amount on line 2.

**FEDERAL PRIVACY ACT INFORMATION** Social security numbers must be included. The mandatory disclosure of your social security number is authorized by the provisions set forth in the Tax-General Article of the Annotated Code of Maryland. Such numbers are used primarily to administer and enforce the individual income tax laws and to exchange income tax information with the Internal Revenue Service, other states and other tax officials of this state. Information furnished to other agencies or persons shall be used solely for the purpose of administering tax laws or the specific laws administered by the person having statutory right to obtain it.

**DUTIES AND RESPONSIBILITIES OF EMPLOYER** Retain this certificate with your records. You are required to submit a copy of this certificate to the Compliance Division, Compliance Programs Section, 301 West Preston Street, Baltimore, MD 21201, when received if:

1. You have any reason to believe this certificate is incorrect,
2. the employee claims more than 14 exemptions,
3. employee claims exemptions from withholding because he/she had no tax liability for the preceding tax year, expects to incur no tax liability this year and the wages are expected to exceed $200 a week *or*
4. employee claims exemptions from withholding on the basis of nonresidence.

Upon receipt of any exemption certificate (Form MW 507), the Compliance Division will make a determination and notify you if a change is required.

Once a certificate is revoked by the comptroller, the employer must send any new certificate from the employee to the comptroller for approval before implementing the new certificate.

If an employee claims exemption under 3 above, a new exemption certificate must be filed by February 15th of the following year.

**DUTIES AND RESPONSIBILITIES OF EMPLOYEE** If, on any day during the calendar year, the number of withholding exemptions which the employee is entitled to claim is less than the number of exemptions claimed on the withholding exemption certificate in effect, the employee shall file a new withholding exemption certificate with the employer within 10 days after the change occurs.

**Line 3**

**WHO MAY CLAIM EXEMPTION FROM WITHHOLDING OF INCOME TAX** You may be entitled to claim an exemption from the withholding of Maryland income tax if:

a. last year you did not owe any Maryland income tax and had a right to a full refund of any tax withheld; and

b. this year you do not expect to owe any Maryland income tax and expect to have a right to a full refund of all income tax withheld. If you are eligible to claim this exemption, your employer will not withhold Maryland income tax from your wages.

**STUDENTS AND SEASONAL EMPLOYEES** whose annual income will be below the minimum filing requirement should claim exemption from withholding. This provides more income throughout the year and avoids the necessity of filing a Maryland income tax return.

**Line 4**

**CERTIFICATION OF NONRESIDENCE IN THE STATE OF MARYLAND** This line is to be completed only by persons employed in Maryland who are not domiciled within Maryland, and who do not maintain a place of abode within the state but who are residents of the District of Columbia, Pennsylvania, Virginia or West Virginia.

Line 4 is not to be used by nonresidents working in Maryland who are residents of any state not listed above, because such persons are liable for Maryland income tax, and withholding from their wages is required.

Generally, line 4 is to be used by those who reside within one of the states listed above and commute to work in Maryland. The maintenance of a place of abode in Maryland for more than six months of the taxable year makes you a statutory resident of Maryland and requires you to file a resident return with Maryland and apply to your domicile state for any tax credit to which you may be entitled under the reciprocal provisions of the law.

If the status of the employee changes from nonresident to resident during the year, the employee will be subject to Maryland income tax from the date residence was established, and withholding of Maryland income tax will be required of the employer. The employee should notify the employer when such a change of residence takes place.

 [The next page is 40,065.]

OCS-D-0023

# MARYLAND NEW HIRE REGISTRY
## Reporting Form

- Please Write All Entries in CAPS
- PRINT Legibly in Ink, or Type All Entries

- All Required Items **MUST** Be Completed
- Further Instruction on Reverse Side

## EMPLOYER INFORMATION

**REQUIRED INFORMATION**

1. Unemployment Insurance Number

2. Federal Employer ID Number (EIN)

3. Employer's Name

4. Employer's Address

5. Employer's City

6. State

7. Zip Code

8. Employer's Telephone ( ) -

9. Employer's Fax ( ) -

10. New Hire Contact Person

## EMPLOYEE INFORMATION

**REQUIRED INFORMATION**

11. Social Security Number (SSN):

12. First Date of Work (Mon/Day/Yr)   9/5/02

| Month | Day | Year (4 digits) |
|-------|-----|-----------------|
| 0 9 | 0 5 | 2 0 0 2 |

13. Employee's First Name   JOURDEAN

14. Employee's Middle Name   SARAH

15. Employee's Last Name   LORIAH

16. Suffix (if applicable)

17. Employee's Home Address   ROUTE 5 BOX 150-318

FRANKFORD

18. Employee's City   FRANKFORD

19. State   DE

20. Zip Code   19945

21. Sex of Employee (Check One)
- ☐ Male
- ☑ Female

22. Employee's Date of Birth (Mon/Day/Yr)

| Month | Day | Year (4 digits) |
|-------|-----|-----------------|
| | | |

23. Employee Salary ($ and cents)   Dollars 12,000 Cents

24. Are health care benefits available to employees? (Check One)
- ☐ Yes
- ☐ No

25. Salary Rate (Check One)
- ☐ Hourly
- ☐ Weekly
- ☑ Biweekly
- ☒ Semi-Monthly
- ☐ Monthly
- ☐ Yearly

Employer submits within 20 calendar days of new employee's first day of work to:

**Maryland New Hire Registry**
P.O. Box 1316
Baltimore, MD 21203-1316
FAX (410) 347-5993 or (888) 657-3534

**REDACTED**

# INSTRUCTIONS FOR THE MARYLAND NEW HIRE REGISTRY FORM

**INTRODUCTION:** The purpose of the New Hire Reporting Form is to allow employers and employees to fulfill the new hire reporting requirements. The Registry Form is divided into two parts. Part A is the Employer Information to be completed by the employer. Part B, the Employee Information is to be completed by employer or the employee.

**This is your ORIGINAL. For ease of use, the Registry suggests the Employer information be entered and then a supply photocopied.**

**IMPORTANT:** *All required items (numbers 1,2,3,4,5,6,7,11,12,13,14,15,17,18,19,20) on this form must have the information requested to be complete. Please PRINT legibly in ink or type. Please do not use red ink if submitted by facsimile.*

**REPORTING:** Information on this form is to be submitted to the Maryland New Hire Registry within 20 calendar days of the employee's first day of work.

While most of the information requested is self-explanatory, the following is provided as clarification:

**Box 1, Unemployment Insurance Number.** This is the 10-digit number issued by the Maryland Department of Labor, Licensing and Regulation (DLLR) used for unemployment insurance taxes and wage reporting.

**Box 2, Federal Employer ID Number.** This is the 9-digit Federal Employer Identification Number (FEIN) assigned to the employer. This is the same number used for federal tax reporting.

**Box 4, Employer Address.** This is the employer's actual mailing address where information should be sent.

**Box 10, New Hire Contact Person.** This optional element facilitates communication between the employer and the New Hire Registry, if needed.

**Box 12, First Date of Work.** This date is required and should be stated in month, day and year order. Fill out 4 digits for year (e.g. 1997).

**Box 22, Birthdate.** This date is optional and should be stated in month, day, and year order. Fill out 4 digits for year (e.g. 1997).

**Box 23, Employee Salary.** Enter exact wages in dollars and cents. This should correspond to Box 25, Salary Rate (as examples: $6.50 hourly; $400 weekly; $31,000 yearly).

**Box 25, Salary Rate (check one).** Check the appropriate box for how the salary rate is determined. Check bi-weekly if salary rate is determined by 26 pay periods. Check semi-monthly if salary rate is based on 24 pay periods. One-time salary should be shown as yearly.

