# ReedSmith

**Katharine V. Jackson**
Direct Phone: 302.778.7510
Email: Kjackson@reedsmith.com

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
302.778.7500
Fax 302.778.7575

August 22, 2008

**VIA HAND DELIVERY**
Office of the Clerk
U.S. District Court for the
  District of Delaware
844 N. King Street
Room 4209, Lockbox 18
Wilmington, DE 19801

RE:   **Lorah v. Tetra Tech, Inc. C.A. No. 06-00538**

Dear Sir or Madam:

   Pursuant to the Court's local procedures, enclosed please find a redacted copy of the exhibits attached to Docket 52, a letter dated June 26, 2008 to the Honorable Sue L. Robinson, that were sealed by the Court.

   Should you have any questions or require additional information, please feel free to contact me at your earliest convenience. Thank you.

Respectfully submitted,
REED SMITH LLP

Katharine V. Jackson (Del. I.D. No. 4800)

Enclosures

Cc: Ms. Jordean Lorah

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ PRINCETON
FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

reedsmith.com

-38186 v1-KELAWSON

WILLIB-60152.1-KVJACKSO 8/22/08 3:50 PM