UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JORDEAN LORAH<br><br>        Plaintiff,<br><br>v.<br><br>TETRA TECH, INC.<br><br>        Defendant. | Civil Action No. 06-cv-00538<br><br>RE: Docket No. 52 |

## CERTIFICATE OF SERVICE

I, Katharine V. Jackson, Esquire hereby certify that a true and correct copy of the *Letter to the Clerk of the Court, dated August 22, 2008, Enclosing a Redacted Copy of the Exhibits Attached to Docket 52, a Letter Dated June 26, 2008 to The Honorable Sue L. Robinson, that were sealed by the Court* was served on the 25th day of August, 2008 via First Class Mail upon the addressee listed below.

        Jordean Lorah
        114 Walls Avenue
        Wilmington, Delaware 19805

        REED SMITH, LLP

Dated: August 25, 2008        By:  */s/ Katharine V. Jackson*
                                          Katharine V. Jackson (No. 4800)
                                          1201 Market Street, Suite 1500
                                          Wilmington, DE  19801
                                          Phone: (302) 778-7500
                                          Facsimile:  (302) 778-7575
                                          E-mail: kjackson@reedsmith.com

                                          *Attorneys for Defendant*
                                          *Tetra Tech, Inc.*