**SUBMISSION OF NEW HIRE REPORTS:** As listed below, the New Hire Registry offers a variety of methods employers can use to submit New Hire Employment Reports. You may choose the method which is most convenient for you. For further information on these methods, call 1-(888)634-4737. We encourage employers to keep a photocopy or electronic record of all submissions.

- FAX completed forms to (410) 347-5993 or (888) 657-3534

- Mail - Forward the completed form to:

  **Maryland New Hire Registry**
  **P.O. Box 1316**
  **Baltimore, MD 21203-1316**

- Magnetic media (reels, cartridge tapes, floppy disks) should be sent to:

  **Maryland New Hire Registry**
  **200 North Howard Street**
  **Baltimore, MD 21201**

- Automated telephonic submissions can be made 24 hours a day, 7 days a week by calling 1-(888) MDHIRES or (410) 347-9911 to report the information

- Internet submissions can be made at http://www.mdnewhire.com (anticipated Fall 1997)

- E-mail submissions can be made at LMIMS.BA@IX.netcom.com

- Pre-formatted diskettes are available for employers hiring large numbers of employees by calling 1-(888) MDHIRES or (410) 347-9911

**Employers must provide all of the required information within 20 calendar days of the employee's first day of work to be in compliance.**

REDACTED

# REDACTED

**U.S. Department of Justice**
Immigration and
Naturalization Service
OMB No. 1115-0136

## Employment Eligibility Verification

# I-9

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

| Print Name:  Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| LORAH | JOURDEAN | S. | THE SAME |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| ROUTE 5 BOX 150-318 | | JANUARY 27, 1959 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| FRANKFORD | DEL. | 19945 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- ☒ A citizen or national of the United States
- ☐ A Lawful Permanent Resident (Alien # A _____)
- ☐ An alien authorized to work until _____/_____/_____
   (Alien # or Admission # _____)

| Employee's Signature | Date (month/day/year) |
|---|---|
| Jourdean S. Lorah | |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

### Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | _____ | | _____ |
| Issuing authority: _____ | | _____ | | _____ |
| Document #: _____ | | _____ | | _____ |
| Expiration Date (if any): ___/___/___ | | ___/___/___ | | ___/___/___ |
| Document #: _____ | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

**CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year)** ___/___/___ **and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).**

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | | |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| | | |

### Section 3. Updating and Reverification. To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____   Document #: _____   Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N

REDACTED

# Lists of Acceptable Documents

# List A                     # List B                     # List C

| Documents that Establish Both Identity and Employment Eligibility | | Documents that Establish Identity | | Documents that Establish Employment Eligibility |
|---|---|---|---|---|
| | **OR** | | **AND** | |

**List A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**OR**

**List B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

2. ID card issued by federal, state, or local government agencies or entities provided it contains a photograph or information such as name, date of birth, sex, height, eye color, and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor, or hospital record

12. Day-care or nursery school record

**AND**

**List C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

**Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)**

OCS-D-0027





**REDACTED**

12255 Fair Lakes Parkway
Fairfax, Virginia 22033-3952
703. 934. 5700



KAISER PERMANENTE
Medical Center
Fair Oaks

**TO WHOM IT MAY CONCERN:**

_Lorah, Jourdean_ (PPD)/ CHEST XRAY

**COMPLETED ON** _8/27/01_ , **WAS RETURNED**

**WITH** _0 mm induration_ **RESULTS.**

**SINCERELY,**

_Aurelia Jfell_, R.

Mid-Atlantic Permanente Medical Group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.

August 15, 1997

To Whom It May Concern:

RE: Jourdean Lorah

This letter is written as per the request of Ms. Lorah, who will be working as a teacher, to attest to the fact that she is free from any communicable disease that could be transmitted to the children.

If you have any further questions please contact me at the above number.

Sincerely,

Hesham M. Hammouda, M.D.

**REDACTED**

DELAWARE DIVISION OF PUBLIC HEALTH
*INTRACUTANEOUS SKIN TEST*

NAME: LUSDEAN LORAL
SEX: ☐ M ☑ F

PARENT'S NAME (if minor):

PHONE: (302) 539-8773   S.S. ID No.

ADDRESS: ROUTE 5 BOX 150-36   FRANKFORD, DE 19945

BIRTHDAY:

PLACE OF EMPLOYMENT: OCCD

BIRTHPLACE: WASH D.C.

RACE
WHITE ☑
BLACK ☐
AMERICAN INDIAN OR ALASKAN NATIVE ☐
ASIAN OR PACIFIC ISLANDER ☐
OTHER ☐

ETHNIC ORIGIN
HISPANIC ☐
NON-HISPANIC ☐

PROVIDER: LA RED HEALTH    DATE: 9-13-02

REASON FOR TEST:
Source ☐
Case Contact ☐
Employment ☑
Child Health ☐
Other ☐

TYPE OF TEST
PPD/MANTOUX ☑
MONOVACC ☐
OTHER _____

RESULT
0
MM
MM
MM

TEST TO BE READ BY:
TEST READ BY: L. Mills, RN    DATE: 9-16-02
☐ Health Unit  ☐ School  ☐ M.D.  ☐ Other

CALL RESULTS TO:

CH-186  DOC # 35/03/20/93/09/07

OCS-D-0031

Teacher Interview Questions

Teacher's Name _Lorah J Jourdean_    Date _11/21/01_

A. Introduce those on the interview team
B. Open in prayer
C. Ask questions

1) Describe your relationship with the Lord Jesus Christ -- past and present.

2) Why did you become a teacher?  Why do you want to teach in a Christian school?

3) Express your philosophy of education.  What is the goal of education?

4) Describe your philosophy and plan for classroom discipline and management.
    *Roles*    *Student understanding*

D. Other possible questions:

*Good Kids Stuff*

1) Describe you plan for reading instruction.  How can children be motivated to read?

2) Relate how you have dealt with personal conflicts with other teachers, parents, and/or students.

3) Express your personal plan for professional development.

E. Comments    *Educationally sound*
    *Methodology is strong*    *Basics to Leader*    *Games*
    *Classroom Set up is also strong*    *Skits*
    *Chapline well developed.*

Your Name _C. Walker_

List names of others on your team. _Dave Quelland_

*Process of Homework!*    *instructional approach!*

# Interview

Name _Jouveaw sLorah_    Position applying for _Elementary_

**1.** Outstanding    **2.** Above Average    **3.** Average    **4.** Below Average

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1. Resume | ---Ø-----0-----0-----0--- |
| 2. Experience | ---Ø-----0-----0-----0--- |
| 3. Knowledge of subject matter | ---Ø-----0-----0-----0--- |
| 4. Knowledge of Bible | ---0-----0-----Ø-----0--- |
| 5. Knowledge of teaching skills | ---Ø-----0-----0-----0--- |
| 6. Classroom management techniques | ---Ø-----0-----0-----0--- |
| 7. Verbal Skills | ---Ø-----0-----0-----0--- |
| 8. Enthusiasm | ---Ø-----0-----0-----0--- |
| 9. Attitude | ---Ø-----0-----0-----0--- |
| 10. Initiative | ---Ø-----0-----0-----0--- |
| 11. Concern for children | ---Ø-----0-----0-----0--- |
| 12. Professional commitment | ---Ø-----0-----0-----0--- |



# Ocean City
## CHRISTIAN SCHOOL

*Training Up "Fishers Of Men"*
·Matthew 4:19

10037 Golf Course Road
Ocean City, Maryland 21842
**410-213-7595 • Fax: 410-213-8001**
E-Mail: occhristianschool@juno.com



MARLINS

Pastor: Terry L. Davis
Administrator: Charles W. Albert

### *Teacher Application*

Application Date: _Nov. 9, 2001_          Date Available: _ANYTIME_

    Your interest in Ocean City Christian School is appreciated.  We invite you to fill out this initial application and return it to our school office.  If an opening occurs for which it appears you may qualify, we will request that you have your placement file forwarded to our office.  We will also contact your references.  If there is continued interest in your candidacy, we will send you some follow up questions and arrange for a personal interview.

    We realize that the key to a successful Christian School is its staff.  We are grateful for those who are professionally qualified, who really love children, and who, by the pattern of their lives, exemplify Christ.  It is our prayer that God will fulfill His perfect will in the lives of all applicants.

**A. Applicant's Name and Address**

    Full Name:

    Mr./Miss/Mrs./Dr./Rev. (Circle one) _JOURDEAN_        _S._        _LORAH_
                                    First           Mid. Initial          Last

    Present Address _ROUTE 5 BOX 150-31B_

    _FRANKFORD, DELAWARE_          Zip Code _19945_

    Phone: Daytime _539-0518_      Evening _____

    How long have you lived at the above address? _APPROX. 1 MONTH_

**B. Personal Information - Optional**

    Birthday: _____ / Social Security Number: _____

    Marital Status: ___ Married ___ Divorced ✓ Single ___ Engaged ___ Separated ___ Remarried ___ Widowed
    *Please attach explanation if divorced or remarried.*

    If married:    Spouse's name_____

                Occupation _____

                Years married _____   Number of children _____

    Do you smoke? ___ Yes ✓ No      Do you drink? ___ Yes ✓ No

    What was your most recent salary? _26,000.00_

    Are you currently under contract for the ensuing year? ___ Yes ✓ No

**REDACTED**

1

C. Position Desired

Preference    ( ) Kindergarten        (✓) Middle School  } SPECIAL SUBJECTS
              (✓) Elementary          (✓) High School    } HISTORY, ENGLISH, LANGUAGE ARTS
                                                            ART, HOME EC (TECH. AREAS - ARCH.
Favorite subject to teach? LANGUAGE ARTS / ART                        DESIGN )
Subjects taught in the past: ALL ACADEMIC (NO: COMPUTER, MUSIC,
              ( ) Part time            (✓) Full time        FOREIGN LANGUAGE )

Future Plans    What would you like to be doing in 5 years from now? WORKING FULL TIME WITH A
SALARY AND BENEFITS.

Special Abilities    Please list activities or sports that you would be capable of and willing to direct, sponsor, advise, or coach.
(Indicate grade or ability levels.) ART, ARCHERY (UPPER ELEMENTARY, MIDDLE
AND HIGH SCHOOL.)

D. Christian Background

ON A SEPARATE SHEET OF PAPER BRIEFLY GIVE YOUR CHRISTIAN TESTIMONY.

Statement    Please read carefully our Statement of Faith and indicate below your degree of support.
of Faith     (✓) I fully support the Statement as written without mental reservations.    Initial JL
             (✓) I support the Statement except for the area(s) listed and explained on a separate paper.  The exceptions
             represent either disagreements or items for which I have not yet formed on opinion or conviction.
                                                                              Initial J.L.

Church Denominational preference? LUTHERAN
What is your local church affiliation? I JUST MOVED HERE (NO CHURCH AFFILIATION
Are you presently a member in good standing? NO    Years? _____ (a) THIS TIME )

Service    In what Church activities are you involved and with what degree of regularity? NONE - JUST MOVED HERE.

What other Christian service have you done since becoming a Christian? PART TIME - ART TEACHER
CHRISTIAN FELLOWSHIP, VOLUNTEER SERVICES FOR CHILDREN, TEENS
AND YOUNG ADULTS WHO HAVE DISABILITIES, AND SERVICES FOR THE ELDERLY.
What is your attitude toward working with those of other races and those of other denominational beliefs?
I ENJOY WORKING WITH A DIVERSE CULTURAL GROUP OF PEOPLE.
Are you capable of teaching a Bible class? _____  If yes, what would be your subject preferences?
POSSIBLY, I HAVE TAUGHT THE ABECCA CHRISTIAN CURRICULUM.
ALL PLANNING IS WRITTEN WITH THEOLOGY AS THE BASIS FOR TEACHING.
To what extent should a Christian school teacher become involved in Sunday or other weekday ministries of the sponsoring
church or the church of which you are a member? I DO NOT ATTEND CHURCH ON A WEEKLY
BASIS. MY WORK IS EXTENSIVE AND I SPEND A LOT OF TIME
PLANNING AND CREATING SPECIAL PROJECTS FOR MY CLASS.

REDACTED

Describe your ~~~~ of personal Bible study and prayer. I READ AND PRAY DAILY.
~~~~ I OFTEN READ AND USE THE BOOK CALLED BIBLE TRUTHS. (GIVEN TO ME FROM A CHURCH DIRECTOR.)
What books have you read recently that have helped you spiritually? THE BIBLE STUDY BOOK. IT IS
A REFERENCE BOOK OF THE HISTORY OF CHRIST. IT INCLUDES
STORIES AND THE PEOPLE OF 2 THE BIBLE.

## *Statement of Faith*

**We Believe:**

1.  In the divine inspiration, infallibility and final authority of the Bible as the Word of God.

2.  In One God, the Creator and sustainer of the universe, eternally existent in three persons: Father, Son and Holy Spirit.

3.  In the uniqueness of man, by virtue of his special creation in God's image and his responsibility to understand and master the world to the glory of God.

4.  The unique deity of the Lord Jesus Christ, the incarnate, Virgin-born Son of God.

5.  In the representative and substitutionary death of our Lord Jesus Christ as the necessary atonement for our sins.

6.  In the power of the Holy Spirit in the work of regeneration, and His continuing work in the heart of the believer.

7.  In the resurrection of the crucified body of our Lord and that blessed hope, His personal return.

8.  In the bodily resurrection of the just and the unjust, the everlasting blessedness of the saved and the everlasting punishment of the lost.

9.  In the spiritual unity of believers in our Lord Jesus Christ.

10. In the heterosexual marriage relationship as the only God-ordained family system.

## *Statement of Faith*

**We Believe:**

1.  In the divine inspiration, infallibility and final authority of the Bible as the Word of God.

2.  In One God, the Creator and sustainer of the universe, eternally existent in three persons: Father, Son and Holy Spirit.

3.  In the uniqueness of man, by virtue of his special creation in God's image and his responsibility to understand and master the world to the glory of God.

4.  The unique deity of the Lord Jesus Christ, the incarnate, Virgin-born Son of God.

5.  In the representative and substitutionary death of our Lord Jesus Christ as the necessary atonement for our sins.

6.  In the power of the Holy Spirit in the work of regeneration, and His continuing work in the heart of the believer.

7.  In the resurrection of the crucified body of our Lord and that blessed hope, His personal return.

8.  In the bodily resurrection of the just and the unjust, the everlasting blessedness of the saved and the everlasting punishment of the lost.

9.  In the spiritual unity of believers in our Lord Jesus Christ.

10. In the heterosexual marriage relationship as the only God-ordained family system.

OCS-D-0036

**E. Professional Qualifications**

PLEASE ATTACH **PHOTOCOPIES** OF ALL YOUR COLLEGE TRANSCRIPTS. (Should you be offered a position, official copies of your transcripts will be required to be submitted for inclusion in your personal file.)

Formal
Training

What degree or degrees do you hold? _ASSOCIATES DEGREE IN SCIENCE_

| Degree | Date rec'd | Issuing Institution |
|---|---|---|
| | | |
| | | |
| | | |

Your major(s) _GENERAL STUDIES_

Your minor(s) _LIBERAL ARTS_

Cumulative grade point average:    BA_____    Graduate work_____    _141 CREDITS_

Total _____ Units after date of Bachelor's degree

Teaching
Experience

Sequentially list your teaching experience with most recent first.

| Place | Grades/Subjects | Dates |
|---|---|---|
| DEPT. OF COMMUNITY & RECREATION SERVICES | TEENS/YOUNG ADULTS | JULY '01 - AUG. '01 |
| F.C.P.S. - SUBSTITUTE | ELE, MIDDLE & HIGH | JAN. 01 - JUNE '01 |
| CHESTERBROOK ACADEMY | 4TH GRADE | SEPT. 00 - JAN. '01 |
| FAIRFAX BREWSTER SCHOOL | 4TH. GRADE | SEPT. '99 - JUNE '00 |

Number of years teaching experience: Public _6_    Christian _3 YRS OF THE 6 YRS_

What Christian or secular curriculums are you familiar with? (i.e., ACE, A Beka, Bob Jones, Open Court, D.C. Health, Houghton Mifflin, etc?)

_A BEKA CHRISTIAN CURRICULUM, HOUGHTON MIFFLIN, SCHOLASTIC_

Any preferences in curriculum? _NO_

Reason for leaving most recent position _TEMPORARY SUMMER POSITION ONLY._

Are you under contract for the coming year? _NO_

Other
Experience

List other work or military experiences that may have significance for the type of position for which you are applying. (Please give dates also).

_____

_____

List any other educational advantages that you have had including opportunities for travel.

_I AM VERY FLEXIBLE AND I AM VERY CREATIVE. MY DIVERSE BACKGROUND IN ART GIVES ME A DIRECT AND SUBTLE APPROACH IN COMMUNICATION AND THE VARIOUS CULTURES IN OUR SOCIETY._

List any books or articles that you have read recently that have helped you grow professionally.

_BIBLE TRUTHS, THE BIBLE BOOK, THE CHURCH IN HISTORY, THE NORTON ANTHOLOGY IN ENGLISH LITERATURE_

_TRAVEL: ENGLAND, FRANCE AND ITALY._

3

Teaching     Do you have an ASCI Teaching Certificate? __NO__   (*SIX YEARS OF EXPERIENCE*)

Credentials     What level? _____    Remains valid for _____ years.

Do you have a State Teaching Certificate? __No__    What State? _____

What kind? _____    Remains valid for _____ years.

If you do not hold a certificate, what requirements do you lack?

__MY EXPERIENCE AND PORTFOLIOS CAN BE WAIVERED TO MEET THE REQUIREMENTS THE ARE CURRENTLY EXISTING FOR MY BA.__
* Please attach photocopies of any certificates held.

## F. Personal References

You will need to sign the Reference Release Form that is attached and return it with this application. Do not list family members or relatives for references.

Give three references who are qualified to speak of your spiritual experience and Christian service. List your current pastor first. (NOT CURRENT)

**1.** Name __PASTOR ALLMAN__
Address __ASHBURN, VA.__
_____
Phone _____
Position __ART TEACHER/P.T.__ PRE-K - FIRST

**2.** Name __KATHY WEBSTER__
Address __5860 GLEN FOREST DR. FALLS CHURCH VA.__
Phone _____
Position __PRINCIPAL__

**3.** Name _____
Address _____
_____
Phone _____
Position _____

Give three references who are qualified to speak of your professional training and experience. List your current or most recent principal or supervisor first.

**1.** Name __JACQUELINE STONE__
Address __14205 B MORNING DOVE LA. CENTREVILLE, VA. 20121__
Phone __703-815-6515__
Position __TEACHER__

**2.** Name __KATHY WEBSTER__
Address __5860 GLEN FOREST DR. FALLS CHURCH, VA__
Phone __(703) 820-2680__
Position __PRINCIPAL__

**3.** Name __KATHY KAVALLO__
Address __SPINDLE CT. CENTREVILLE, VA.__
Phone _____
Position __SUPERVISOR__

## G. Personal Philosophy

* On a separate paper please label and succinctly answer in one or two paragraphs each of the questions below.

Short   A.   Why do you wish to teach in a Christian school?

Essay   B.   What are the main characteristics that distinguish a Christian School?

C.   What do you consider to be the proper classroom atmosphere for learning?

D.   What is your philosophy of discipline. Attitude toward physical punishment?

E.   What areas do you feel are your strengths? Weaknesses?

F.   What do you believe about the origin of the earth and mankind?

G.   Please summarize any additional information that you would like to present regarding your candidacy for this position.

*SEE THE SEPARATE PIECE OF PAPER ENCLOSED.*

## H. Religious & Educational Philosophy

Why do you wish to teach at Ocean City Christian School? __I THINK I WOULD BE VERY BENEFICIAL WORKING WITH A GROUP OF PEOPLE IN A CHRISTIAN SCHOOL. I HAVE MANY SKILLS TO OFFER AND I AM VERY FLEXIBLE.__

4

*See Separate Piece of Paper*

What are the main characteristics that distinguish a Christian school from a government school? _____

_____

_____

What do you consider to be the proper classroom atmosphere for learning? _____

_____

_____

What is your philosophy of discipline?  Attitude toward physical punishment?_____

_____

_____

What areas do you feel are your strengths?  Weakness? _____

_____

_____

What do you believe about the origin of the earth and mankind?_____

_____

_____

Briefly describe you philosophy of Christian Education: _____

_____

_____

## I.  Personal Interests

List memberships, offices, and honors obtained in High School or College.

HONOR- COLLEGE- CUM LAUDE

List hobbies and personal interests.

DRAWING, PAINTING, POTTERY, JEWELRY DESIGN, AND WINTER SPORTS -
I LOVE WORKING WITH CHILDREN, TEENS AND YOUNG ADULTS WHO HAVE

What periodicals do you read regularly? SPECIAL NEEDS

LAW

## J.  Personal History

Do you have any physical condition or handicap that may limit your ability to perform the job for which you are applying?
If so, please describe: NO.  I HAVE A PHYSICAL DISABILITY REGARDING

MY KNEES (BIRTH DEFECT)

_____

_____

Have you ever been convicted of a felony, or a misdemeanor which resulted in imprisonment? If so, what was the felony or
misdemeanor? NO (PETTY MISDEMEANOR 1987, BUT NO CONVICTIONS.)

Have you ever been convicted of child abuse of any kind?  If so, please describe: NO

5

OCS-D-0039

### K. Applicant's certification and agreement

I understand that Ocean City Christian School does not discriminate in its employment practices against any person because of sex, race, color, national, or ethnic origin, gender, or handicap. I further understand that any offer of employment is conditioned on the proof of legal authority to work in the U. S.

I hereby certify that the facts set forth in this initial application are true and complete to the best of my knowledge. I understand that discovery of falsification of any statement or significant omission of fact during any phase of the hiring process may prevent me from being hired or if hired may subject me to immediate dismissal.

I authorize Ocean City Christian School to inquire about my work and personal history and to verify all data given in my application for employment, related papers, and my oral interviews. I authorize the release and giving of any information requested by Ocean City Christian School such as employment records, performance reviews, and personal references. I release any person, organization, or company from liability or damage which may result from furnishing the information requested. I further waive the right to ever personally view any references given to Ocean City Christian School.

I further certify that I have carefully read and do understand the above statements.

| | |
|---|---|
| _Jourdean Lorah_ | _Nov. 14, 2001_ |
| Signature of Applicant | Date |

### *Authorization To Release Reference Information*

I have made application for a position with Ocean City Christian School. I authorize Ocean City Christian School to inquire about my work and personal history and to verify all data given in my application for employment, related papers, and my oral interviews.

I authorize the release and giving of any information requested by Ocean City Christian School such as employment records, performance reviews, and personal references whether such information is favorable or unfavorable to me.

I release any person, organization, or company from any and all liability, claims, or damages that may directly or indirectly result from the use, disclosure, or release of any such information by any person or party, whether such information is favorable or unfavorable to me.

I further waive the right to ever personally view any references given to Ocean City Christian School.

I further certify that I have carefully read and do understand the above statements.

_____
Applicant's Name - Print

_____          _____
Applicant's Signature                                    Date

_____
Applicant's Social Security Number

OCS-D-0040

Application

Ocean City Christian School

D. Christian Testimony: Christian Background

To be able to work with different ethnic groups, various religious affiliations and people of different ages that strive to increase their human potential. Peace can be achieved through the Christian principals of caring, love and devotion.

G. Personal Philosophy   A, B, C, D, E, F, & G

I enjoy teaching in a Christian School because it is very important for children to understand religion and culture. Many of the main characteristics that distinguish a Christian School are: respect for one's self and others, cleanliness, a quiet peaceful atmosphere and the willingness to help others in need. A mission of care, peace and the will to reach out to all people from different parts of the world is essential.

A quiet classroom is always productive. People work, think and feel more comfortable in a peaceful environment. My philosophy of discipline is firm, but not harsh. I believe

OCS-D-0041

In five basic rules that sets the standards for a peaceful and productive atmosphere. I do not believe in physical punishment. Physical punishment results in anger and rebellion.

Art is definitely my strength. I have excellent writing skills and I can communicate very well at an inter-personal level. An artistic approach can be more interesting and it is more cultural in a diverse way. People need to understand that art is emotions, expressions and culture. My weakenesses are algebra I & II.

I believe the origin of earth and mankind is pure, simple and traditional. The earths natural resources are powerful. Mankind is traditional values with a simplistic approach.

I think my experiences and knowledge would be beneficial to a group of people working together in a Christian School.

302 (539- 8773)

Jourdean Lorah
Route 5 Box 150-318
Frankford, Delaware 19945

September 2002

To Whom It May Concern,,

    The following letter is concerning a full time teaching position or an early childhood educator. Presently, I have six years of teaching experience in elementary school, middle school and high school. This experience includes teaching in various Christian ministries under the Aibekka Christian curriculum. Extensive work has been with children, teens and young adults who have special needs. Those special needs include; ADD, LD, ED, mental retardation, autism and the physically handicapped. Summer contracts have consisted of therapeutic recreation and camps. My responsibilities were planning, directing and teaching various age groups different techniques in fine art. I was also responsible for training college students for future counseling positions.

    My educational background includes; The Maryland College of Art & Design, The International Institute of Interior Design and Northern Virginia Community College. Currently, I have a degree in Science with a major in General Studies and a minor in Liberal Arts. Recently, I passed the state test in Delaware for special education. In addition to my credentials, I would be willing to attend classes at night to increase my knowledge of any position that is under consideration. Your cooperation to consider my resume is most appreciated.

Sincerely,

Jourdean Lorah
Jourdean Lorah

302-539-0518

# Jourdean Sarah Lorah

## Vital Statistics

13923 Big Yankee Lane
Centreville, Virginia 20121

703-631-9331

## Objective

To become a full time all academic teacher in upper elementary schools. Special subjects such as; Life Skills, Art, Design, or Home Economics would be considered for middle school and high school.

## Highlights

- Achieving goals and objectives through the facilitation of the child's needs and intellectual growth.
- Creating individual educational programs for the child that has special needs. Those special needs would include: LD, ADD, autism and ED.
- Creative planning of projects and visuals to aid the child's development.
- Involved in after school fine arts programs for the interest of the child.

## Technical Skills

- Drafting of architectural plans, elevations and renderings.
- Surveying and engineering of residential land lots.
- Marketing for future prospective clients for consolidations, merges and expansions.
- Designing commercial and residential interiors for architectural and aesthetic needs.
- Teaching experience includes all academic in grades three through seven. Special subjects in middle school and high school.
- Teaching experience includes extensive work with children who have special needs.
- Contacted news directors for public service announcements.
- Edited film documentaries.

OCS-D-0044

Confidential Resume - page two

# Jourdean Sarah Lorah

## Work Related Experience

- Lesson Planning - Planned lessons for all academics. Individual educational planning was also considered for children who have special needs. Those subjects included: Science, English, Language Arts, Math and History.
- Classroom Teaching - A meaningful and creative approach was taken to encourage the learning experience, participation and active involvement.
- Implementing a paced program to challenge students as they met their goals.
- Creating a quiet atmosphere for a nurtured environment.

## Work History

- Counselor - Department of Community and Recreation Services/ July 2001 - August 2001
- Substitute Teacher - Fairfax County Public Schools/ January 2001 - June 2001
- Counselor and Director - Burgundy Farm Summer Day Camp/June 1999- August 1999
- Teacher - Fairfax Brewster School/September 1999 - June 2000
- Teacher - Fairfax County Public Schools/June 1999 - August 1999
- Teacher - Way of Faith Ministry/ September 1998- June 1999
- Teacher - Cloverlawn Academy/ September 1997- June 1998
- Teacher - Christian Fellowship/September 1996- June 1997

## Credentials and Education

The Maryland College of Art and Design, Silver Spring, Maryland
The International Institute of Interior Design, Washington, D.C. G.P.A. 3.35
Northern Virginia Community College, Manassas, Virginia G.P.A. 3.25-3.45

Associates degree in Science with a major in General Studies

## Other

Interests - Drawing, painting, pottery, jewelry design and winter sports.

OCS-D-0045

August 27, 1997

To Whom This May Concern:

Please consider this as a reference letter for Jourdean Lorah.

Jourdean came to work at Christian Fellowship School while I was administrator.
She worked from February 1, 1997 through the end of the school year as our part
time Art Teacher. She was always on time, very well organized and ready for the
children. There were many times I had to call on her for extra Art time. She was
a good team player. If the teachers went to her requesting a special art project, she
would do her best to help. The children looked forward to Art time with Jourdean.
If given the opportunity, I would like to have Jourdean back on my staff.

In His Service

Pat Edwards

Pat Edwards

March 28, 2001

To Whom it May Concern:

This letter of recommendation for Ms. Jordean Lorah is based upon our very positive experience with her at Chester brook Academy.  Ms. Lorah taught our son, Robert during the 2000 school year.  Robert enjoyed Ms. Lorah's class very much and made great academic gains, largely attributable to her efforts and teaching style.  We were disappointed when she left Chesterbrook and feel strongly that her new school will be very lucky to have her.

Robert has learning disabilities and attends Chesterbrook's LD classes.  He becomes very anxious when asked to do certain academic tasks and was therefore very nervous about being mainstreamed for Science.

Ms. Lorah was intrumental in making her science class a very successful experience for Robert.  She first created an environment where he felt safe and then pushed him in a supportive manner, setting very high academic standards.  Robert blossomed with this combination.  We were pleased and amazed when Robert met Ms. Lorah's academic expectations.  Robert was equally pleased and amazed with himself and now has much more academic self-confidence.

A single teacher really can drastically affect a child's self-concept and motivation, for good or bad.  We will remember Ms. Lorah as a teacher who had a profoundly positive influence on our son.  If she is able to foster such great academic growth in a special-needs child, I can only imagine what she is able to do with regular education children.  We strongly recommend her.

Sincerely,

Robert and Kerry Massie

# Cloverlawn Academy

703-538-4022

### International
3455 N. Glebe Road
Arlington, Virginia 22207 USA

May 28, 1998

To Whom It May Concern:

Miss Jourdean Lorah worked at Cloverlawn Academy from September 1997 to June 1998. Her duties were Elementary Art Teacher as well as Academic Teacher for grades three, four and five.

She is an outstanding Art Teacher guiding and inspiring each student to understand the principles of Art and to execute what they see and feel into meaningful sculpture, pictures and other Art forms. She initiated a time line for Art studies that broadened the scope of social values and historical progress to accompany each area of study. Students and parents were very appreciative of her sensitive and dedicated direction.

Miss Lorah's teaching of academics was well prepared and interestingly presented. She was careful to build and strengthen foundations in Math, Reading, Literature, Spelling, Social Studies, Geography and History while encouraging gifted students to go beyond grade expectations. She also served on the playing field and in Study Hall.

Miss Lorah is very talented in Drama Direction and Stage Prop production. She helped in the Principal's office and in meeting guests.

She is reliable, honest and punctual. She would be a credit to your institution.

Sincerely,

Mary Harper Clark

Mary Harper Clark

Principal

OCS-D-0048





This recognizes that
**Jourdean Lorah**

has completed the requirements for
**Adult and Child CPR**

conducted by
**NATIONAL CAPITAL CHAPTER**

Date completed          07/16/2001

The American Red Cross recognizes this certificate
as valid for          year(s) from completion date.



This recognizes that
**Jourdean Lorah**

has completed the requirements for
**Standard First Aid**

conducted by
**NATIONAL CAPITAL CHAPTER**

Date completed          07/16/2001

The American Red Cross recognizes this certificate
as valid for          year(s) from completion date.



Jacqueline D. Stone
14205-B Morning Dove Lane
Centerville, VA 20121

May 12, 2001

To Whom It May Concern:

My name is Jacqueline D. Stone and I writing this letter as a reference for Jourdean Lorah. First I would like to tell you a little about where I work and met Ms. Lorah. I am a Special Education teacher at Paladin Academy. Paladin is the Special Education Division of Chesterbrook Academy and is certified by the state of Virginia. We primarily work with students that are ADD/HD AND LD. Many of our students are Dyslexic with Reading and/or Spelling difficulties. Frustration, disappointment, and low self-esteem often cause behavior problems. Our goal is to bring these students up to an academic and behavioral level, which will enable them to successfully mainstream into the regular education classroom.

I worked with Ms. Jordean Lorah at Chesterbrook Academy in Chantilly, VA. Ms. Lorah was a fourth grade teacher and taught Science to two of my students. I cannot praise Ms. Lorah enough for her sincere concern and continuous efforts. She managed to be a true advocate while encouraging academic and social success. Ms. Lorah cares greatly about her students while maintaining high expectations. I was frequently in contact with Ms. Lorah to discuss issues concerning our student's needs or current issues. Ms. Lorah always listened, expressed a sincere desire to help, and was always willing to take the extra effort and time to make modifications, tutor after school, and meet with parents. Although Chesterbrook has a 1 to 10 teacher/student ration Ms. Lorah's class was a very difficult class. When I observed the class in the classroom, at lunch, and during recess it was obvious that many of her students had social and academic issues, which strongly suggested a need for, Special Education services. During the time Ms. Lorah taught these students and currently their parents have chosen to not seek testing or Special Education services. The current teacher has frequently expressed that her student's need are so intense that she feels like she has thirty students. I feel that this is important as it demonstrates how hard Ms. Lorah is willing to work for the benefit of her students. As I stated previously, I cannot praise Ms. Lorah enough for her efforts and abilities. I would jump at the opportunity to work with such a dedicated teacher again.

If you have any questions please feel free to contact me at (703) 815-6515. Please leave a message and I will contact you within twenty-four hours.

Sincerely,

*Ms. Jacqueline D. Stone*

Ms. Jacqueline D. Stone

March 28, 2001

To Whom it May Concern:

This letter of recommendation for Ms. Jordean Lorah is based upon our very positive experience with her at Chester brook Academy.   Ms. Lorah taught our son, Robert during the 2000 school year.   Robert enjoyed Ms. Lorah's class very much and made great academic gains, largely attributable to her efforts and teaching style.  We were disappointed when she left Chesterbrook and feel strongly that her new school will be very lucky to have her.

Robert has learning disabilities and attends Chesterbrook's LD classes.   He becomes very anxious when asked to do certain academic tasks and was therefore very nervous about being mainstreamed for Science.

Ms. Lorah was intrumental in making her science class a very successful experience for Robert. She first created an environment where he felt safe and then pushed him in a supportive manner, setting very high academic standards.  Robert blossomed with this combination.   We were pleased and amazed when Robert met Ms. Lorah's academic expectations.  Robert was equally pleased and amazed with himself and now has much more academic self-confidence.

A single teacher really can drastically affect a child's self-concept and motivation, for good or bad.  We will remember Ms. Lorah as a teacher who had a profoundly positive influence on our son.  If she is able to foster such great academic growth in a special-needs child, I can only imagine what she is able to do with regular education children.  We strongly recommend her.

Sincerely,

Robert and Kerry Massie

OCS-D-0051



## FAIRFAX-BREWSTER SCHOOL

5860 Glen Forest Drive

Bailey's Crossroads, Virginia 22041

(703) 820-2680

4/24/00

To Whom It May Concern:

This letter will serve as a reference for Miss Jourdean Lorah. Ms.Lorah was employed by the Fairfax Brewster School as a fourth grade teacher during the 1999-2000 school year. She taught all subject areas and also Art Club during our after school program.

Miss Lorah was a dependable, caring, and dedicated teacher. She was very creative and went the extra mile to provide interesting lessons for the children. Jourdean displayed patience and always tried to provide individual attention to all of her students.

Should you need any further information regarding Miss Lorah, please feel free to contact me at the number listed above.

Sincerely,

Katherine B. Webster
Principal

OCS-D-0052

 **BURGUNDY FARM SUMMER DAY CAMP**

3700 BURGUNDY ROAD, ALEXANDRIA, VIRGINIA 22303    (703) 329-9495

August 4, 1998

To whom it may concern:

Jourdean Lorah was employed at the Burgundy Farm Summer Day Camp from June 15 - August 6, 1998. She was the head counselor in the painting and drawing section of our Visual Arts Division. Jourdean was responsible for planning the activities, supervising the campers, and supervising and training a senior counselor. She worked with a group (coed)of 16 campers between the ages of 8-12 years old.

Jourdean is extremely organized and prepared for her job each day. She arrives on time ready to work with a smile and a positive attitude. Her lessons plans are well written and complete. She is always attentive to the children and focuses on the process of their art as well as the product. The children have produced wonderful art projects during camp under Jourdean's tutelage.

Jourdean had a difficult camper this summer and was able to reach out positively to this child and work with him to provide him with a great camp experience. His mother was very grateful to Jourdean for being so patient and positive with him during his most difficult times.

I would recommend Jourdean for a position working with children. She is a dedicated educator. Her style of teaching would work well for children with ADD as it provides both structure and focus.

Sincerely,

Lynne Farmer
Camp Director

OCS-D-0053

# Cloverlawn Academy

**International**

3455 N. Glebe Road
Arlington, Virginia 22207 USA

703-538-4022

May 28, 1998

To Whom It May Concern;

Miss Jourdean Lorah worked at Cloverlawn Academy from September 1997 to June 1998. Her duties were Elementary Art Teacher as well as Academic Teacher for grades three, four and five.

She is an outstanding Art Teacher guiding and inspiring each student to understand the principles of Art and to execute what they see and feel into meaningful sculpture, pictures and other Art forms. She initiated a time line for Art studies that broadened the scope of social values and historical progress to accompany each area of study. Students and parents were very appreciative of her sensitive and dedicated direction.

Miss Lorah's teaching of academics was well prepared and interestingly presented. She was careful to build and strengthen foundations in Math, Reading, Literature, Spelling, Social Studies, Geography and History while encouraging gifted students to go beyond grade expectations. She also served on the playing field and in Study Hall.

Miss Lorah is very talented in Drama Direction and Stage Prop production. She helped in the Principal's office and in meeting guests.

She is reliable, honest and punctual. She would be a credit to your institution.

Sincerely,

*Mary Harper Clark*

Mary Harper Clark

*Principal*

August 27, 1997

To Whom This May Concern:

Please consider this as a reference letter for Jourdean Lorah.

Jourdean came to work at Christian Fellowship School while I was administrator. She worked from February 1, 1997 through the end of the school year as our part time Art Teacher. She was always on time, very well organized and ready for the children. There were many times I had to call on her for extra Art time. She was a good team player. If the teachers went to her requesting a special art project, she would do her best to help. The children looked forward to Art time with Jourdean. If given the opportunity, I would like to have Jourdean back on my staff.

In His Service

*Pat Edwards*

Pat Edwards





**Commonwealth of Virginia**

**State Board for Community Colleges**

# Northern Virginia Community College

This is to certify that

## Jourdean Sarah Lorah

is awarded the

# Associate in Science Degree

with a major in

## General Studies

together with all of the rights and privileges appertaining thereto.

Given at Annandale, Virginia, this eleventh day of August, Nineteen hundred and ninety-five.





CUM LAUDE



_Arnold R. Oliver_
Chancellor, Virginia Community College System

_Richard J. Ernst_
College President

_Constance J. Bird_
Chair, State Board for Community Colleges

_Madame Richardson_
Chair, College Board

OFFICE OF THE REGISTRAR

6901 SUDLEY ROAD
MANASSAS, VA 20109
(703) 257-6620

PAGE 1 OF 3
ID NUMBER:

NAME: LORAH, JOURDEAN S

*** THE SEMESTER SYSTEM REPLACED THE QUARTER SYSTEM IN THE SUMMER OF 1988 ***

| DEPT NBR | TITLE | ATT | COM | G | PT |
|---|---|---|---|---|---|
| ** NVCC CREDITS ** | | | | | |

**FALL 1983 (QUARTER)**

| DEPT NBR | TITLE | ATT | COM | G | PT |
|---|---|---|---|---|---|
| ARTS 111 | HIST/APPRED OF ART I | 1.00 | .00 | W | .00 |
| INDG 104 | TECH/INTERIOR DESIGN | 3.00 | 3.00 | A | 12.00 |
| INDG 108 | COLOR & SPACE THEORY | 3.00 | 3.00 | A | 12.00 |
| GENL 100 | ORIENTATION | 1.00 | 1.00 | A | 4.00 |
| ENGL 111 | ENGL COMPOSITION I | 3.00 | 3.00 | B | 9.00 |
| TRM GPA: 3.70 | TRM NVCC: | 10.00 | 10.00 | | 37.00 |

**WINTER 1984 (QUARTER)**

| INDG 105 | DRFT TECH/INTER DESG | 3.00 | 3.00 | A | 12.00 |
|---|---|---|---|---|---|
| INDG 107 | PERSPCTVE & RENDERNG | 3.00 | 3.00 | A | 12.00 |
| ENGL 098 | SEMINAR & PROJECT DEVELOP READING | 3.00 | 3.00 | S | .00 |
| ENGL 112 | ENGL COMPOSITION II | 3.00 | 3.00 | B | 9.00 |
| *** DEAN'S LIST *** | | | | | |
| TRM GPA: 3.66 | TRM NVCC: | 9.00 | 9.00 | | 33.00 |

**SPRING 1984 (QUARTER)**

| ENGL 119 | CRIT READ/STDY SKILL | 1.00 | 1.00 | C | 3.00 |
|---|---|---|---|---|---|
| PHED 142 | PERFORM CONDITIONING | 1.00 | 1.00 | A | 4.00 |
| SPDR 136 | ORAL COMMUNICATIONS | 3.00 | 3.00 | A | 12.00 |
| INDG 106 | ISOMETRC/MODEL CONST | 3.00 | 3.00 | C | 6.00 |
| *** DEAN'S LIST *** | | | | | |
| TRM NVCC: | | 10.00 | 10.00 | | 28.00 |
| TRM GPA: 2.30 | | | | | |

**FALL 1984 (QUARTER)**

| INDG 208 | ADVANCD DRFTG TECH | .00 | .00 | W | .00 |
|---|---|---|---|---|---|
| PSYC 110 | PRIN OF APPL PSYC | 3.00 | 3.00 | C | |
| INDG 206 | TXT/FLOOR/WLL/WIND | 2.00 | 2.00 | W | |
| *** DEAN'S LIST *** | | | | | |

TRM GPA: 0.00

**SPRING 1985 (QUARTER)**

| PSYC 110 | PRIN OF APPL PSYC | 3.00 | 3.00 | C | 6.00 |
|---|---|---|---|---|---|
| INDG 206 | TXT/FLOOR/WLL/WIND | 3.00 | 3.00 | A | 12.00 |
| INDG 217 | INDG TRADE SOURCES | 3.00 | 3.00 | A | 12.00 |
| *** DEAN'S LIST *** | | | | | |
| TRM NVCC: | | 9.00 | 9.00 | | 27.00 |
| TRM GPA: 3.00 | | | | | |

**SUMMER 1985 (QUARTER)**

| INDG 216 | BUS PROCEDUR INDG | .00 | .00 | W | |
|---|---|---|---|---|---|
| *** DEAN'S LIST *** | | | | | |
| TRM NVCC: | | 0.00 | 0.00 | | |
| TRM GPA: 0.00 | | | | | |

**FALL 1985 (QUARTER)**

| INDG 207 | FURN/LGHT EQP/ACC | 3.00 | 3.00 | A | 12.00 |
|---|---|---|---|---|---|
| ARTS 111 | HIST/APPREC ART I | 3.00 | 3.00 | C | |
| PHED 100 | FUND PHYS ACTIVITY | 1.00 | 1.00 | A | |
| *** DEAN'S LIST *** | | | | | |
| TRM NVCC: | | 7.00 | 7.00 | | 22.00 |
| TRM GPA: 3.14 | | | | | |

**WINTER 1986 (QUARTER)**

| ARTS 112 | HIST/APPREC ART II | 3.00 | 3.00 | C | |
|---|---|---|---|---|---|
| HORT 265 | HOUS/CNSRVTRY PLNT | 3.00 | 3.00 | A | 12.00 |
| HORT 266 | LAB FOR HORT266 | 3.00 | 3.00 | C | 6.00 |
| *** DEAN'S LIST *** | | | | | |
| TRM NVCC: | | 6.00 | 6.00 | | 18.00 |
| TRM GPA: 3.00 | | | | | |

**SPRING 1986 (QUARTER)**

| ARTS 113 | HIST/APPRE ART III | 3.00 | 3.00 | C | 6.00 |
|---|---|---|---|---|---|
| TRM NVCC: | | 3.00 | 3.00 | | 6.00 |
| TRM GPA: 2.00 | | | | | |

NVCC 125-5
IN ACCORDANCE WITH USC 438 (6) (4) (B) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THIS IS NOT AN OFFICIAL DOCUMENT UNLESS IT IS SIGNED & IMPRESSION SEALED

NORTHERN VIRGINIA COMMUNITY COLLEGE
OFFICE OF THE REGISTRAR
6901 SUDLEY ROAD
MANASSAS, VA 20109
(703) 257-6620

PAGE 2 OF 3
ID NUMBER:

NAME: LORAH, JOURDEAN S

| DEPT | NBR | TITLE | ATT | COM | G | GPT |
|------|-----|-------|-----|-----|---|-----|
| | | **FALL 1986 (QUARTER)** | | | | |
| INDG | 216 | BUS PROCEDUR INDG | 3.00 | 3.00 | C | 6.00 |
| | | TRM GPA: 2.00 TRM NVCC: | 3.00 | 3.00 | | 6.00 |
| | | ************************ | | | | |
| | | *** START OF SEMESTER SYSTEM *** | | | | |
| | | ************************ | | | | |
| | | **SUMMER 1988 (SEMESTER)** | | | | |
| IDS | 290 | COORDINATED INTRNSHP | 5.00 | 5.00 | B | 15.00 |
| | | TRM GPA: 3.00 TRM NVCC: | 5.00 | 5.00 | | 15.00 |
| | | **SUMMER 1994 (SEMESTER)** | | | | |
| ART | 121 | DRAWING I | 4.00 | 4.00 | A | 16.00 |
| PSY | 201 | INTRO TO PSYCH I | 3.00 | 3.00 | C | 6.00 |
| SPD | 297 | COOP EDUCATION | 4.00 | 4.00 | A | 16.00 |
| | | TRM GPA: 3.45 TRM NVCC: | 11.00 | 11.00 | | 38.00 |
| | | **FALL 1994 (SEMESTER)** | | | | |
| PLS | 120 | INTRO TO POLITCL SCI | 3.00 | 3.00 | A | 12.00 |
| ART | 153 | CERAMICS I | 4.00 | 4.00 | A | 16.00 |
| | | *** DEAN'S LIST *** | | | | |
| | | TRM GPA: 4.00 TRM NVCC: | 7.00 | 7.00 | | 28.00 |
| | | **SPRING 1995 (SEMESTER)** | | | | |
| ART | 298 | SEMINAR AND PROJECT | 3.00 | 3.00 | A | 12.00 |
| | | ETRUSCAN TO BAROQUE | | | | |
| PLS | 211 | U.S. GOVERNMENT I | 3.00 | 3.00 | A | 12.00 |
| ART | 241 | PAINTING I | 4.00 | 4.00 | B | 12.00 |
| | | *** DEAN'S LIST *** | | | | |
| | | TRM GPA: 3.60 TRM NVCC: | 10.00 | 10.00 | | 36.00 |

| DEPT | NBR | TITLE | ATT | COM | G | GPT |
|------|-----|-------|-----|-----|---|-----|
| | | **SUMMER 1995 (SEMESTER)** | | | | |
| PED | 107 | SLIMNASTICS I | 1.00 | 1.00 | A | 4.00 |
| HIS | 101 | HIST OF WEST CIV I | 3.00 | 3.00 | C | 6.00 |
| | | *** DEAN'S LIST *** | | | | |
| | | TRM GPA: 2.50 TRM NVCC: | 4.00 | 4.00 | | 10.00 |
| | | **FALL 1995 (SEMESTER)** | | | | |
| ENG | 251 | SURV OF WORLD LIT I | 3.00 | 3.00 | B | 9.00 |
| PED | 107 | SLIMNASTICS | 1.00 | 1.00 | A | 4.00 |
| HIS | 102 | HIST OF WEST CIV II | 3.00 | 3.00 | C | 6.00 |
| | | TRM GPA: 2.71 TRM NVCC: | 7.00 | 7.00 | | 19.00 |
| | | **SPRING 1996 (SEMESTER)** | | | | |
| ENG | 252 | SURV/WORLD LIT II | 3.00 | 3.00 | B | 9.00 |
| ART | 122 | DRAWING II | 4.00 | 4.00 | B | 12.00 |
| BIO | 101 | GENERAL BIOLOGY I | 4.00 | 4.00 | B | 12.00 |
| BIO | 101 | LAB FOR BIO 101 | 0.00 | 0.00 | | |
| | | TRM GPA: 3.00 TRM NVCC: | 11.00 | 11.00 | | 33.00 |
| | | **SUMMER 1996 (SEMESTER)** | | | | |
| MTH | 001 | DEVELOPMENTAL MATH | 3.00 | 3.00 | R | 0.00 |
| | | TRM GPA: 0.00 TRM NVCC: | 0.00 | 0.00 | | 0.00 |
| | | **FALL 1996 (SEMESTER)** | | | | |
| FRE | 101 | REG FRENCH I | 4.00 | 4.00 | I | 0.00 |
| MTH | 003 | ALGEBRA I | 4.00 | 4.00 | R | 0.00 |
| PED | 107 | SLIMNASTICS | 1.00 | 1.00 | A | 4.00 |
| | | TRM GPA: 4.00 TRM NVCC: | 1.00 | 1.00 | | |
| | | **SPRING 1997 (SEMESTER)** | | | | |
| FRE | 101 | BEG FRENCH I | 4.00 | 4.00 | W | 0.00 |
| MTH | 003 | ALGEBRA I | 4.00 | 4.00 | S | 0.00 |

NVCC 125-5
IN ACCORDANCE WITH USC 438 (6)(4)(B) THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974 YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

THIS IS NOT AN OFFICIAL DOCUMENT UNLESS IT IS SIGNED & IMPRESSION SEALED

OCS-D-0058

NORTHERN VIRGINIA COMMUNITY COLLEGE
OFFICE OF THE REGISTRAR

6901 SUDLEY ROAD
MANASSAS, VA 20109
(703) 257-6620

PAGE 3 OF 3

ID NUMBER:

NAME: LORAH, JOURDEAN S

TRM GPA: 0.00   TRM NVCC:   0.00   0.00   0.00   0.00

*** CUMULATIVE TOTALS ***

|  | ATT | COM | G-PT |
|---|---|---|---|
| TOTAL NVCC | 94.00 | 94.00 | 301.00 |
| QUARTER EQUIVALENT | 141.00 | 141.00 | 451.50 |

NVCC GPA: 3.18*

** GRADUATION **

ASSOCIATE IN SCIENCE IN
GENERAL STUDIES
CUM LAUDE
GPA IN MAJOR: 3.43
CUM GPA: 3.26
GRADUATION TERM: SUMMER 1995

REPEATED COURSE  *   CREDITS REMOVED FROM GPA

****************   END OF TRANSCRIPT   *************

DATE 06/28/01



REGISTRAR

THIS IS NOT AN OFFICIAL DOCUMENT UNLESS IT IS SIGNED & IMPRESSION SEALED

NVCC 125-5
IN ACCORDANCE WITH USC 438 (6) (4) (B) (THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974) YOU ARE HEREBY NOTIFIED THAT THIS INFORMATION IS
PROVIDED UPON THE CONDITION THAT YOU, YOUR AGENTS OR EMPLOYEES, WILL NOT PERMIT ANY OTHER PARTY ACCESS TO THIS RECORD WITHOUT CONSENT OF
THE STUDENT. ALTERATION OF THIS TRANSCRIPT MAY BE A CRIMINAL OFFENSE.

OCS-D-0059